AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| JOSHUA WINER, | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-CV-2329-TWT |
| UMAYMAH MOHAMMAD et al., | ) |
|  | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Umaymah Mohammad
1428 David Cir
Decatur, GA 30032-2919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David F. Katz
Weissmann Zucker Euster + Katz P.C.
The Fountains at Piedmont Center
Building 11, Suite 950
3495 Piedmont Road
Atlanta, Georgia 30305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: 5/5/2025

s/Traci Clements  Campbell
*Signature of Clerk or Deputy Clerk*