AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| JOSHUA WINER <br><br> *Plaintiff(s)* <br> v. <br><br> MOHAMMAD et al., <br><br> *Defendant(s)* | Civil Action No. 1:25-CV-2329 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        Emory Students for Justice in Palestine
        Ibrahim Jouja
        President
        6301 Glen Hill Rd
        Louisville, KY 40222

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        David F. Katz
        Weissmann Zucker Euster + Katz P.C.
        The Fountains at Piedmont Center
        Building 11, Suite 950
        3495 Piedmont Road
        Atlanta, Georgia 30305

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                              KEVIN P. WEIMER
                                                             *CLERK OF COURT*



Date: 5/8/2025　　　　　　　　　　　　　　　　　　　s/Traci Clements Campbell
                                                                                   *Signature of Clerk or Deputy Clerk*