# Fwd: Palestinian Blood Stains Your Hands, Emory University and School of Medicine

---

From: Mohammad, Umaymah u.k.mohammad@EMORY.EDU
To: MD2024-TALK@LISTSERV.CC.EMORY.EDU
Date: Wed, Jan 17, 2024, 8:10 AM

As you all celebrated the holidays and New Year in the warmth of your homes, holding your families in safety and security, over 30,000 Palestinians were murdered before they could see 2024. Over 10,000 of them children.

Murdered, thanks to us, of course. For without the complicity of U.S. tax dollars, or without our silence (which equates consent), the ongoing genocide of the Palestinians since 1948 would never have been possible. And your silence is deafening.

You have had more than three months, more than 100 days, to say something, anything, on behalf of the Palestinians. You have chosen not to. And this choice has made you complicit in our genocide. Palestinian blood is on your hands, every single one of you, at Emory University and School of Medicine.

Since October 7th, 2023, Israel, with the backing of the U.S. and using bombs made in the U.S. and our tax dollars, has:

· Slaughtered more than 30,000 Palestinians (10,000+ of which are children) in Gaza (as per the Euro Med Human Rights Monitor and reported on by the UN Office for the Coordination of Humanitarian Affairs). We are not just numbers! Here is an instagram account dedicated to naming and sharing the life of as many martyrs as possible (or look up @palestinianmartyrs)

   o Israel is murdering approximately 250 Palestinians a day
· Displaced 1.9 million Palestinians in Gaza (85% of the population)
· Dropped more than 65,000 tons of explosives on the Gaza Strip (a tiny strip of land 25 miles long). This is equivalent to three nuclear bombs we disgustingly dropped on Hiroshima in WW2.
· Murdered more than 79 journalists (other reports say over 100, which is a record number of journalists killed in any single instance). This is of course deliberate—Israel is attempting to murder anyone who is sharing the truth with the world.

   o Journalists are supposed to be off-limits as per international law
   o Israel has deliberately targeted the families of these journalists with the intention of forcing them to stop their reporting. One such journalist is Wael El-Dahdouh, Al Jazeera's Gaza correspondent, who has lost his wife, and now three of his children, due to Israel's deliberate targeting of his family in the last few weeks. He continues to report on Israel's war crimes, a testament to the steadfastness and resilience of the Palestinian people. He is called the Mountain of Palestine.

· Demolished residential buildings and all other infrastructure. As of the end of 2023, 300,000 homes in Gaza have been destroyed (nearly 70% of homes)

But "health isn't political"! Oh, really? In the land of health disparities? Being silent is a political stance. Choosing not to stand up on behalf of the Palestinians is a political stance (that stance is a consent and support for our genocide). Choosing to stay silent in the face of oppression and repression is a political stance that supports the status quo. Silence is a political stance.

For those so ignorant and hardened that numbers do not move them, let me show you what genocide looks like. Let me show you what you have paid for with your silence and your tax dollars:

· Have you ever seen a child dug out from under the rubble? Or a family of sleeping children bombed?
· Have you ever seen what white phosphorus does to a child?
· Have you ever seen a child collect what is left of his family after they were bombed?
· Have you seen someone change a child's bandage over a limb amputation without morphine?
· Have you seen a father, who left his home to bring his hungry child a cookie with the little money he had, come home to find that his home, and his children in it, were bombed?
· (You can see first-hand what genocide looks like by the young and resilience journalists in Gaza who are documenting it. Visit the following Instagram accounts to see what it is exactly you are paying for: @motaz_azaiza, @wizard_bisan1, @wael_eldahdouh, @mohammedasad.84, @mohmmed_awad89, @mariam_abu_dagga, @solimanhijjy, @lama_jamous9, @amr.tabash, @hamdaneldahdouh, @a7mhisham)

You built this world. You bombed that home. That child is dead because of us. None of this could have happened without the support of the U.S. Without your silence and without the silence of Emory University and its School of Medicine.

And for those who see brown and black people as disposable (your actions show me that, well, almost all of you do), perhaps you would be more inclined to care about your peers—physicians and nurses and paramedics. What an empty promise, Emory, you give to your students, as you preach your "anti-racist" work and your hypocritical words that you care for human life. Your behavior shows otherwise. Here is what Israel has done to deliberately destroy Gaza's already poor health infrastructure (due to a 16 year siege and blockade) since October 7th"

· 79 ambulances have been targeted, many of which had paramedics and patients in them
· 26/36 hospitals in Gaza have been bombed

  o Israel is bombing *hospitals*, with hundreds, sometimes thousands, of *patients* inside. Before Al Shifa hospital was bombed (the biggest hospital in Gaza), a nephrologist by the name of Dr. Hammom Alloh was interviewed by Democracy Now on October 31st before he was killed alongside his patients. He was asked by reporters why he did not evacuate the hospital when Israel let them know they were going to bomb it. This was his honorable response, **"And if I go, who treats my patients [patients who are too sick to evacuate]? They are not animals!**

**They have the right to receive proper healthcare! We can't just leave. You think I went to medical school and for my post graduate degrees for a total of 14 years to think only about my life and not my patients'?! I am asking you, ma'am, you think this is the reason I went to medical school? To think only about my life?"**

> § This is what it means to be a Palestinian physician. He was martyred alongside his patients, refusing to abandon them, while Israeli and US bombs rained on them from above
>
> § There is no physician at Emory, except the Palestinian physician who was wrongfully suspended recently, who is half the physician he was. Glory to him, who is alive in heaven, watching what we do with his example. What will you do?

· 300 healthcare workers have been murdered by Israeli and US bombs

· Since January 8th, more than 600 healthcare workers and patients have gone missing from Al Aqsa hospital (one of the last functioning, and that is a generous word, hospitals in Gaza) due to forced expulsion by the Israeli military. Their locations still remain unknown, and it is unknown how many of them have been murdered.

· There are no more medicines left in Gaza. It was already difficult to obtain necessary medical tools due to the siege on Gaza, and now doctors are forced to operate, amputate, and treat without necessary morphine and painkillers.

· Here you will find the Instagram accounts of some of the physicians in Gaza who are documenting first hand these conditions: @dr.ghassan.as, @dr.ahmed.moghrabi, @mohammedharar2)

*All you physicians at Emory, medical students at Emory, your acceptance of our murder defines your moral compass (or rather, lack thereof). Your silencing of Palestinian physicians who speak up and resist this genocide are a testament that you are indeed on the side of colonization, white supremacy, ethnic cleansing, and apartheid. That is what Emory SOM represents. Make no mistake, Palestinians will remember this and all those on the side of justice will remember.*

For those who think this all started on October 7th, then you have no idea the plight of the Palestinians. The ongoing ethnic cleansing, forced exile, mass murder, and collective punishment of the Palestinians began in 1948 with the Nakba, the year European powers (ahem, the UN) gave consent for Palestine to be colonized by Zionists, which led to the creation of the settler colonial state of apartheid Israel and the expulsion of 750,000 Palestinians (the majority of Palestinians). My own mother was forced to walk out of Palestine on foot in 1967 in the Naksa (the second mass exodus of Palestinians, 500,000 more exiled) when Israel illegally occupied the rest of Palestinian land (what we know today as the West Bank and Gaza). Once more we are watching thousands of Palestinians embark on what is another trail of tears. A march of death. Thanks to you. Because of you. Paid for by you.

The Palestinian struggle is a struggle against colonization, against military occupation, against white

supremacy, against land theft, and against apartheid (Israel is a well-documented apartheid state, see this 250+ page Amnesty International report). And if you choose to believe there are two legitimate sides, you are believing that there is a legitimate excuse to colonize and mass murder indigenous people to create a settler colonial state in its place. Sounds familiar, doesn't it? US and Israeli kinship has to do with shared origin stories of ethnic cleansing of indigenous peoples, genocide, and land theft. They are each others' cheerleaders.

And for those whose hearts are stone, who can only find excuses to justify our death, my death, the expulsion of my family, with your non-existent moral clarity, here are some more facts for you.

Gaza has been under brutal siege and blockade by the state of Israel since 2006 as a form of collective punishment. More than 2 million Palestinians live in a small strip of land 25 miles long, one of the most densely populated areas on the planet. Israel's ongoing siege and blockade has subjected Gaza to some of the worst humanitarian conditions of our generation. These were the conditions in Gaza *before October 7th*. These statistics and facts show that Israel's intent has *always been* to kill or expel the 2 million Palestinians in Gaza, half of which are *children*. Genocide and ethnic cleansing of the Palestinians was always an essential component of Israel's existence. This is what Gaza looked like before October 7th:

- 63% of Gazans were food insecure (or 1.58 million Gazans)
  - For almost a decade and a half Israel has deliberately been slowly starving Gaza. Now, Gaza faces one of the worst man-made, Israeli and US made, famines
- 82% of Gazans lived in poverty
- 95% did not have access to clean water
- If you are 16 years old in Gaza, you are 6 Israeli assaults old
- In 2018, both the WHO and the UN were urgently reporting that by 2020, Gaza would be unlivable. Imagine what it was like in 2021. 2022. 2023?

Israel never let up the siege despite international pressure (by international bodies created by the West, so there's that), or in response to decades of peaceful Palestinian resistance, and Palestinians continued to die from hunger, lack of clean water, and lack of medical supplies under its brutal siege. Israel's hope was that all the almost 2.5 million Palestinians in Gaza would lay down and die, without a peep. That's how I am supposed to act too, right? Watch you all ignore a genocide, and lay down and be murdered with my people, without a peep. Resistance is justified when people are occupied. No justice, no peace. Palestinians have demonstrated 75 years of peaceful resistance, which was ignored every time. Should we lay down and die? That would be more comfortable for you, wouldn't it? To watch me die, alongside my people.

Here are the ways in which you, every single one of you reading this email, are complicit in our genocide.

· The U.S. has provided unconditional financial and military aid to Israel in the *billions* for decades, despite Israel's war crimes against the Palestinians. Most recently, Biden has approved 14.3 billion dollars to be sent to Israel for support.

    o And yet, in the US we can't afford free healthcare? Free education? To house our community who is unhoused? To feed our communities who are hungry? To bring our brothers and sisters out of poverty? **No, clearly, we can afford to protect everyone, YOU just choose not to. This is the world YOU built.**

    o The U.S. is the biggest financer of Palestinian colonization, ethnic cleansing, and exile. After Israelis, Americans have the most Palestinian blood on their hands. That's you!

· Israel has dropped 22,000 American-made bombs on Gazans in the last few months. The U.S. is providing these weapons to its sister colonial state to murder the indigenous Palestinians

· The United States is the only country on the security council to veto a ceasefire resolution. Humiliating. Where was your dissent? Your cries of anger?

    o Imagine that America is so far right, has normalized genocide and ethnic cleansing so much that it cannot even accept a nonbinding resolution for a ceasefire. This is the country you built. On blood. On death. This is a reflection of you.

· Your lack of condemnation of Atlanta's COP CITY is a consent to its existence. This is a project that will further militarize Atlanta police, while simultaneously increasing police brutality and destroying our environment. U.S. police forces do not keep black and brown people safe. How are we still having this conversation? This global military complex is directly connected to Palestine—the weapons used to kill Palestinians are used to kill black and brown people in our city.

· Atlanta police forces have been undergoing "police exchanges" with the IDF (Israeli military) through a local program called GILEE. Ultimately, what is happening is that local police forces and paramedics go to Israel to train under a *military force* to better learn how to murder, surveille, and target black and brown people. Right in our own backyards.

Still don't believe your local Palestinian MD/PhD candidate? Of course you don't! I am just a disposable brown Muslim woman, whose cries for justice are a nuisance to your comfort. No problem. Who knows apartheid, genocide, and murder better than South Africa? On January 11th and 12th, South Africa brought an 84 page report to the International Court of Justice to charge Israel with genocide. Here is how it went down (I strongly urge you to gather some friends and watch this hearing):

· The first day of the hearing, South Africans presented a strong and soulful indictment against Israel citing an extensive amount of evidence that what Israel has done to Palestinians amounts to genocide. You can watch this part here.

· The second day of the hearing, Israel's weak defense. Imagine yourself defending genocide (that's what those who say "I stand with Israel" are doing). You can watch this sorry excuse here.

· Although the ICJ really doesn't have any power to implement their decision, this case will go down in history. A country that has fought against apartheid and colonization is now rising from the ashes to defend its global siblings who are suffering the same fate. Black South Africans who lived under apartheid grew to become lawyers and judges, and are using what they have built from the ground up to defend the Palestinians and reject Western violence. This is what solidarity looks like! None of us are

free until all of us are free!

Don't believe black South Africans? Of course you don't! Emory School of Medicine doesn't even care about our local black community members. Or any of our deliberately disenfranchised communities. Especially you physicians and medical students who walk on your way to rotations, to work, past our hungry and unhoused brothers and sisters to get Starbucks before your shift. Shame! Or those who stand idly while Atlanta police murder our black and brown community members. Shame! You who are silent while our city destroys our forests in order to build a Cop City that will continue to train police *to get better at* murdering black and brown people. Shame! Shame! Shame!

I am embarrassed to be at an institution like Emory University School of Medicine who not only has been silent about the ethnic cleansing of Palestinians, but has actively participated in silencing Palestinians who speak words of resistance against our genocide. Emory SOM has always been silent in the face of injustice! A place where "care" is conditional—based on your skin color, your religion, your palatability to white supremacy, and how much money you have in your pocket. I really didn't expect anything more than your complicity and your silence. And here it is, loud and clear.

Shame on every single one of you. You will never be able to wash our blood off your hands. We will never, ever forget this.

Still finding excuses as to why Palestinian deserve to be murdered? Do you believe the racist and dehumanizing myths perpetuated by the Western media, who have always historically justified the murdered of black and brown people? *I wish for you what you wish for the Palestinians.* If you believe in liberation, this is a prayer for your benefit, for our collective freedom! If you are of the ones who believe the onslaught is justified, it is a curse. And the prayers of the oppressed are the loudest and closest to God.

**I will never forget your silence on this issue, because I know without a doubt *that if I was that Palestinian under the rubble, not only would you not dig me out, you would have been the one to bomb my home and bury me under it and tell the world that I deserved it.* Rather than condemn the bombing, you would instead send an email saying that both sides deserve mercy and compassion. You are no leaders, no mentors, no teachers of mine. There are no two sides to colonization, ethnic cleansing, or genocide. There is no complexity, no nuance. You are either on the side of the colonizer or the colonized. You have chosen your side.**

I will leave you all with three final thoughts. The first, a harrowing indictment from Reverend Munther Isaac, a Palestinian religious leader in Bethlehem, the birth place of Jesus PBUH (who was, you guessed it, a Palestinian), whose words on Christmas mass a few weeks ago you will never forget:

*"Gaza today has become the moral compass of the world. Gaza was hell before October 7th, and the world was silent. Should we be surprised at their silence now? If you are not appalled by what is happening in Gaza, if you are not shaken to your core, there is something is wrong with your humanity. And if we as Christians are not outraged by the genocide, by the weaponization of the Bible to justify it, there is something wrong with our Christian witness and we are compromising the credibility of our gospel message. If you fail to call this a genocide, that is on you. It is a sin and a darkness you willingly embrace. I feel sorry for you. We will be okay. Despite the immense blow we have endured, we the Palestinians will recover. We will rise. We will stand up again from the midst of destruction, as we have always done as Palestinians, although this is by far the biggest blow we have received in a long time. But we will be okay. **But for those who are complicit, I feel sorry for you. Will you ever recover from this?** Your charity and your words of shock after the genocide will not make a difference. And I know these words of shock are coming, and I know people will give generously for charity. But your words won't make a difference. Words of regret won't suffice for you. And let me say it, **we will not accept your apology after the genocide. What has been done has been done. I want you to look in the mirror and ask yourself: where was I when Gaza was going through a genocide?"*** (you can watch him deliver this sermon on his Instagram @munther_isaac)

The second point is that Emory is one of many institutions who has systematically targeted and silenced Palestinian students and physicians with *false accusations of anti-Semitism*. Israel has weaponized the true existence of antisemitism, and conflated critique of Israel, or critique of Zionism (a political ideology that has materially manifested as a colonial project and believes that Israel has a right to displace and murder indigenous Palestinians to create a state) with antisemitism. Emory University has a history of perpetuating this racist myth in order to silence, expel, and fire Palestinians. For instance, last semester our dear president of said university sent an ominous email about "antisemitism" on campus. Do y'all even know what he was rereferring to? He referred to a student protest in which students chanted "Free Palestine" and "From the River to the Sea, Palestine will be Free!". Of course, Western media is the work horse of Israel, and so they falsely report that these are antisemitic statements, when in fact they are *land back statements that indigenous people make globally, including the Palestinians.* What does land back mean? Let's ask indigenous peoples: "The Land Back movement advocates for a transfer of decision-making power over land to Indigenous communities. The movement does not ask current residents to vacate their homes, but maintains that Indigenous governance is possible, sustainable, and preferred for public lands." And whilst Israeli government officials are literally making actual genocidal statements against Palestinians, institutions like Emory target Palestinians and those in solidarity with false accusations in order to silence our dissent. Deliberating banishing the aforementioned statements that call for total freedom of Palestinians on their lands is a tool used to silence Palestinian resistance. **Palestinian blood stains your hands, Emory University. Our blood stains your hands. Our blood stains your hands. One day, you will be held to reckoning for what you have done to us.**

I know this is a loaded issue, and I do not take antisemitism lightly, and if anyone knows me, they know I have organized profusely for many years with Jewish communities for Palestinian liberation and against antisemitism. Because I take this matter seriously, here I provide a list of resources written by Israeli and Jewish scholars (since, obviously y'all don't believe Palestinians or indigenous people or people of color, etc) on the conflation of anti-Zionism and critique of Israel with antisemitism as a tool to silence Palestinian voices: here, click this, this too, definitely read this one, aaaaand this. I happened to write about this phenomena for one of my final papers last semester, which provides a critical historical and religious perspective—you are welcome to take a look.

The last and third message comes from me, your peer, your community member, a Palestinian in your midst. The majority of Palestinians are Muslims, and our resistance, steadfastness, and overwhelming compassion and spirit of justice rooted in our faith is what has allowed us to survive this colonization for a century. We know our martyrs are not dead, and they watch us alongside our ancestors as we fight for our freedom. **In Islam, whether you are alive or dead has to do with the state of your soul, not your body. For those unmoved and all you find in your heart is excuses to justify our death--woe to you, you whose heart still beats, woe to you, for you are already dead.**

Let it be remembered that the Palestinians never lost! You cannot kill a people who know death is not the end! Our martyrs are not dead! And the Palestinians never bowed their heads, never stopped resisting colonization, occupation, and ethnic cleansing. We have never abandoned our cause, we will not abandon our land, and never will! A better world, a world in which every single one of us is free, is being ushered in, with, or without you.

You may be wondering why this email was sent to everyone and not a targeted few. For one, like I mentioned earlier, Emory has picked on and targeted Palestinians on campus and repeatedly denied their efforts. Two, institutions often get away with structural violence–both implicit and explicit– because they are assumed to have inherent benevolence. However, it is all of our responsibilities to hold our institutions accountable! And they should be held accountable to the people who make them function. Without us, institutions are nothing but empty structures. Three, students are afraid to speak out because of institutional repression–this is a reality, and this is my attempt to show the courage of global resistance efforts by taking the first step in breaking the silence.

**Should I be expelled for this message, since that is clearly the precedent Emory has set, woe to Emory, for you will lose so much more than I will. You will lose whatever pulse is left in this place.**

*And for the students of conscience who have read this, identify yourselves! Separate yourselves from the silence of your institution! Reply "all" to these listservs with statements of solidarity! They can pick us off when we are alone, but they cannot punish us all! The people united can never be defeated!*

Inshallah, towards collective liberation!
Umaymah

*(Linked here is a resource list for those who want to learn more. Israeli and US crimes against Palestinians have been documented profusely for decades, and today's social media has left us the most horrific first hands account of genocide. **In fact, this is the most well documented genocide in all of history**. You will find what you need in this document to hurry up and join the movement for liberation. We will not wait for freedom any longer. And by the way, for Palestinians to truly be free, everyone else must be free. This is a liberation movement that extends between all the rivers and all the seas. Let's STOP COP CITY while we are at it, house all our community members, fight for free healthcare for all, free Sudan, make sure no one is hungry again, and abolish police and prisons. If I forgot anything, don't worry, it's on the list. Liberation is coming. Unjust empires never last. The people united can never be defeated).*