# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>      Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br><br>      Defendants. | Case No. 1:25-CV-02329 |

## JOINT NOTICE OF STIPULATION OF SERVICE
## AND RESPONSE DEADLINE

Notice is hereby given that Defendant Cair-Nga, Inc., ("CAIR-Georgia") and Plaintiff Joshua Winer stipulate and agree that CAIR-Georgia has been properly served with the Complaint and Amended Complaint in this action and that CAIR-Georgia shall answer, move, or otherwise respond to the First Amended Complaint by June 27, 2025.

Respectfully submitted this 13th day of June, 2025.

BN 90304985v1

| | |
|---|---|
| Submitted by: | Consented and Agreed to by: |

**BUCHALTER APC**

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
Cory Mull
Georgia Bar No. 595376
3475 Piedmont Rd. NE
Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 832-7530
ahyland@buchalter.com
avining@buchalter.com
cmull@buchalter.com

*Counsel for Defendant CAIR-Georgia*

**WEISSMANN ZUCKER EUSTER + KATZ P.C.**

/s/ *David F. Katz*
David F. Katz
Georgia Bar No. 408738
The Fountains at Piedmont Ctr.
Building 11, Suite 950
3495 Piedmont Rd.
Atlanta, GA 30305
Telephone: (404) 390-2941
dkatz@wzlegal.com

**PANITCH IVORY LAW GROUP, PC**
Ester Panitch
Georgia Bar No. 143197
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
Telephone: (770) 364-6952
ester@panitchivory.com

**NATIONAL JEWISH ADVOCACY CENTER**
Mark Goldfeder
Admitted Pro Hac Vice
Lauren Israelovitch
Admitted Pro Hac Vice
Ben Schlager
Pro Hac Vice Application Forthcoming
3 Times Square
New York, NY 10036
Telephone: (800) 269-9895
mark@njaclaw.org
lauren@njaclaw.org
ben@njaclaw.org

*Counsel for Plaintiff*