# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **JOSHUA WINER,** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**MOHAMMAD et al.,** )<br>)<br>*Defendant* ) | Civil Action No. 1:25-CV-2329 |

## AFFIDAVIT OF SERVICE

I, Larry McWhorter, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to Ibrahim Jouja on behalf of Emory Students for Justice in Palestine in Jefferson County, KY on June 13, 2025 at 6:02 pm at 6301 Glen Hill Road, Louisville, KY 40222 by personal service by handing the following documents to an individual identified as Ibrahim Jouja on behalf of Emory Students for Justice in Palestine.

Summons In A Civil Action
Amended Complaint For Damages And Jury Demand with Exhibits

Middle Eastern Male, est. age Unknown, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.2986694621,-85.6319869124
Photograph: See Exhibit 1


Total Cost: $124.40

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Jefferson County   ,
  KY   on   6/17/2025   .

/s/ *Larry McWhorter*
———————————————
Signature
Larry McWhorter
+1 (502) 658-0543

Exhibit 1a)

