# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>Umaymah Mohammad, AJP Educational )<br>Foundation, Inc. A/K/A American Muslims )<br>For Palestine, WESPAC Foundation, Inc., )<br>Sean Eren as the representative of National )<br>Students for Justice in Palestine, Doctors )<br>Against Genocide Society, Cair-Nga Inc. )<br>A/K/A CAIR-Georgia, CAIR Foundation )<br>Inc., A/K/A Council on Islamic Relations or )<br>CAIR, Rupa Marya, Ibrahim Jouja as )<br>representative of Emory Students for Justice )<br>in Palestine, )<br>)<br>    Defendants. ) | CIVIL ACTION FILE<br>NO. 1:25-CV-02329-TWT |

## STIPULATION OF DEADLINE FOR DEFENDANT CAIR-FOUNDATION, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT

COME NOW, Joshua Winer ("Plaintiff") and CAIR-Foundation, Inc. ("CAIR-Foundation") (collectively, "Parties"), Parties to the above-styled civil action and, by and through their respective undersigned counsel, hereby show this honorable Court as follows:

1.

Plaintiff filed his Complaint on April 25, 2025. [Doc. 1.]

2.

Plaintiff filed his Amended Complaint on May 20, 2025. [Doc. 22.]

3.

CAIR-Foundation was served with the Amended Complaint on June 17, 2025. [Doc. 46.] Its Answer or other responsive pleading is thus due on July 8, 2025.

4.

Undersigned defense counsel was retained to represent CAIR-Foundation on June 23, 2025. Due to the nature of the allegations and defense counsel's recent involvement, CAIR-Foundation needs additional time to review the Amended Complaint and prepare a response.

5.

Thus, the Parties stipulate and agree that CAIR-Foundation, Inc. shall have through and including July 22, 2025 to answer, object, or otherwise respond to Plaintiff's Amended Complaint.

6.

Should CAIR-Foundation respond by filing a Motion to Dismiss instead of an Answer, the Parties further stipulate and agree that Plaintiff shall have thirty (30) days from the filing of CAIR-Foundation's Motion to Dismiss to file a response to CAIR-Foundation's Motion to Dismiss.

**RESPECTFULLY SUBMITTED AND CONSENTED TO BY:**

***/s/ David F. Katz (by express permission to Kori E. Wagner)***
David F. Katz
Georgia Bar No. 408738
Weissman, Zucker, Euster + Katz, P.C.
The Fountains at Piedmont Center
Building 11, Suite 950
3495 Piedmont Road
Atlanta, Georgia 30305
(404) 390-2941 (Tel.)
dkatz@wzlegal.com

Esther Panitch
Georgia Bar No. 143197
Panitch Ivory Law Group, PC
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
(770) 364-6952 (Tel.)
esther@panitchivory.com

Mark Goldfeder
Lauren Israelovitch
Ben Schlager
National Jewish Advocacy Center, Inc.
3 Times Square
New York, NY 10036
(800) 269-9895 (Tel.)
lauren@njaclaw.org
*Attorneys for Plaintiff*

**SWIFT, CURRIE, MCGHEE & HIERS**

*/s/ Kori E. Wagner*
Kori E. Wagner
Georgia Bar No. 155438
Mollie W. Amick
Georgia Bar No. 406371
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
(404) 874-8800
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com
*Attorneys for Defendant CAIR-Foundation, Inc.*

3

## LOCAL RULE 5.1(C) CERTIFICATION

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C).

                                                  SWIFT, CURRIE, McGHEE & HIERS

                        By:   ***/s/Kori E. Wagner***
                                      Kori E. Wagner
                                        Georgia State Bar No. 155438
                                        Mollie W. Amick
                                        Georgia State Bar No. 406371
                                        ***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:  404.874.8800
Fax:  470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **STIPULATION OF DEADLINE FOR DEFENDANT CAIR-FOUNDATION, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF System which will notify counsel of record as follows:

| | |
|---|---|
| David Forman Katz<br>Weissmann Zucker Euster & Katz, P.C.<br>The Fountains at Piedmont Center<br>3495 Piedmont Road<br>Building 11, Suite 950<br>Atlanta, GA 30305<br>dkatz@wzlegal.com<br>*Attorney for Plaintiff* | Lauren Israelovitch<br>Mark Goldfeder<br>Ben Schlager<br>National Jewish Advocacy Center, Inc.<br>3 Times Square<br>New York, NY 10036<br>lauren@njaclaw.org<br>*Attorneys for Plaintiff* |
| Esther Panitch<br>The Panitch Law Group, PC<br>Suite 205<br>4243 Dunwoody Club Drive<br>Atlanta, GA 30350<br>esther@panitchivory.com<br>*Attorney for Plaintiff* | Amanda Hyland<br>Austin C. Vining<br>Buchalter, A Professional Corporation<br>3475 Piedmont Road NE<br>Suite 1100<br>Atlanta, GA 30339<br>ahyland@buchalter.com<br>avining@buchalter.com<br>*Attorneys for Defendant CAIR-Georgia* |

I further certify that I have this day served the foregoing **STIPULATION OF DEADLINE FOR DEFENDANT CAIR-FOUNDATION, INC. TO FILE A**

**RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT** via

U.S. Mail upon the following parties:

Defendant Umaymah Mohammed
c/o Jonathan Wallace
P.O. Box #728
Amagansett, NY 11930

Defendant Rupa Marya
c/o Jonathan Wallace
P.O. Box #728
Amagansett, NY 11930

Defendant AJP Educational Foundation, Inc.
c/o Registered Agent Osama Abu Irshaid
6404 Seven Corners Pl, Suite N
Falls Church, VA 22044

Defendant Sean Eren as Representative of National Students for Justice in Palestine
710 Riverside Drive, Apt. 2C
New York, NY 10031

Defendant Ibrahim Jouja as Representative of Emory Students for Justice in Palestine
6301 Glen Hill Road
Louisville, KY 40222

Defendant Doctors Against Genocide Society
c/o Registered Agent Nidal Jboor
25614 Ford Road
Dearborn Heights, MI 48127

Defendant WESPAC Foundation, Inc.
77 Tarrytown Road, Suite 2W
White Plains, NY 10607

This 3rd day of July, 2025.

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/Kori E. Wagner*
Kori E. Wagner
Georgia State Bar No. 155438
Mollie W. Amick
Georgia State Bar No. 406371
***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:   404.874.8800
Fax:  470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com