UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>    Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>    Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

**CONSENT MOTION FOR (I) EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND (II) TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO ANY MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Plaintiff Joshua Winer ("Plaintiff") and Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine ("AMP") file this consent motion to extend the time for AMP to file an answer or otherwise respond to Plaintiff's operative amended complaint through August 6, 2025, and for Plaintiff to be permitted to respond to any motion to dismiss filed by AMP as to the complaint through September 29, 2025.

1. According to Plaintiff's affidavit of service, AMP was served on or about June 13, 2025 with a copy of the amended complaint, which would make AMP's responsive deadline July 7, 2025.

2. Given defense counsel's schedule and the volume of the complaint, Plaintiff has agreed to stipulate to extend the time for AMP to file an answer or motion to dismiss through August 6, 2025.

3. Counsel for AMP has agreed and stipulated to extend the time for Plaintiff to respond to AMP's anticipated motion to dismiss, so that Plaintiff will have through September 29, 2025 to file his response.

4. This consent motion is made in good faith and no party will be prejudiced as a result of the extension.

5. A proposed order reflecting the agreed-upon extension of time is submitted with this motion.

Dated: July 4, 2025

Respectfully submitted,

**SLATER LEGAL PLLC**

*/s/ James M. Slater*
James M. Slater
Georgia Bar No. 169869
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

**CONSTITUTIONAL LAW CENTER FOR MUSLIMS IN AMERICA***
Christina A. Jump
(*pro hac vice* forthcoming)
Samira S. Elhosary
(*pro hac vice* forthcoming)

**WEISSMANN ZUCKER EUSTER + KATZ P.C.**

*/s/ David F. Katz (w/ express permission)*
David F. Katz
Georgia Bar No. 408738
The Fountains at Piedmont Ctr. Building 11, Suite 950
3495 Piedmont Rd.
Atlanta, GA 30305
Telephone: (404) 390-2941
dkatz@wzlegal.com

**PANITCH IVORY LAW GROUP, PC**
Esther Panitch
Georgia Bar No. 143197
4243 Dunwoody Club Dr., #201

2

Christina A. Boyd
(*pro hac vice* forthcoming)
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel. (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org
ali.boyd@mlfa.org

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America

*Counsel for Defendant AMP*

Atlanta, GA 30350
Telephone: (770) 364-6952
esther@panitchivory.com

**NATIONAL JEWISH ADVOCACY CENTER**
Mark Goldfeder
(admitted *pro hac vice*)
Lauren Israelovitch
(admitted *pro hac vice*)
Ben Schlager
(admitted *pro hac vice*)
3 Times Square
New York, NY 10036
Telephone: (800) 269-9895
mark@njaclaw.org
lauren@njaclaw.org
ben@njaclaw.org

*Counsel for Plaintiff*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: July 4, 2025.

SLATER LEGAL PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
(404) 458-7283
james@slater.legal

/s/ James M. Slater
James M. Slater
Georgia Bar No. 169869