UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>    Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>    Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

**[PROPOSED] ORDER GRANTING CONSENT MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT AND
<u>PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS</u>**

THIS MATTER is before the Court upon Plaintiff Joshua Winer and Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine's Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint and to Extend Time for Plaintiff's Response to a Motion to Dismiss (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1.   The Motion is GRANTED.

2. Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine shall file its response to the amended complaint on or before August 6, 2025.

3. If Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine files a motion to dismiss the operative complaint on August 6, 2025, Plaintiff shall have through September 29, 2025 to file his response to the motion.

IT IS SO ORDERED this _____ day of _____, 2025.

						_____
						THOMAS W. THRASH, JR.
						United States District Judge

Presented by:

James M. Slater
Georgia Bar No. 169869
SLATER LEGAL PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
(404) 458-7283
james@slater.legal