UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSHUA WINER,

     Plaintiff,

v.

UMAYMAH MOHAMMAD, et al.,

     Defendants.

Civil Action No.: 1:25-cv-02329-TWT

**CONSENT MOTION FOR EXTENSION OF TIME**
**FOR PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Plaintiff Joshua Winer ("Plaintiff") and Defendant Cair-Nga, Inc., ("CAIR-Georgia") file this consent motion to extend the time for Plaintiff to respond to CAIR-Georgia's motion to dismiss Plaintiff's amended complaint through July 21, 2025.

1.     CAIR-Georgia filed its motion to dismiss on June 27, 2025, which would make Plaintiff's responsive deadline July 11, 2025.

2.     Given Plaintiff's counsel's schedule and the volume of the motion to dismiss, CAIR-Georgia has agreed to stipulate to extend the time for Plaintiff to respond to its motion to dismiss through July 21, 2025.

3.     This consent motion is made in good faith and no party will be prejudiced as a result of the extension.

4.     A proposed order reflecting the agreed-upon extension of time is submitted with this motion.

Dated: July 7, 2025

                                          Respectfully submitted,

**SLATER LEGAL PLLC**

/s/  *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
Cory Mull
Georgia Bar No. 595376
3475 Piedmont Rd. NE
Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 832-7530
ahyland@buchalter.com
avining@buchalter.com
cmull@buchalter.com

*Counsel for Defendant*
*CAIR-Georgia*

**WEISSMANN ZUCKER EUSTER +
KATZ P.C.**

/s/ *David F. Katz*
David F. Katz
Georgia Bar No. 408738
The Fountains at Piedmont Ctr. Building
11, Suite 950
3495 Piedmont Rd.
Atlanta, GA 30305
Telephone: (404) 390-2941
dkatz@wzlegal.com

**PANITCH IVORY LAW GROUP, PC**
Esther Panitch
Georgia Bar No. 143197
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
Telephone: (770) 364-6952
esther@panitchivory.com

**NATIONAL JEWISH ADVOCACY
CENTER**
Mark Goldfeder
(admitted *pro hac vice*)
Lauren Israelovitch
(admitted *pro hac vice*)
Ben Schlager
(admitted *pro hac vice*)
3 Times Square
New York, NY 10036
Telephone: (800) 269-9895
mark@njaclaw.org

2

lauren@njaclaw.org
ben@njaclaw.org

*Counsel for Plaintiff*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: July 7, 2025.

*/s/ David F. Katz*

David F. Katz

Georgia Bar No. 408738

The Fountains at Piedmont Ctr. Building 11, Suite 950

3495 Piedmont Rd.

Atlanta, GA 30305

Telephone: (404) 390-2941

dkatz@wzlegal.com
