UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>　　　Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>　　　Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

### [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

THIS MATTER is before the Court upon Plaintiff Joshua Winer ("Plaintiff") and Defendant Cair-Nga, Inc.'s, ("CAIR-Georgia") Consent Motion for Extension of Time for Plaintiff to respond to CAIR-Georgia's Motion to Dismiss (the "Consent Motion"). Having considered the Consent Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1.　The Consent Motion is GRANTED.

2.　Plaintiff shall file its response to CAIR-Georgia's Motion to Dismiss on or before July 21, 2025.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
THOMAS W. THRASH, JR.
United States District Judge

Presented by:

**David F. Katz**
Georgia Bar No. 408738
The Fountains at Piedmont Ctr.
Building 11, Suite 950
3495 Piedmont Rd.
Atlanta, GA 30305
Telephone: (404) 390-2941
dkatz@wzlegal.com

2