UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>    Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>    Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

**ORDER GRANTING CONSENT MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT AND
PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS**

THIS MATTER is before the Court upon Plaintiff Joshua Winer and Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine's Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint and to Extend Time for Plaintiff's Response to a Motion to Dismiss (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1.    The Motion is GRANTED.

2. Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine shall file its response to the amended complaint on or before August 6, 2025.

3. If Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine files a motion to dismiss the operative complaint on August 6, 2025, Plaintiff shall have through September 29, 2025 to file his response to the motion.

IT IS SO ORDERED this 8th day of July, 2025.

THOMAS W. THRASH, JR.
United States District Judge