UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSHUA WINER,

     Plaintiff,

v.

UMAYMAH MOHAMMAD, et al.,

     Defendants.

Civil Action No.: 1:25-cv-02329-TWT

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

THIS MATTER is before the Court upon Plaintiff Joshua Winer ("Plaintiff") and Defendant Cair-Nga, Inc.'s, ("CAIR-Georgia") Consent Motion for Extension of Time for Plaintiff to respond to CAIR-Georgia's Motion to Dismiss (the "Consent Motion"). Having considered the Consent Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1.    The Consent Motion is GRANTED.

2.    Plaintiff shall file its response to CAIR-Georgia's Motion to Dismiss on or before July 21, 2025.

IT IS SO ORDERED this __8th__ day of ___July_____, 2025.


THOMAS W. THRASH, JR.
United States District Judge