UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSHUA WINER,

    Plaintiff,

v.

UMAYMAH MOHAMMAD, et al.,

    Defendants.

Civil Action No.: 1:25-cv-02329-TWT

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT**

PLAINTIFF hereby requests that the Clerk of Court enter a default by Defendant Ibrahim Jouja on behalf of Emory Students for Justice in Palestine ("Defendant Jouja for ESJP") for his failure to timely respond to the Complaint filed and served on Defendant Jouja for ESJP on June 13, 2025 (Doc. 45), showing the Court the following:

The Complaint against Defendant Jouja for ESJP was filed on April 25, 2025 (Doc. 1). An electronic summons was issued by the Court on May 8, 2025 (Doc. 21).  The Amended Complaint was filed on May 20, 2025 (Doc. 22). Defendant Jouja for ESJP was served with the summons and Amended Complaint by Larry McWhorter, an authorized process server in the State of Kentucky, where Defendant Jouja for ESJP resides on June 13, 2025, at 6:02 pm at his place of residence and is so reflected in the Affidavit of Service filed with the Court on July

1, 2025. (Doc 45). Service of the Complaint and summons upon Defendant Jouja

for ESJP in the manner effected comports with Federal Rules of Civil Procedure

5(a)(1)(B) and b(2)(A). Service was complete upon Defendant Jouja for ESJP's

receipt of the hand delivery of the Complaint and summons. Fed. R. Civ. P.

5(b)(2)(A). Under Fed. R. Civ 12(a)(1), Defendant Jouja for ESJP had 21 days to

serve a response, making his deadline July 7, 2025. Defendant Jouja for ESJP

failed to file a responsive pleading or move to dismiss the Complaint within the

allotted time under the Federal Rules of Civil Procedure. Therefore, Defendant

Jouja for ESJP is in default and on this basis, and Plaintiff respectfully requests

that the Clerk enter a default on the docket of this case in accordance with the

Federal Rule of Civil Procedure 55 (a). This the 10th day of July, 2025.

Respectfully submitted,

WEISSMANN ZUCKER EUSTER +
KATZ P.C.

/s/ *David F. Katz*

David F. Katz
Georgia Bar No. 408738
The Fountains at Piedmont Ctr.
Building 11, Suite 950
3495 Piedmont Rd.
Atlanta, GA 30305
Telephone: (404) 390-2941
dkatz@wzlegal.com

PANITCH IVORY LAW GROUP, PC
Esther Panitch

Georgia Bar No. 143197
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
Telephone: (770) 364-6952
esther@panitchivory.com

NATIONAL JEWISH ADVOCACY
CENTER
Mark Goldfeder
Admitted Pro Hac Vice
Lauren Israelovitch
Admitted Pro Hac Vice
Ben Schlager
Pro Hac Vice Application Forthcoming
3 Times Square
New York, NY 10036
Telephone: (800) 269-9895
mark@njaclaw.org
lauren@njaclaw.org
ben@njaclaw.org

*Counsel for Plaintiff*