UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et. al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

**CONSENT MOTION FOR (I) EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND (II) TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO ANY MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Plaintiff Joshua Winer ("Plaintiff") and Defendants WESPAC Foundation, Inc. ("WESPAC") and Doctors Against Genocide ("DAG") (collectively, "Defendants") file this consent motion to extend the time for Defendants to file an answer or otherwise respond to Plaintiff's operative amended complaint through August 28, 2025, and for Plaintiff to be permitted to respond to any motion to dismiss filed by Defendants as to the complaint through November 7, 2025.

1. According to Plaintiff's affidavit of service, WESPAC was served on or about June 17, 2025 with a copy of the amended complaint, which would make WESPAC's responsive deadline July 8, 2025.
2. According to Plaintiff's affidavit of service, DAG was served on or about June 19, 2025 with a copy of the amended complaint, which would make DAG's responsive deadline July 10, 2025.
3. Given defense counsel's schedule and the volume of the complaint, Plaintiff has agreed to stipulate to extend the time for Defendants to file an answer or motion to dismiss through August 28, 2025.
4. Counsel for Defendants has agreed and stipulated to extend the time for Plaintiff to respond to Defendants' anticipated motions to dismiss, so that Plaintiff will have through November 7, 2025 to file his response.
5. This consent motion is made in good faith and no party will be prejudiced as a result of the extension.
6. A proposed order reflecting the agreed-upon extension of time is submitted with this motion.

//

//

//

Dated: July 14, 2025                                                    Respectfully submitted,

**THE SECRET FIRM PC**
/s/ Akil Secret
Akil Secret
Georgia Bar No. 634075
The Secret Firm PC
P.O. Box 91028
Atlanta, GA 30364
(404) 524-5300
asecret@thesecretfirm.com

Collin Poirot
(*pro hac vice* pending)
2603 Oak Lawn, Suite 300
Dallas, TX 75219
(214) 392-2281
cpoirot.law@gmail.com

*Counsel for Doctors Against Genocide*

**AWAD LEGAL TEAM, LLC**
/s/ Muneer O. Awad
Muneer O. Awad
Georgia Bar No. 683647
Awad Legal Team, LLC
244 Roswell Street, Suite 500
Marietta, GA 30060
(404)-445-8443
muneer@awadlegalteam.com

**HERBST LAW PLLC**
Robert L. Herbst
(*pro hac vice* pending)
Herbst Law PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: (914)-450-8163
rherbst@herbstlawny.com

*Counsel for WESPAC Foundation, Inc.*

**WEISSMANN ZUCKER EUSTER + KATZ P.C.**
/s/ David F. Katz (with express permission)
David F. Katz
Georgia Bar No. 408738
The Fountains at Piedmont Ctr. Building 11, Suite 950
3495 Piedmont Rd.
Atlanta, GA 30305
Tel: (404) 390-2941
dkatz@wzlegal.com

**PANITCH IVORY LAW GROUP, PC**
Esther Panitch
Georgia Bar No. 143197
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
Tel: (770) 364-6952
esther@panitchivory.com

**NATIONAL JEWISH ADVOCACY CENTER**
Mark Goldfeder
(admitted *pro hac vice*)
Lauren Israelovitch
(admitted *pro hac vice*)
Ben Schlager
(admitted *pro hac vice*)
3 Times Square
New York, NY 10036
Tel: (800) 269-9895 mark@njaclaw.org
lauren@njaclaw.org
ben@njaclaw.org

*Counsel for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: July 14, 2025

*/s/ Akil Secret*
Akil Secret
Georgia Bar No. 634075
The Secret Firm PC
P.O. Box 91028
Atlanta, GA 30364
(404) 524-5300
asecret@thesecretfirm.com