# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

_____

Joshua Winer,

      Plaintiff,

v.

Umaymah Mohammad, AJP Educational
Foundation, Inc. A/K/A American Muslims
For Palestine, WESPAC Foundation, Inc.,
Sean Eren as the representative of National
Students for Justice in Palestine, Doctors
Against Genocide Society, Cair-Nga Inc.
A/K/A/ CAIR-Georgia, CAIR Foundation
Inc., A/K/A Council on Islamic Relations
or CAIR, Rupa Marya, Ibrahim Jouja as
representative of Emory Students for
Justice in Palestine,

      Defendants.

_____

)
)
)
)
)
)
) Civil Action Case No.
) 1:25-cv-02329-TWT
)
)
)
)
)
)
)
)
)
)
)
)
)

**PLAINTIFF JOSHUA WINER'S MOTION REQUESTING ACCEPTANCE
OF LATE FILING**

Plaintiff respectfully moves this Court to accept his brief in opposition to

Defendant Cair-Nga Inc.'s motion to dismiss his first amended complaint, which

was entered into the Court's ECF system exactly one minute past the filing

deadline. A record of the submission, which includes a time-stamp, is attached

hereto as <u>Exhibit A</u> and provides: "the following transaction was entered by Israelovitch, Lauren on 7/22/2025 at 0:00 AM EDT and filed on 7/22/2025."

The brief was fully prepared and ready for submission prior to the deadline. However, due to an unexpected and momentary technical issue, final submission occurred one minute late. No prejudice has resulted from this brief delay, and the filing was otherwise compliant in all respects.

Accordingly, Plaintiff respectfully requests that the Court excuse the delay and deem the submission timely filed.

Respectfully submitted,

**National Jewish Advocacy Center, Inc.**

By: */s/ Lauren Israelovitch*
Lauren Israelovitch*
3 Times Square
New York, NY 10036
(914) 222-3828
lauren@njaclaw.org
*Admitted pro hac vice

**Weissmann Zucker Euster + Katz P.C.**

By: */s/ David F. Katz*
DAVID F. KATZ
The Fountains at Piedmont Center
Building 11, Suite 950
3495 Piedmont Road
Atlanta, Georgia 30305
T. 404-390-2941
dkatz@wzlegal.com
GA Bar No. 408738

*Attorneys for Plaintiff Joshua Winer*

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

WE HEREBY CERTIFY that (i) the foregoing document and (ii) Plaintiff Joshua Winer's brief in opposition to Defendant's Cair-Nga Inc.'s motion to dismiss Plaintiff's first amended complaint was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

**National Jewish Advocacy Center, Inc.**
By: */s/ Lauren Israelovitch*
Lauren Israelovitch*
3 Times Square
New York, NY 10036
(914) 222-3828
lauren@njaclaw.org
*Admitted pro hac vice

**Weissmann Zucker Euster + Katz P.C.**
By: /s/ *David F. Katz*
DAVID F. KATZ
The Fountains at Piedmont Center
Building 11, Suite 950
3495 Piedmont Road
Atlanta, Georgia 30305
T. 404-390-2941
dkatz@wzlegal.com
GA Bar No. 408738

*Attorneys for Plaintiff Joshua Winer*