# Exhibit A

# Responses and Replies

[1:25-cv-02329-TWT Winer v. Mohammad et al](#)

4months

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered by Israelovitch, Lauren on 7/22/2025 at 0:00 AM EDT and filed on 7/22/2025

**Case Name:** Winer v. Mohammad et al
**Case Number:** [1:25-cv-02329-TWT](#)
**Filer:** Joshua Winer
**Document Number:** [60](#)

**Docket Text:**
**RESPONSE in Opposition re [41] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Joshua Winer. (Israelovitch, Lauren)**

**1:25-cv-02329-TWT Notice has been electronically mailed to:**

Akil K. Secret    asecret@thesecretfirm.com, kamalsecret@thesecretfirm.com, ksaboor@thesecretfirm.com

Amanda Hyland    ahyland@buchalter.com, docket@buchalter.com, jbrinson@buchalter.com, vlawrence@buchalter.com

David Forman Katz    dkatz@wzlegal.com

Esther Dina Feuer Panitch    esther@panitchivory.com, rachel@panitchivory.com, victoria@panitchivory.com

James Murray Slater    james@slater.legal, eservice@slaterlegal.com, jslater@recap.email

Lauren Israelovitch    lauren@njaclaw.org

Muneer Othman Awad    muneer@awadlegalteam.com

**1:25-cv-02329-TWT Notice has been delivered by other means to:**

Ben Schlager
National Jewish Advocacy Center, Inc.
666 Harless Place
West Hampstead, NY 11552

Mark Goldfeder
National Jewish Advocacy Center, Inc.
666 Harless Place
West Hampstead, NY 11552

Robert Herbst
Herbst Law PLLC
73 Howell Avenue
Larchmont, NY 10538

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/22/2025] [FileNumber=15009943-0] [3ba20a7adf586660d16ff8a7bfdacbb9b2cbe613ce1ed6313ab8ec056e45feb900a9477a1f0723550ccd5924a86536fdce5718c231d3e89e57a304036ded2905]]