## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

_____
)
Joshua Winer,                                              )
                                                                   )
     Plaintiff,                                          )
                                                                   )
v.                                                                 )
                                                                   ) Civil Action Case No.
Umaymah Mohammad, AJP Educational       ) 1:25-cv-02329-TWT
Foundation, Inc. A/K/A American Muslims )
For Palestine, WESPAC Foundation, Inc.,  )
Sean Eren as the representative of National )
Students for Justice in Palestine, Doctors )
Against Genocide Society, Cair-Nga Inc.   )
A/K/A/ CAIR-Georgia, CAIR Foundation   )
Inc., A/K/A Council on Islamic Relations   )
or CAIR, Rupa Marya, Ibrahim Jouja as     )
representative of Emory Students for        )
Justice in Palestine,                                     )
                                                                   )
     Defendants.                                       )
_____)

### [Proposed] Order

THIS MATTER is before the Court on Plaintiff Joshua Winer's Motion to Accept Late Filing of his Brief in support of his Opposition to Defendant CAIR-Nga Inc.'s Motion to Dismiss the First Amended Complaint ("Plaintiff's Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED and ADJUDGED that:

1. Plaintiff's Motion is granted.

1

2. The Court will deem Plaintiff's filing of his Brief in support of his

Opposition to Defendant CAIR-Nga Inc.'s Motion to Dismiss the First

Amended Complaint submitted on July 22, 2025 at 12:00 A.M. as timely

filed on July 21, 2025.


SO ORDERED this ___ day of _____, 2025.



_____
Hon. Thomas W. Thrash, Jr.
United States District Judge