# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, | ) |
|     Plaintiff, | ) |
|     v. | ) CIVIL ACTION FILE |
| | ) NO. 1:25-CV-02329-TWT |
| Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine, | ) |
|     Defendants. | ) |

**DEFENDANT CAIR-FOUNDATION, INC.'S MOTION TO DISMISS AND MOTION FOR ATTORNEY'S FEES**

COMES NOW Defendant, CAIR-Foundation, Inc. ("CAIR-Foundation"), by and through the undersigned counsel, and hereby files its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), seeking dismissal of Plaintiff's Amended Complaint against CAIR-Foundation for failure to state a claim upon which relief can be granted.[1] Pursuant to O.C.G.A. § 9-11-11.1(b), CAIR-

---

[1] Plaintiff's Amended Complaint misidentifies CAIR-Foundation, Inc. as "CAIR Foundation, Inc."

1

Foundation respectfully requests this Court award CAIR-Foundation its attorney's fees and litigation expenses in connection with this matter. In support of this Motion, CAIR-Foundation relies upon its Brief in Support of Motion to Dismiss and Motion for Attorney's Fees and all pleadings. CAIR-Foundation respectfully requests that its Motion be GRANTED and that Plaintiff's Amended Complaint against CAIR-Foundation be dismissed with prejudice and that this Court award CAIR-Foundation its attorney's fees and litigation expenses in connection with this matter.

      Respectfully submitted this 22nd day of July, 2025.

                              SWIFT, CURRIE, McGHEE & HIERS

                By:   */s/ Kori E. Wagner*
                       Kori E. Wagner
                       Georgia State Bar No. 155438
                       Mollie W. Amick
                       Georgia State Bar No. 406371
                       ***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:  404.874.8800
Fax:  470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

## LOCAL RULE 5.1(C) CERTIFICATION

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C).

                                                 SWIFT, CURRIE, McGHEE & HIERS

                    By:   **/s/ Kori E. Wagner**
                             Kori E. Wagner
                             Georgia State Bar No. 155438
                             Mollie W. Amick
                             Georgia State Bar No. 406371
                             ***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:  404.874.8800
Fax:  470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **DEFENDANT CAIR-FOUNDATION, INC.'S MOTION TO DISMISS AND MOTION FOR ATTORNEY'S FEES** with the Clerk of Court using the CM/ECF System which will notify counsel of record as follows:

| | |
|---|---|
| David Forman Katz<br>Weissmann Zucker Euster & Katz, P.C.<br>The Fountains at Piedmont Center<br>3495 Piedmont Road<br>Building 11, Suite 950<br>Atlanta, GA 30305<br>dkatz@wzlegal.com<br>*Attorney for Plaintiff* | Lauren Israelovitch<br>Mark Goldfeder<br>Ben Schlager<br>National Jewish Advocacy Center, Inc.<br>3 Times Square<br>New York, NY 10036<br>lauren@njaclaw.org<br>*Attorneys for Plaintiff* |
| Esther Panitch<br>The Panitch Law Group, PC<br>Suite 205<br>4243 Dunwoody Club Drive<br>Atlanta, GA 30350<br>esther@panitchivory.com<br>*Attorney for Plaintiff* | Amanda Hyland<br>Austin C. Vining<br>Buchalter, A Professional Corporation<br>3475 Piedmont Road NE<br>Suite 1100<br>Atlanta, GA 30339<br>ahyland@buchalter.com<br>avining@buchalter.com<br>*Attorneys for Defendant CAIR-Georgia* |

I further certify that I have this day served the foregoing **DEFENDANT CAIR-FOUNDATION, INC.'S MOTION TO DISMISS** via U.S. Mail upon the following parties:

4

| | |
|---|---|
| Defendant Umaymah Mohammed<br>c/o Jonathan Wallace<br>P.O. Box #728<br>Amagansett, NY 11930 | Defendant Rupa Marya<br>c/o Jonathan Wallace<br>P.O. Box #728<br>Amagansett, NY 11930 |
| Defendant AJP Educational Foundation, Inc.<br>c/o Registered Agent Osama Abu Irshaid<br>6404 Seven Corners Pl, Suite N<br>Falls Church, VA 22044 | Defendant Sean Eren as Representative of National Students for Justice in Palestine<br>710 Riverside Drive, Apt. 2C<br>New York, NY 10031 |
| Defendant Ibrahim Jouja as Representative of Emory Students for Justice in Palestine<br>6301 Glen Hill Road<br>Louisville, KY 40222 | Defendant Doctors Against Genocide Society<br>c/o Registered Agent Nidal Jboor<br>25614 Ford Road<br>Dearborn Heights, MI 48127 |
| Defendant WESPAC Foundation, Inc.<br>77 Tarrytown Road, Suite 2W<br>White Plains, NY 10607 | |

This 22nd day of July, 2025.

SWIFT, CURRIE, McGHEE & HIERS

By: */s/ Kori E. Wagner*
Kori E. Wagner
Georgia State Bar No. 155438
Mollie W. Amick
Georgia State Bar No. 406371
***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.874.8800

Fax:  470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

6