IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>       Plaintiff,<br><br>    v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine,<br><br>       Defendants. | CIVIL ACTION FILE<br>NO. 1:25-CV-02329-TWT |

**DEFENDANT CAIR-FOUNDATION, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant, CAIR-Foundation, Inc. ("CAIR-Foundation"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, states as follows:

(1)    The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and

1

any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff:** Joshua Winer.

**Defendants:**

1. **Umaymah Mohammad**

2. **AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine**

3. **WESPAC Foundation, Inc.**

4. **Sean Eren as the representative of National Students for Justice in Palestine**

5. **Doctors Against Genocide Society**

6. **Cair-Nga Inc. A/K/A CAIR-Georgia**

7. **CAIR-Foundation Inc. – CAIR-Foundation is a 501(c)(3) nonprofit organization registered in Washington, D.C. CAIR-Foundation has no parent corporation and no publicly held corporation owning 10% or more of its stock.**

8. **Rupa Marya**

9. **Ibrahim Jouja as representative of Emory Students for Justice in Palestine**

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Plaintiff**:  Joshua Winer.

**Defendants:**

1. **Umaymah Mohammad**

2. **AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine**

3. **WESPAC Foundation, Inc.**

4. **Sean Eren as the representative of National Students for Justice in Palestine**

5. **Doctors Against Genocide Society**

6. **Cair-Nga Inc. A/K/A CAIR-Georgia**

7. **CAIR-Foundation Inc.**

8. **Rupa Marya**

9. **Ibrahim Jouja as representative of Emory Students for Justice in Palestine**

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

For Plaintiff:
David Forman Katz, Esq.
Weissmann Zucker Euster & Katz, P.C.
Georgia Bar No. 408738
The Fountains at Piedmont Center
3495 Piedmont Road
Building 11, Suite 950
Atlanta, GA 30305
Tel.: (404) 918-5707

Esther Dina Feuer Panitch, Esq.
The Panitch Law Group, P.C.
Georgia Bar No. 143197
4243 Dunwoody Club Drive
Suite 205
Atlanta, GA 30350
Tel.: (770) 364-6952

Mark Goldfeder, Esq.
*Pro hac vice*
Lauren Israelovitch, Esq.
*Pro hac vice*
Ben Schlager, Esq.
*Pro hac vice*
National Jewish Advocacy Center, Inc.
666 Harless Place
West Hampstead, NY 11552
Tel.: (332) 278-1100

For Defendant Umaymah Mohammad:
Akil K. Secret, Esq.
Georgia Bar No. 634075
The Secret Firm, P.C.
Post Office Box 91028
Atlanta, GA 30364
Tel.:  (404) 524-5300

Jonathan Wallace, Esq.
*Pro hac vice* pending

For Defendant Doctors Against Genocide Society:
Akil K. Secret, Esq.
Georgia Bar No. 634075
The Secret Firm, P.C.
Post Office Box 91028
Atlanta, GA 30364
Tel.:  (404) 524-5300

Collin Poirot, Esq.

*Pro hac vice* pending
2603 Oak Lawn
Suite 300
Dallas, TX 75219
Tel.:  (214) 392-2281

For Defendant WESPAC Foundation, Inc.:
Muneer Othman Awad, Esq.
Georgia Bar No. 683647
Awad Legal Team, LLC
244 Roswell Street
Suite 500
Marietta, GA 30060
Tel.:  (404) 445-8443

Robert Herbst, Esq.
*Pro hac vice*
Herbst Law, PLLC
73 Howell Avenue
Larchmont, NY 10538
Tel.:  (914) 450-8163

For Defendant AJP Educational Foundation, Inc.:
James Murray Slater, Esq.
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd NE
Suite 116
Atlanta, GA 30345
Tel.:  (404) 458-7283

Christina A. Jump, Esq.*
Samira S. Elhosary, Esq.*
Christina A. Boyd, Esq.*
**Pro hac vice* applications forthcoming
Constitutional Law Center for Muslims in America
100 N. Central Expy.
Suite 1010
Richardson, TX 75080
Tel.:  (972) 914-2507

<u>For Defendant CAIR-Nga, Inc.:</u>
Amanda Hyland, Esq.
Georgia Bar No. 325115
Austin C. Vining, Esq.
Georgia Bar No. 362473
Buchalter, A Professional Corporation
3475 Piedmont Road NE
Suite 1100
Atlanta, GA 30339
Tel:   (404) 832-7530

<u>For Defendant CAIR-Foundation, Inc.:</u>
Kori E. Wagner, Esq.
Georgia Bar No. 155438
Mollie W. Amick, Esq.
Georgia Bar No. 406371
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
Tel:   (404) 874-8000

(4)   The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**CAIR-Foundation, Inc. is a non-profit organization registered in Washington, D.C. with its principal place of business in Washington, D.C. Thus, CAIR-Foundation is a citizen of Washington, D.C.**

Respectfully submitted this 22nd day of July, 2025.

                                        SWIFT, CURRIE, McGHEE & HIERS

                By:   */s/ Kori E. Wagner*
                      Kori E. Wagner
                      Georgia State Bar No. 155438
                      Mollie W. Amick
                      Georgia State Bar No. 406371
                      ***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:  404.874.8800
Fax:  470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

## **LOCAL RULE 5.1(C) CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C).

                                          SWIFT, CURRIE, McGHEE & HIERS

                            By:   ***/s/ Kori E. Wagner***
                                        Kori E. Wagner
                                        Georgia State Bar No. 155438
                                        Mollie W. Amick
                                        Georgia State Bar No. 406371
                                        ***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:   404.874.8800
Fax:  470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **DEFENDANT CAIR-FOUNDATION, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF System which will notify counsel of record as follows:

<div style="display:flex">

David F. Katz
Weissman Zucker Euster + Katz P.C.
The Foundations at Piedmont Center
3495 Piedmont Rd
Bldg 11, Ste 950
Atlanta, GA 30305
dkatz@wzlegal.com
*Counsel for Plaintiff*

Esther Panitch
Panitch Ivory Law Group, P.C.
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
esther@panitchivory.com
*Counsel for Plaintiff*

Mark Goldfeder
Lauren Israelovitch
Ben Schlager
National Jewish Advocacy Center, Inc.
3 Times Square
New York, NY 10036
mark@njaclaw.org
ben@njaclaw.org
lauren@njaclaw.com
*Counsel for Plaintiff*

Muneer O. Awad
Awad Legal Team, LLC
244 Roswell St, Ste 500
Marietta, GA 30060
muneer@awadlegalteam.com
*Counsel for WESPAC Foundation, Inc.*

Akil K. Secret
The Secret Firm, PC
P.O. Box 91028
Atlanta, GA 30364
asecret@thesecretfirm.com
*Counsel for Umaymah Mohammad and Doctors Against Genocide Society*

Robert L. Herbst
Herbst Law PLLC
420 Lexington Ave
Ste 300
New York, NY 10170
rherbst@herbstlawny.com
*Counsel for WESPAC Foundation, Inc.*

</div>

| | |
|---|---|
| James Murray Slater<br>Slater Legal PLLC<br>2296 Henderson Mill Rd NE<br>Suite 116<br>Atlanta, GA 30345<br>james@slater.legal<br>*Counsel for AJP Educational Foundation, Inc.* | Amanda G. Hyland<br>Austin C. Vining<br>Buchalter APC<br>3475 Piedmont Road NE<br>Ste. 1100<br>Atlanta, GA 30305<br>ahyland@buchalter.com<br>avining@buchalter.com<br>*Counsel for CAIR-Nga, Inc.* |
| Christina A. Jump, Esq.<br>Samira S. Elhosary, Esq.<br>Christina A. Boyd, Esq.<br>Constitutional Law Center for Muslims in America<br>100 N. Central Expy.<br>Suite 1010<br>Richardson, TX 75080<br>cjump@clcma.org<br>selhosary@clcma.org<br>ali.boyd@mlfa.org<br>*Pro hac vice applications forthcoming for AJP Educational Foundation, Inc.* | Collin Poirot<br>2603 Oak Lawn<br>Suite 300<br>Dallas, TX 75219<br>cpoirot.law@gmail.com<br>*Pro hac vice pending for Doctors Against Genocide Society* |

I further certify that I have this day served the foregoing **DEFENDANT CAIR-FOUNDATION, INC.'S MOTION TO DISMISS** via U.S. Mail upon the following parties:

| | |
|---|---|
| Defendant Rupa Marya<br>c/o Jonathan Wallace<br>P.O. Box #728<br>Amagansett, NY 11930 | Defendant Sean Eren as Representative of National Students for Justice in Palestine<br>710 Riverside Drive, Apt. 2C<br>New York, NY 10031 |

Defendant Ibrahim Jouja as
Representative of Emory Students for
Justice in Palestine
6301 Glen Hill Road
Louisville, KY 40222

This 22nd day of July, 2025.

                          SWIFT, CURRIE, McGHEE & HIERS

                          By:   */s/ Kori E. Wagner*
                                  Kori E. Wagner
                                  Georgia State Bar No. 155438
                                  Mollie W. Amick
                                  Georgia State Bar No. 406371
                                  ***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:   404.874.8800
Fax:  470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com