# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Umaymah Mohammad, AJP Educational )<br>Foundation, Inc. A/K/A American Muslims )<br>For Palestine, WESPAC Foundation, Inc., )<br>Sean Eren as the representative of National )<br>Students for Justice in Palestine, Doctors )<br>Against Genocide Society, Cair-Nga Inc. )<br>A/K/A CAIR-Georgia, CAIR Foundation )<br>Inc., A/K/A Council on Islamic Relations or )<br>CAIR, Rupa Marya, Ibrahim Jouja as )<br>representative of Emory Students for Justice )<br>in Palestine, )<br>)<br>    Defendants. ) | CIVIL ACTION FILE<br>NO. 1:25-CV-02329-TWT |

## AMENDED CERTIFICATE OF SERVICE FOR DEFENDANT CAIR-FOUNDATION, INC.'S MOTION TO DISMISS AND MOTION FOR ATTORNEY'S FEES AND BRIEF IN SUPPORT

This is to certify that on the 22nd day of July, 2025, I have caused to be served upon counsel for all parties a true and correct copy of **DEFENDANT CAIR-FOUNDATION, INC.'S MOTION TO DISMISS AND MOTION FOR ATTORNEY'S FEES AND BRIEF IN SUPPORT** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District

Court for the Northern District of Georgia, which will serve all counsel of record as follows:

David F. Katz
Weissman Zucker Euster + Katz P.C.
The Foundations at Piedmont Center
3495 Piedmont Rd
Bldg 11, Ste 950
Atlanta, GA 30305
dkatz@wzlegal.com
*Counsel for Plaintiff*

Esther Panitch
Panitch Ivory Law Group, P.C.
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
esther@panitchivory.com
*Counsel for Plaintiff*

Mark Goldfeder
Lauren Israelovitch
Ben Schlager
National Jewish Advocacy Center, Inc.
3 Times Square
New York, NY 10036
mark@njaclaw.org
ben@njaclaw.org
lauren@njaclaw.com
*Counsel for Plaintiff*

Muneer O. Awad
Awad Legal Team, LLC
244 Roswell St, Ste 500
Marietta, GA 30060
muneer@awadlegalteam.com
*Counsel for WESPAC Foundation, Inc.*

Akil K. Secret
The Secret Firm, PC
P.O. Box 91028
Atlanta, GA 30364
asecret@thesecretfirm.com
*Counsel for Umaymah Mohammad and Doctors Against Genocide Society*

Robert L. Herbst
Herbst Law PLLC
420 Lexington Ave
Ste 300
New York, NY 10170
rherbst@herbstlawny.com
*Counsel for WESPAC Foundation, Inc.*

James Murray Slater
Slater Legal PLLC
2296 Henderson Mill Rd NE
Suite 116
Atlanta, GA 30345
james@slater.legal
*Counsel for AJP Educational Foundation, Inc.*

Amanda G. Hyland
Austin C. Vining
Buchalter APC
3475 Piedmont Road NE
Ste. 1100
Atlanta, GA 30305
ahyland@buchalter.com
avining@buchalter.com

*Counsel for CAIR-Nga, Inc.*

| | |
|---|---|
| Christina A. Jump, Esq.<br>Samira S. Elhosary, Esq.<br>Christina A. Boyd, Esq.<br>Constitutional Law Center for Muslims in America<br>100 N. Central Expy.<br>Suite 1010<br>Richardson, TX 75080<br>cjump@clcma.org<br>selhosary@clcma.org<br>ali.boyd@mlfa.org<br>*Pro hac vice applications forthcoming for AJP Educational Foundation, Inc.* | Collin Poirot<br>2603 Oak Lawn<br>Suite 300<br>Dallas, TX 75219<br>cpoirot.law@gmail.com<br>*Pro hac vice pending for Doctors Against Genocide Society* |

I further certify that I have this day served a true and correct copy of **DEFENDANT CAIR-FOUNDATION, INC.'S MOTION TO DISMISS AND MOTION FOR ATTORNEY'S FEES AND BRIEF IN SUPPORT** via U.S. Mail upon the following parties:

| | |
|---|---|
| Defendant Rupa Marya<br>c/o Jonathan Wallace<br>P.O. Box #728<br>Amagansett, NY 11930 | Defendant Sean Eren as Representative of National Students for Justice in Palestine<br>710 Riverside Drive, Apt. 2C<br>New York, NY 10031 |
| Defendant Ibrahim Jouja as Representative of Emory Students for Justice in Palestine<br>6301 Glen Hill Road<br>Louisville, KY 40222 | |

SWIFT, CURRIE, McGHEE & HIERS

By:  */s/ Kori E. Wagner*

Kori E. Wagner
Georgia State Bar No. 155438
Mollie W. Amick
Georgia State Bar No. 406371
***Attorneys for Defendant CAIR Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:   404.874.8800
Fax:  470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com