UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et. al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS**

THIS MATTER is before the Court upon Plaintiff Joshua Winer and Defendants WESPAC Foundation Inc. ("WESPAC") and Doctors Against Genocide's ("DAG") Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint and to Extend Time for Plaintiff's Response to a Motion to Dismiss (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Defendants DAG and WESPAC shall file their responses to the amended complaint on or before August 28, 2025.

3. If Defendants file a Motion to Dismiss the operative complaint, Plaintiff shall have through November 7, 2025 to file his response to the motion.

IT IS SO ORDERED this __23rd__ day of __July__, 2025.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
United States District Judge