IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>        Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, CAIR-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br><br>        Defendants. | Case No. 1:25-CV-02329 |

**DEFENDANT CAIR-NGA, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules, the undersigned counsel of record for Defendant CAIR-Nga, Inc., A/K/A CAIR-Georgia ("CAIR GA"), hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

(1)    The undersigned counsel of record for CAIR GA certifies that the following is a full and complete list of all named defendants, including proposed intervenors, in this action, including any parent corporation

1

and any publicly held corporation that owns 10% or more of the stock of a defendant or proposed intervenor:

**Plaintiff:**

- Joshua Winer.

**Defendants:**

- Umaymah Mohammad

- AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine

- WESPAC Foundation, Inc.

- Sean Eren as the representative of National Students for Justice in Palestine

- Doctors Against Genocide Society

- Cair-Nga Inc. A/K/A CAIR-Georgia

- CAIR-Foundation Inc. – CAIR-Foundation is a 501(c)(3) nonprofit organization registered in Washington, D.C. CAIR-Foundation has no parent corporation and no publicly held corporation owning 10% or more of its stock.

- Rupa Marya

- Ibrahim Jouja as representative of Emory Students for Justice in Palestine

(2) The undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- N/A

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for CAIR GA in the case:

**For Plaintiff:**
David Forman Katz, Esq.
Weissmann Zucker Euster & Katz, P.C.
Georgia Bar No. 408738
The Fountains at Piedmont Center
3495 Piedmont Road
Building 11, Suite 950
Atlanta, GA 30305
Tel.: (404) 918-5707

Esther Dina Feuer Panitch, Esq.
The Panitch Law Group, P.C.
Georgia Bar No. 143197
4243 Dunwoody Club Drive
Suite 205
Atlanta, GA 30350
Tel.: (770) 364-6952

Mark Goldfeder, Esq.
*Pro hac vice*
Lauren Israelovitch, Esq.
*Pro hac vice*
Ben Schlager, Esq.
*Pro hac vice*
National Jewish Advocacy Center, Inc.
666 Harless Place

West Hampstead, NY 11552
Tel.: (332) 278-1100

**For Defendant Umaymah Mohammad:**
Akil K. Secret, Esq.
Georgia Bar No. 634075
The Secret Firm, P.C.
Post Office Box 91028
Atlanta, GA 30364
Tel.: (404) 524-5300

Jonathan Wallace, Esq.
*Pro hac vice* pending

**For Defendant Doctors Against Genocide Society:**
Akil K. Secret, Esq.
Georgia Bar No. 634075
The Secret Firm, P.C.
Post Office Box 91028
Atlanta, GA 30364
Tel.: (404) 524-5300

Collin Poirot, Esq.
*Pro hac vice* pending
2603 Oak Lawn
Suite 300
Dallas, TX 75219
Tel.: (214) 392-2281

**For Defendant WESPAC Foundation, Inc.:**
Muneer Othman Awad, Esq.
Georgia Bar No. 683647
Awad Legal Team, LLC
244 Roswell Street
Suite 500
Marietta, GA 30060
Tel.: (404) 445-8443

Robert Herbst, Esq.
*Pro hac vice*

4

Herbst Law, PLLC
73 Howell Avenue
Larchmont, NY 10538
Tel.: (914) 450-8163

**For Defendant AJP Educational Foundation, Inc.:**
James Murray Slater, Esq.
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd NE
Suite 116
Atlanta, GA 30345
Tel.: (404) 458-7283

Christina A. Jump, Esq.*
Samira S. Elhosary, Esq.*
Christina A. Boyd, Esq.*
*Pro hac vice* applications forthcoming
Constitutional Law Center for Muslims in America
100 N. Central Expy.
Suite 1010
Richardson, TX 75080
Tel.: (972) 914-2507

**For Defendant CAIR-Nga, Inc.:**
Amanda Hyland, Esq.
Georgia Bar No. 325115
Austin C. Vining, Esq.
Georgia Bar No. 362473
Buchalter, A Professional Corporation
3475 Piedmont Road NE
Suite 1100
Atlanta, GA 30339
Tel: (404) 832-7530

**For Defendant CAIR-Foundation, Inc.:**
Kori E. Wagner, Esq.
Georgia Bar No. 155438
Mollie W. Amick, Esq.
Georgia Bar No. 406371

Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
Tel: (404) 874-8000

(4)   For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.

- This action is not based on diversity under 28 U.S.C. § 1332(a). The Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331 based on Plaintiff's claim under 42 U.S.C. § 1985(3) and supplemental jurisdiction pursuant to 18 U.S.C. § 1367.

Respectfully submitted this 23rd day of July, 2025.

**BUCHALTER APC**

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
3475 Piedmont Road NE, Ste. 1100
Atlanta, GA 30305
(404) 832-7350 Telephone
ahyland@buchalter.com
avining@buchalter.com

*Attorneys for Defendant CAIR-Georgia*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115

*Attorney for Defendant CAIR-Georgia*