# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:25-CV-02329-TWT |
| ) | |
| Umaymah Mohammad, AJP Educational ) | |
| Foundation, Inc. A/K/A American Muslims ) | |
| For Palestine, WESPAC Foundation, Inc., ) | |
| Sean Eren as the representative of National ) | |
| Students for Justice in Palestine, Doctors ) | |
| Against Genocide Society, Cair-Nga Inc. ) | |
| A/K/A CAIR-Georgia, CAIR Foundation ) | |
| Inc., A/K/A Council on Islamic Relations or ) | |
| CAIR, Rupa Marya, Ibrahim Jouja as ) | |
| representative of Emory Students for Justice ) | |
| in Palestine, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL

COMES NOW Mollie W. Amick and hereby enters her appearance as additional counsel of record on behalf of the Defendant, CAIR-FOUNDATION, INC. Kori E. Wagner will remain as lead attorney. All further correspondence, pleadings, notices, and other matters should be sent to the following address:

Kori E. Wagner
Mollie W. Amick
SWIFT, CURRIE, MCGHEE & HEIRS, LLP
1420 Peachtree Rd, N.E.
Suite 800
Atlanta, GA 30309

       Tel: 404.874.8800
       Fax: 470.600.5990
     Kori.wagner@swiftcurrie.com
    Molliebeth.amick@swiftcurrie.com

This 24th day of July, 2025.

         **SWIFT, CURRIE, McGHEE & HIERS**

       By: */s/ Mollie W. Amick*
         Kori E. Wagner
         Georgia State Bar No. 155438
         Mollie W. Amick
         Georgia State Bar No. 406371
         ***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.874.8800
Fax: 470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

# CERTIFICATE OF SERVICE

This is to certify that on the 24th day of July, 2025, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record as follows:

| | |
|---|---|
| David F. Katz<br>Weissman Zucker Euster + Katz P.C.<br>The Foundations at Piedmont Center<br>3495 Piedmont Rd<br>Bldg 11, Ste 950<br>Atlanta, GA 30305<br>dkatz@wzlegal.com<br>*Counsel for Plaintiff* | Esther Panitch<br>Panitch Ivory Law Group, P.C.<br>4243 Dunwoody Club Dr., #201<br>Atlanta, GA 30350<br>esther@panitchivory.com<br>*Counsel for Plaintiff* |
| Mark Goldfeder<br>Lauren Israelovitch<br>Ben Schlager<br>National Jewish Advocacy Center, Inc.<br>3 Times Square<br>New York, NY 10036<br>mark@njaclaw.org<br>ben@njaclaw.org<br>lauren@njaclaw.com<br>*Counsel for Plaintiff* | Muneer O. Awad<br>Awad Legal Team, LLC<br>244 Roswell St, Ste 500<br>Marietta, GA 30060<br>muneer@awadlegalteam.com<br>*Counsel for WESPAC Foundation, Inc.* |
| Akil K. Secret<br>The Secret Firm, PC<br>P.O. Box 91028<br>Atlanta, GA 30364<br>asecret@thesecretfirm.com | Robert L. Herbst<br>Herbst Law PLLC<br>420 Lexington Ave<br>Ste 300<br>New York, NY 10170<br>rherbst@herbstlawny.com |

<div style="columns:2">

*Counsel for Umaymah Mohammad and Doctors Against Genocide Society*

James Murray Slater
Slater Legal PLLC
2296 Henderson Mill Rd NE
Suite 116
Atlanta, GA 30345
james@slater.legal
*Counsel for AJP Educational Foundation, Inc.*

Christina A. Jump, Esq.
Samira S. Elhosary, Esq.
Christina A. Boyd, Esq.
Constitutional Law Center for Muslims in America
100 N. Central Expy.
Suite 1010
Richardson, TX 75080
cjump@clcma.org
selhosary@clcma.org
ali.boyd@mlfa.org
*Pro hac vice applications forthcoming for AJP Educational Foundation, Inc.*

*Counsel for WESPAC Foundation, Inc.*

Amanda G. Hyland
Austin C. Vining
Buchalter APC
3475 Piedmont Road NE
Ste. 1100
Atlanta, GA 30305
ahyland@buchalter.com
avining@buchalter.com
*Counsel for CAIR-Nga, Inc.*

Collin Poirot
2603 Oak Lawn
Suite 300
Dallas, TX 75219
cpoirot.law@gmail.com
*Pro hac vice pending for Doctors Against Genocide Society*

</div>

I further certify that I have this day served the foregoing **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** via U.S. Mail upon the following parties:

Defendant Rupa Marya
c/o Jonathan Wallace
P.O. Box #728
Amagansett, NY 11930

Defendant Sean Eren as Representative of National Students for Justice in Palestine
710 Riverside Drive, Apt. 2C
New York, NY 10031

Defendant Ibrahim Jouja as
Representative of Emory Students for
Justice in Palestine
6301 Glen Hill Road
Louisville, KY 40222

                              **SWIFT, CURRIE, McGHEE & HIERS**

By:   */s/ Mollie W. Amick*
       Kori E. Wagner
       Georgia State Bar No. 155438
       Mollie W. Amick
       Georgia State Bar No. 406371
       ***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.874.8800
Fax: 470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com