UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, </br></br> Plaintiff, </br></br> v. </br></br> Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A/ CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine, </br></br> Defendants. | Civil Action Case No. </br> 1:25-cv-02329-TWT |

## ORDER

THIS MATTER is before the Court on Plaintiff Joshua Winer's Motion to Accept Late Filing of his Brief in support of his Opposition to Defendant CAIR-Nga Inc.'s Motion to Dismiss the First Amended Complaint ("Plaintiff's Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED and ADJUDGED that:

1. Plaintiff's Motion is granted.

1

2. The Court will deem Plaintiff's filing of his Brief in support of his Opposition to Defendant CAIR-Nga Inc.'s Motion to Dismiss the First Amended Complaint submitted on July 22, 2025 at 12:00 A.M. as timely filed on July 21, 2025.

SO ORDERED this 29th day of ____July____, 2025.

*/s/ Thomas W. Thrash*
Hon. Thomas W. Thrash, Jr.
United States District Judge