IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>     Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD \| AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE \| WESPAC FOUNDATION, INC. \| SEAN EREN AS THE REPRESENTATIVE OF NATIONAL STUDENTS FOR JUSTICE IN PALESTINE \| DOCTORS AGAINST GENOCIDE SOCIETY \| CAIR-NGA INC. a/k/a CAIR-GEORGIA \| CAIR FOUNDATION INC. a/k/a COUNCIL ON ISLAMIC RELATIONS OR CAIR \| RUPA MARYA \| IBRAHIM JOUJA AS REPRESENTATIVE OF EMORY STUDENTS FOR JUSTICE IN PALESTINE,<br><br>     Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-02329-TWT |

**NOTICE OF APPEARANCE OF MILES C. SKEDSVOLD**

COMES NOW Miles C. Skedsvold of the law firm Robbins Alloy Belinfante Littlefield LLC, located at 500 14th Street N.W., Atlanta, Georgia 30318, and hereby makes an entry of appearance in the above-styled action as co-counsel on behalf of

Plaintiff Joshua Winer. Please direct all further pleadings, notices, orders, and other matters to him at the address below.

Respectfully submitted this 4th day of August, 2025.

>/s/ Miles C. Skedsvold
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Miles C. Skedsvold
Georgia Bar No. 371576
mskedsvold@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

*Attorneys for Plaintiff Joshua Winer*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF APPEARANCE OF MILES C. SKEDSVOLD** with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to counsel of record.

This 4th day of August, 2025.

*/s/ Miles C. Skedsvold*
Miles C. Skedsvold