IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>    Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD \| AJP EDUCATIONAL FOUNDATION, INC. a/k/a AMERICAN MUSLIMS FOR PALESTINE \| WESPAC FOUNDATION, INC. \| SEAN EREN AS THE REPRESENTATIVE OF NATIONAL STUDENTS FOR JUSTICE IN PALESTINE \| DOCTORS AGAINST GENOCIDE SOCIETY \| CAIR-NGA INC. a/k/a CAIR-GEORGIA \| CAIR FOUNDATION INC. a/k/a COUNCIL ON ISLAMIC RELATIONS OR CAIR \| RUPA MARYA \| IBRAHIM JOUJA AS REPRESENTATIVE OF EMORY STUDENTS FOR JUSTICE IN PALESTINE,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-02329-TWT |

**NOTICE OF APPEARANCE OF ANNA EDMONDSON**

COMES NOW Anna Edmondson of the law firm Robbins Alloy Belinfante Littlefield LLC, located at 500 14th Street N.W., Atlanta, Georgia 30318, and hereby makes an entry of appearance in the above-styled action as co-counsel on behalf of

Plaintiff Joshua Winer. Please direct all further pleadings, notices, orders, and other matters to her at the address below.

Respectfully submitted this 4th day of August, 2025.

                              */s/ Anna Edmondson*
                              Josh Belinfante
                              Georgia Bar No. 047399
                              jbelinfante@robbinsfirm.com
                              Anna Edmondson
                              Georgia Bar No. 289667
                              aedmondson@robbinsfirm.com
                              Miles C. Skedsvold
                              Georgia Bar No. 371576
                              mskedsvold@robbinsfirm.com
                              Robbins Alloy Belinfante Littlefield LLC
                              500 14th Street, N.W.
                              Atlanta, Georgia 30318
                              Telephone: (678) 701-9381
                              Facsimile: (404) 856-3255

                              *Attorneys for Plaintiff Joshua Winer*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **NOTICE OF APPEARANCE OF ANNA EDMONDSON** with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to counsel of record.

This 4th day of August, 2025.

*/s/ Anna Edmondson*
Anna Edmondson