IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>    Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A/ CAIR-Georgia, CAIR-Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:25-cv-02329 |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT CAIR-FOUNDATION'S MOTION TO DISMISS**

Plaintiff Joshua Winer ("Plaintiff"), hereby moves, with Defendant CAIR-Foundation, Inc.'s consent, for an order formally extending Plaintiff's time to respond to Defendant CAIR-Foundation's Motion to Dismiss, memorializing the parties stipulated briefing schedule filed on July 3, 2025. *See* Dkt. 48. In support, Plaintiff shows the Court as follows:

1. Plaintiff filed his Amended Complaint on May 20, 2025.

2. Defendant CAIR-Foundation was served on June 17, 2025, making its original deadline to respond to the Amended Complaint July 8, 2025.

3. Plaintiff and Defendant CAIR-Foundation agreed to a stipulation whereby CAIR-Foundation would have until July 22, 2025, to respond to the motion—provided that, if CAIR-Foundation moved to dismiss, Plaintiff would have thirty days from the filing of that motion to respond (i.e., August 21, 2025). *See* Dkt. 48 ¶¶ 5–6.

4. This stipulation was entered on the docket, but was not presented to the Court as a motion to formally extend the deadline.

5. Defendant CAIR-Foundation filed a Motion to Dismiss on July 22, 2025. *See* Dkt. 63, 63-1.

6. In order to avoid any confusion, Plaintiff, with consent of Defendant CAIR-Foundation, respectfully requests that this Court enter an Order formally extending Plaintiff's time to respond to the Motion to Dismiss to **Thursday, August 21, 2025**.

7. This is Plaintiff's first request for an extension of time in this case, and it is made in good faith.

8. This extension will not cause any undue delay or prejudice in this case.

9. A proposed Order is attached for the Court's consideration as **Exhibit A**.

Respectfully submitted this 5th day of August, 2025.

| | |
|---|---|
| Lauren Israelovitch<br>Mark Goldfeder<br>Ben Schlager<br>NATIONAL JEWISH ADVOCACY CENTER, INC.<br>3 Times Square<br>New York, NY 10036<br>lauren@njaclaw.org<br><br>David Forman Katz<br>WEISSMANN ZUCKER EUSTER & KATZ, P.C.<br>The Fountains at Piedmont Center<br>3495 Piedmont Road<br>Building 11, Suite 950<br>Atlanta, GA 30305<br>dkatz@wzlegal.com<br><br>Esther Panitch<br>THE PANITCH LAW GROUP, PC<br>Suite 205<br>4243 Dunwoody Club Drive<br>Atlanta, GA 30350<br>esther@panitchivory.com | */s/ Miles C. Skedsvold*<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Anna Edmondson<br>Georgia Bar No. 289667<br>aedmondson@robbinsfirm.com<br>Miles C. Skedsvold<br>Georgia Bar No. 371576<br>mskedsvold@robbinsfirm.com<br>ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC<br>500 14th Street, N.W.<br>Atlanta, Georgia 30318<br>Telephone:  (678) 701-9381<br>Facsimile:   (404) 856-3255<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF COMPLIANCE**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1(C).

*/s/ Miles C. Skedsvold*
Miles C. Skedsvold

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT CAIR-FOUNDATION'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF electronic filing system, which suffices for service on all counsel of record who have entered an appearance in the case under L.R. 5.1(A)(3).

This 5th day of August, 2025.

*/s/ Miles C. Skedsvold*
Miles C. Skedsvold

I further certify that I have this day served the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT CAIR-FOUNDATION'S MOTION TO DISMISS** via U.S. Mail upon the following parties:

| | |
|---|---|
| Defendant Umaymah Mohammed<br>c/o Jonathan Wallace<br>P.O. Box #728<br>Amagansett, NY 11930 | Defendant Rupa Marya<br>c/o Jonathan Wallace<br>P.O. Box #728<br>Amagansett, NY 11930 |

| | |
|---|---|
| Defendant AJP Educational Foundation, Inc.<br>c/o Registered Agent Osama Abu Irshaid<br>6404 Seven Corners Pl, Suite N<br>Falls Church, VA 22044 | Defendant Sean Eren as Representative of National Students for Justice in Palestine<br>710 Riverside Drive, Apt. 2C<br>New York, NY 10031 |
| Defendant Ibrahim Jouja as Representative of Emory Students for Justice in Palestine<br>6301 Glen Hill Road<br>Louisville, KY 40222 | Defendant Doctors Against Genocide Society<br>c/o Registered Agent Nidal Jboor<br>25614 Ford Road<br>Dearborn Heights, MI 48127 |
| Defendant WESPAC Foundation, Inc.<br>77 Tarrytown Road, Suite 2W<br>White Plains, NY 10607 | |

This 5th day of August, 2025.

*/s/ Miles C. Skedsvold*
Miles C. Skedsvold