# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>    Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:25-cv-02329 |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT CAIR-FOUNDATION'S MOTIONS TO DISMISS**

Having considered Plaintiff's Consent Motion For An Extension Of Time To File Plaintiff's Response To Defendant CAIR-Foundation's Motions To Dismiss, the motion is **GRANTED**.

IT IS HEREBY ORDERED that Plaintiff shall have through and including **Thursday, August 21, 2025** to file its response brief.

SO ORDERED this _____ day of August, 2025.

_____
The Honorable Thomas W. Thrash, Jr.
United States District Court for the
Northern District of Georgia

PRESENTED BY:

Lauren Israelovitch
Mark Goldfeder
Ben Schlager
NATIONAL JEWISH ADVOCACY CENTER, INC.
3 Times Square
New York, NY 10036
lauren@njaclaw.org

David Forman Katz
WEISSMANN ZUCKER EUSTER & KATZ, P.C.
The Fountains at Piedmont Center
3495 Piedmont Road
Building 11, Suite 950
Atlanta, GA 30305
dkatz@wzlegal.com

Esther Panitch
THE PANITCH LAW GROUP, PC
Suite 205
4243 Dunwoody Club Drive
Atlanta, GA 30350
esther@panitchivory.com

/s/ Miles C. Skedsvold
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Miles C. Skedsvold
Georgia Bar No. 371576
mskedsvold@robbinsfirm.com
ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3255

*Attorneys for Plaintiff*