# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, *et al.*,<br><br>Defendants. | Civil Action File<br>No. 1:25-cv-02329-TWT |

**DEFENDANT AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE'S MOTION TO DISMISS AMENDED COMPLAINT AND FOR AWARD OF ATTORNEYS' FEES**

Pursuant to Rules 12(b)(2) and (6), Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP" or "Defendant")[1] files its Motion to Dismiss Plaintiff Joshua Winer's First Amended Complaint for lack of personal jurisdiction and failure to state a claim. Pursuant to the fee-shifting provisions of O.C.G.A. § 9-11-11.1(b), AMP seeks its reasonable attorneys' fees and litigation expenses in defending against this action designed to curtail AMP's protected speech.

---

[1] AMP is a stand-alone organization with no corporate affiliation to separate defendant National Students for Justice in Palestine ("NSJP"). AMP takes no position in this Motion on the veracity of Plaintiff's claims against NSJP, and responds on its own behalf solely as to the allegations made against AMP.

In support of this Motion, AMP relies on its Brief in Support of Motion to Dismiss and for Award of Attorneys' Fees, as well as the arguments of CAIR-Foundation and CAIR-NGA, in which AMP has joined, as set forth in its Brief in Support. AMP respectfully requests that the Court grant this Motion, dismiss AMP from this action with prejudice, and award its reasonable attorneys' fees and litigation expenses.

DATED: August 5, 2025

                                                    Respectfully Submitted,

                                                    */s/ James M. Slater*
                                                    James M. Slater
                                                    Georgia Bar No. 169869
                                                    Slater Legal PLLC
                                                    2296 Henderson Mill Rd NE #116
                                                    Atlanta, Georgia 30345
                                                    Tel. (404) 458-7283
                                                    james@slater.legal

                                                    Christina A. Jump
                                                    (admitted *pro hac vice*)
                                                    Samira S. Elhosary
                                                    (admitted *pro hac vice*)
                                                    Christina A. Boyd
                                                    (admitted *pro hac vice*)
                                                    Constitutional Law Center
                                                    for Muslims in America*
                                                    100 N. Central Expy. Suite 1010
                                                    Richardson, Texas 75080
                                                    Tel: (972) 914-2507
                                                    Fax: (972) 692-7454
                                                    cjump@clcma.org
                                                    selhosary@clcma.org
                                                    ali.boyd@mlfa.org

**COUNSEL FOR DEFENDANT**
**AJP EDUCATIONAL FOUNDATION,**
**INC. d/b/a AMERICAN MUSLIMS FOR**
**PALESTINE**

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: August 5, 2025.

|  |  |
|---|---|
| SLATER LEGAL PLLC<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>(404) 458-7283<br>james@slater.legal | */s/ James M. Slater*<br>James M. Slater<br>Georgia Bar No. 169869 |