## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

JOSHUA WINER,

     Plaintiff,

     v.

UMAYMAH MOHAMMAD, *et al.*,

     Defendants.

Civil Action File
No. 1:25-cv-02329-TWT

## DEFENDANT AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine ("AMP") files its Certificate of Interested Persons and Corporate Disclosure Statement and certifies as follows:

1.    The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff:**

- Joshua Winer

**Defendants:**

- AJP Educational Foundation, Inc., d/b/a American Muslims For Palestine—AMP is a not-for-profit corporation incorporated under Section 501(c)(3) of the Internal Revenue Code. It has no parent corporation and no publicly held corporation owning 10% or more of its stock. AMP's only affiliate is AJP Action, a separate organization incorporated under Section 501(c)(4) of the Internal Revenue Code.

- WESPAC Foundation, Inc.

- Sean Eren as the representative of National Students for Justice in Palestine

- Doctors Against Genocide Society

- Cair-Nga Inc., d/b/a CAIR-Georgia

- CAIR-Foundation Inc.

- Rupa Marya

- Ibrahim Jouja as representative of Emory Students for Justice in Palestine

2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

2

having either a financial interest in or other interest which could be substantially affected by the outcome of this case: N/A.

    3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**For Plaintiff:**    David Forman Katz
Weissmann Zucker Euster & Katz, P.C.
The Fountains at Piedmont Center
3495 Piedmont Road, Building 11, Suite 950
Atlanta, GA 30305
Tel. (404) 918-5707

Esther Dina Feuer Panitch
Panitch Ivory Law Group, P.C.
4243 Dunwoody Club Drive, Suite 205
Atlanta, GA 30350
Tel. (770) 364-6952

Mark Goldfeder (admitted *pro hac vice*)
Lauren Israelovitch (admitted *pro hac vice*)
Ben Schlager (*pro hac vice* forthcoming)
National Jewish Advocacy Center, Inc.
666 Harless Place
West Hampstead, NY 11552
Tel. (332) 278-1100

Anna Nicole Edmondson
Joshua Barrett Belinfante
Miles Christian Skedsvold
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA 30318
Tel. 678-701-9381

| | |
|---|---|
| **For Defendant AJP Educational Foundation, Inc.:** | James M. Slater<br>Slater Legal PLLC<br>2296 Henderson Mill Rd NE #116<br>Atlanta, Georgia 30345<br>Tel. (404) 458-7283 |

Christina A. Jump (admitted *pro hac vice*)
Samira S. Elhosary (admitted *pro hac vice*)
Christina A. Boyd (admitted *pro hac vice*)
Constitutional Law Center for
Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel. (972) 914-2507

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

**For Defendant Mohammad:**

Akil K. Secret
The Secret Firm, P.C.
Post Office Box 91028
Atlanta, GA 30364
Tel. (404) 524-5300

Jonathan Wallace (admitted *pro hac vice*)
PO Box 728
Amagansett, NY 11930
Tel. 917-359-6234

**For Defendant Doctors Against Genocide Society:**

Akil K. Secret
The Secret Firm, P.C.
Post Office Box 91028
Atlanta, GA 30364
Tel. (404) 524-5300

Collin Poirot (admitted *pro hac vice*)
2603 Oak Lawn, Suite 300
Dallas, TX 75219
Tel. (214) 392-2281

**For Defendant WESPAC Foundation, Inc.:**

Muneer Othman Awad
Awad Legal Team, LLC
244 Roswell Street, Suite 500
Marietta, GA 30060
Tel.: (404) 445-8443

Robert Herbst (admitted *pro hac vice*)
Herbst Law PLLC
73 Howell Avenue
Larchmont, NY 10538
Tel. 914-450-8163

**For Defendant CAIR-Nga, Inc.:**

Amanda Hyland
Austin C. Vining
Buchalter, APC
3475 Piedmont Road, NE, Suite 1100
Atlanta, GA 30339
Tel. (404) 832-7530

**For Defendant CAIR-Foundation, Inc.:**

Kori E. Wagner
Mollie W. Amick
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309
Tel. (404) 874-8000

Pursuant to the Court's Local Rules, this document was prepared in Times New Roman, 14-point font.

DATED: August 5, 2025

Respectfully Submitted,

*/s/ James M. Slater*
James M. Slater
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Christina A. Jump
(admitted *pro hac vice*)
Samira S. Elhosary
(admitted *pro hac vice*)
Christina A. Boyd
(admitted *pro hac vice*)
Constitutional Law Center
for Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org
ali.boyd@mlfa.org

**COUNSEL FOR DEFENDANT
AJP EDUCATIONAL FOUNDATION,
INC. d/b/a AMERICAN MUSLIMS FOR
PALESTINE**

*\*The Constitutional Law Center for Muslims
in America is the legal division of the Muslim
Legal Fund of America*