IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, <br><br> Plaintiff, <br><br> v. <br><br> Umaymah Mohammad, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> No. 1:25-cv-02329 |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT CAIR-FOUNDATION'S MOTIONS TO DISMISS**

Having considered Plaintiff's Consent Motion For An Extension Of Time To File Plaintiff's Response To Defendant CAIR-Foundation's Motions To Dismiss, the motion is **GRANTED**.

IT IS HEREBY ORDERED that Plaintiff shall have through and including **Thursday, August 21, 2025** to file its response brief.

SO ORDERED this __7th__ day of August, 2025.

_____
The Honorable Thomas W. Thrash, Jr.
United States District Court for the
Northern District of Georgia