UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action Case No. |
| Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A/ CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine, | ) 1:25-cv-02329-TWT |
| | ) |
| Defendants. | ) |

**PRAECIPE FOR SERVICE BY PUBLICATION**

To: Clerk of Court, United States District Court, Northern District of Georgia:

Pursuant to the Court's Order dated _____, 2025, authorizing service by publication upon Defendant Sean Eren in his capacity as representative of National Students for Justice in Palestine, Plaintiff respectfully requests that the Clerk cause

1

publication of the approved notice in accordance with O.C.G.A. § 9-11-4(f)(1)(C) as follows:

1. The notice shall be published once a week for four (4) consecutive weeks in *The Daily Report*, the official legal organ of Fulton County, Georgia.

2. The notice shall also be published once a week for four (4) consecutive weeks in a newspaper of general circulation in New York County, New York (e.g., *New York Law Journal*), where Defendant's last known address is located. Plaintiff's counsel will coordinate and arrange for the New York publication.

3. The notice shall be in the form attached hereto as Exhibit A.

4. All billing for the Georgia publication should be sent to Plaintiff's counsel:

   Lauren Israelovitch
   National Jewish Advocacy Center
   3 Times Square
   New York, NY 10036
   lauren@njaclaw.org

# Exhibit A

## PROPOSED NOTICE OF SERVICE BY PUBLICATION

TO: **Sean Eren, as representative of National Students for Justice in Palestine**

You are hereby notified that Plaintiff Joshua Winer has filed a civil action against you in the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1:25-cv-02329, seeking relief as set forth in the Amended Complaint filed therein.

You are required to file with the Clerk of Court and serve upon Plaintiff's counsel a response to the Amended Complaint within sixty (60) days of the date of the first publication of this notice. If you fail to do so, judgment by default will be sought against you. Plaintiff's counsel's name is David Katz and his address is Weissmann Zucker Euster + Katz P.C., The Fountains at Piedmont Ctr., Building 11, Suite 950 3495 Piedmont Rd., Atlanta, GA 30305.

This notice is published pursuant to O.C.G.A. § 9-11-4(f)(1)(C) and by order of the United States District Court for the Northern District of Georgia, dated _____, 2025.

**Date of First Publication:** _____, 2025