UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) Civil Action Case No. |
| Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A/ CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine, | ) 1:25-cv-02329-TWT |
|     Defendants. | ) |

**[Proposed] Order**

THIS MATTER is before the Court on Plaintiff Joshua Winer's Motion for Service by Publication upon Defendant Sean Eren in his capacity as representative of National Students for Justice in Palestine (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

    ORDERED and ADJUDGED that:

    1. Plaintiff's Motion is granted.

2. Plaintiff is authorized to serve Defendant Eren by publication and such publication shall be made:

(a) Once per week for four (4) consecutive weeks in *The Daily Report*, the official legal organ of Fulton County, Georgia; and

(b) Once per week for four (4) consecutive weeks in a newspaper of general circulation in New York County, New York, where the most recent address associated with Defendant in available records is located.

3. The publication shall use the form of notice attached hereto as Exhibit A.

SO ORDERED this ___ day of _____, 2025.

_____
Hon. Thomas W. Thrash, Jr.
United States District Judge

# Exhibit A

## PROPOSED NOTICE OF SERVICE BY PUBLICATION

TO: **Sean Eren, as representative of National Students for Justice in Palestine**

You are hereby notified that Plaintiff Joshua Winer has filed a civil action against you in the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1:25-cv-02329, seeking relief as set forth in the Amended Complaint filed therein.

You are required to file with the Clerk of Court and serve upon Plaintiff's counsel a response to the Amended Complaint within sixty (60) days of the date of the first publication of this notice. If you fail to do so, judgment by default will be sought against you. Plaintiff's counsel's name and address is David Katz, Weissmann Zucker Euster + Katz P.C., The Fountains at Piedmont Ctr., Building 11, Suite 950 3495 Piedmont Rd., Atlanta, GA 30305.

This notice is published pursuant to O.C.G.A. § 9-11-4(f)(1)(C) and by order of the United States District Court for the Northern District of Georgia, dated _____, 2025.

**Date of First Publication:** _____, 2025