UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

-------------------------------------------------x
JOSHUA WINER,

    Plaintiff,

v.

UMAYMAH MOHAMMAD, et. al.,

    Defendants.
-------------------------------------------------x

Civil Action No.: 1:25-cv-02329-TWT

### CONSENT MOTION FOR (I) EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND (II) TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO ANY MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Plaintiff Joshua Winer ("Plaintiff") and Defendants Umaymah Mohammad and Rupa Marya (collectively, "Defendants") file this consent motion to extend the time for Defendants to file an answer or otherwise respond to Plaintiff's operative amended complaint through August 28, 2025, and for Plaintiff to be permitted to respond to any motion to dismiss filed by Defendants as to the complaint through November 7, 2025.

1. Umaymah Mohammad's waiver of service was filed with this Court on June 12, 2025. Her responsive deadline was July 21, 2025.

2. Rupa Marya's waiver of service was filed with this Court on July 1, 2025. Her responsive deadline is August 11, 2025.

3. Given defense counsel's schedule and the volume of the complaint, Plaintiff has agreed to stipulate to extend the time for Defendants to file an answer or motion to dismiss through August 28, 2025.

4. Counsel for Defendants has agreed and stipulated to extend the time for Plaintiff to respond to Defendants' anticipated motions to dismiss, so that Plaintiff will have through November 7, 2025 to file his response.

5. This consent motion is made in good faith and no party will be prejudiced as a result of the extension.

6. A proposed order reflecting the agreed-upon extension of time is submitted with this motion.

Dated: August 13, 2025

 /s/Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com

**THE SECRET FIRM PC**
Akil Secret
Georgia Bar No. 634075
The Secret Firm PC
P.O. Box 91028
Atlanta, GA 30364
(404) 524-5300
asecret@thesecretfirm.com

Counsel for Umaymah Mohammad and Rupa Marya

Respectfully submitted,

**WEISSMANN ZUCKER EUSTER + KATZ P.C.**

/s/ David F. Katz on consent
David F. Katz
Georgia Bar No. 408738
The Fountains at Piedmont Ctr. Building 11, Suite 950
3495 Piedmont Rd.
Atlanta, GA 30305
Tel: (404) 390-2941
dkatz@wzlegal.com

**PANITCH IVORY LAW GROUP, PC**
Esther Panitch
Georgia Bar No. 143197
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
Tel: (770) 364-6952
esther@panitchivory.com

**NATIONAL JEWISH ADVOCACY CENTER**
Mark Goldfeder
(admitted *pro hac vice*)

Lauren Israelovitch
(admitted *pro hac vice*)
Ben Schlager
(admitted *pro hac vice*)
3 Times Square
New York, NY 10036
Tel: (800) 269-9895 mark@njaclaw.org
lauren@njaclaw.org
ben@njaclaw.org

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: August 13, 2025

                                               /s/Jonathan Wallace
                                              Jonathan Wallace
                                              PO #728
                                              Amagansett NY 11930
                                              917-359-6234
                                              jonathan.wallace80@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSHUA WINER,

    Plaintiff,

v.

UMAYMAH MOHAMMAD, et. al.,

    Defendants.

Civil Action No.: 1:25-cv-02329-TWT

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS**

THIS MATTER is before the Court upon Plaintiff Joshua Winer and Defendants Umaymah Mohammad and Rupa Marya's Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint and to Extend Time for Plaintiff's Response to a Motion to Dismiss (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Defendants Mohammad and Marya shall file their responses to the amended complaint on or before August 28, 2025.

3. If Defendants file a Motion to Dismiss the operative complaint, Plaintiff shall have through November 7, 2025 to file his response to the motion.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
THOMAS W. THRASH, JR.
United States District Judge

Presented by:

Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com