## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

_____

Joshua Winer,

     Plaintiff,

v.

Umaymah Mohammad, AJP Educational
Foundation, Inc. A/K/A American Muslims
For Palestine, WESPAC Foundation, Inc.,
Sean Eren as the representative of National
Students for Justice in Palestine, Doctors
Against Genocide Society, Cair-Nga Inc.
A/K/A/ CAIR-Georgia, CAIR Foundation
Inc., A/K/A Council on Islamic Relations
or CAIR, Rupa Marya, Ibrahim Jouja as
representative of Emory Students for
Justice in Palestine,

     Defendants.
_____

)
)
)
)
)
)
)
) Civil Action Case No.
) 1:25-cv-02329-TWT
)
)
)
)
)
)
)
)
)
)
)
)
)

**Order**

THIS MATTER is before the Court on Plaintiff Joshua Winer's Motion for

Service by Publication upon Defendant Sean Eren in his capacity as representative

of National Students for Justice in Palestine (the "Motion"). Having considered the

Motion and for good cause shown, it is hereby

ORDERED and ADJUDGED that:

1.  Plaintiff's Motion is granted.

2.  Plaintiff is authorized to serve Defendant Eren by publication and such publication shall be made:

(a) Once per week for four (4) consecutive weeks in *The Daily Report*, the official legal organ of Fulton County, Georgia; and

(b) Once per week for four (4) consecutive weeks in a newspaper of general circulation in New York County, New York, where the most recent address associated with Defendant in available records is located.

3.  The publication shall use the form of notice attached hereto as Exhibit A.

SO ORDERED this 15th day of August, 2025.


Hon. Thomas W. Thrash, Jr.
United States District Judge

# Exhibit A

## <u>PROPOSED NOTICE OF SERVICE BY PUBLICATION</u>

TO: **Sean Eren, as representative of National Students for Justice in Palestine**

You are hereby notified that Plaintiff Joshua Winer has filed a civil action against you in the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1:25-cv-02329, seeking relief as set forth in the Amended Complaint filed therein.

You are required to file with the Clerk of Court and serve upon Plaintiff's counsel a response to the Amended Complaint within sixty (60) days of the date of the first publication of this notice. If you fail to do so, judgment by default will be sought against you. Plaintiff's counsel's name and address is David Katz, Weissmann Zucker Euster + Katz P.C., The Fountains at Piedmont Ctr., Building 11, Suite 950 3495 Piedmont Rd., Atlanta, GA 30305.

This notice is published pursuant to <u>O.C.G.A. § 9-11-4(f)(1)(C)</u> and by order of the United States District Court for the Northern District of Georgia, dated _____, 2025.

**Date of First Publication: _____, 2025**