# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Joshua Winer,

    Plaintiff,

v.

Umaymah Mohammad, *et al*.,

    Defendants.

Case No. 1:25-CV-02329

## JOINT MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES PENDING RULING ON MOTIONS TO DISMISS

Defendants Umaymah Mohammad, AJP Educational Foundation, Inc., WESPAC Foundation, Inc., Doctors Against Genocide Society, CAIR-Nga Inc., CAIR Foundation Inc., Rupa Marya, and Ibrahim Jouja as representative of Emory Students for Justice in Palestine, and Plaintiff Dr. Joshua Winer jointly move the Court to stay all discovery deadlines, including all parties' obligations to serve initial disclosures, participate in a Rule 26(f) conference, and prepare and file a report of that conference and a proposed discovery plan, until after the Court rules on Defendants' pending and expected forthcoming motions to dismiss Plaintiff's First Amended Complaint. Counsel for the parties have conferred, and all parties who have appeared in this action join this motion. In support of this motion, the parties state as follows:

1

1. On June 27, 2025, Defendant CAIR-Georgia moved to dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) arguing that the First Amended Complaint ("FAC") failed to state a claim upon which relief can be granted. Dkt. 41. The motion is fully briefed and has been submitted to the Court.

2. On July 22, 2025, Defendant CAIR Foundation Inc. moved to dismiss the FAC pursuant to Fed. R. Civ. P. 12(b)(6) arguing that the FAC failed to state a claim upon which relief can be granted. Dkt. 65. The motion is not yet fully briefed.

3. On August 5, 2025, Defendant AJP Educational Foundation, Inc. moved to dismiss the FAC pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(2) arguing that the FAC failed to state a claim upon which relief can be granted and that the Court lacks personal jurisdiction over Defendant AJP Educational Foundation, Inc. Dkt. 83. The motion is not yet fully briefed.

4. On July 17, 2025, Defendants WESPAC Foundation, Inc., and Doctors Against Genocide Society filed a motion for extensions of time to file a response to the FAC. Dkt. 58. The Court granted the motion on July 23, 2025. Dkt. 66.

5. On August 18, 2025, Defendants Rupa Marya and Umaymah Mohammad filed motions for extensions of time to file a response to the FAC. Dkt. 88. The Court granted the motion on August 19, 2025. Dkt. 90.

6. This Court's Local Rules require a Rule 26(f) planning conference "within sixteen days after the appearance of a defendant by answer or motion."

LR 16.1. Similarly, the joint preliminary planning report and discovery plan and initial disclosures required by Rule 26(a)(1) are due "thirty days after the appearance of the first defendant by answer or motion or within thirty days after a removed case is filed in this Court." LR 16.2, LR 26.1.

7. Here, motions to dismiss are, or likely will be, directed at the claims asserted against all, or nearly all of the defendants identified within the FAC.

8. For reasons of judicial economy, efficiency, and fairness to the parties, the Parties now ask the Court to stay all applicable pretrial and discovery deadlines pending the Court's ruling on all defendants' motions to dismiss, including: (1) the start of discovery and the discovery period; (2) the Rule 26(f) Early Planning Conference (LR 16.1); (3) the deadline to file a Joint Preliminary Report and Discovery Plan (LR 16.2); and (4) the deadline to submit Initial Disclosures (LR 26.1).

9. Staying discovery is well within this Court's broad discretion to manage discovery. *See Patterson v. U.S. Postal Serv.*, 901 F.2d 927, 929 (11th Cir. 1990) (holding that the district court did not abuse its discretion in staying discovery); *Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985) (holding that the Court has "broad discretion to stay discovery until the district court rules on a pending dispositive motion").

10. The parties agree that discovery is not necessary to resolve the pending motions to dismiss.

11. Moreover, it would be inefficient to require the parties to confer about the scope of discovery, to file joint preliminary reports and discovery plans, and to exchange initial disclosures when the resolution of defendants' motions to dismiss may terminate the claims or significantly streamline this case. The requested stay will avoid unnecessary costs if the Court finds that any or all counts should be dismissed.

12. The Eleventh Circuit has noted that policy interest favors staying discovery until after the adjudication of pre-discovery motions that challenge the sufficiency of the pleadings. *See Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997)) ("Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should . . . be resolved before discovery begins.").

13. For the reasons set forth herein, the parties respectfully move this Court for the entry of an order staying the commencement of discovery and the pre-trial deadlines in this case, including the service of initial disclosures and fulfillment of the parties' joint scheduling obligations, pending the Court's resolution of the pending and expected motions to dismiss.

Respectfully submitted this 22nd day of August, 2025.

**WEISSMANN ZUCKER EUSTER + KATZ P.C.**

/s/ *Lauren Israelovitch*
David F. Katz
Georgia Bar No. 408738
The Fountains at Piedmont Ctr.
Building 11, Suite 950
3495 Piedmont Rd.
Atlanta, GA 30305
Telephone: (404) 390-2941
dkatz@wzlegal.com

**PANITCH IVORY LAW GROUP, PC**

Esther Panitch
Georgia Bar No. 143197
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
Telephone: (770) 364-6952
esther@panitchivory.com

**NATIONAL JEWISH ADVOCACY CENTER**

Mark Goldfeder
Admitted Pro Hac Vice
Lauren Israelovitch
Admitted Pro Hac Vice
Ben Schlager
Admitted Pro Hac Vice
3 Times Square
New York, NY 10036
Telephone: (800) 269-9895
mark@njaclaw.org
lauren@njaclaw.org
ben@njaclaw.org

**BUCHALTER APC**

/s/ *Austin C. Vining*
Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
Cory M. Mull
Georgia Bar No. 595376
3475 Piedmont Road NE, Ste. 1100
Atlanta, GA 30305
(404) 832-7350 Telephone
ahyland@buchalter.com
avining@buchalter.com
cmull@buchalter.com

*Counsel for Defendant CAIR-Georgia*

**THE SECRET FIRM, P.C.**

/s/ *Jonathan Wallace*
Akil K. Secret
Georgia Bar No. 634075
Post Office Box 91028
Atlanta, GA 30364
(404) 524-5300
asecret@thesecretfirm.com

Jonathan Wallace
Admitted Pro Hac Vice
P.O. Box 728
Amagansett, NY 11930
jonathan.wallace80@gmail.com

*Counsel for Defendants Umaymah Mohammad, Rupa Marya, and Ibrahim Jouja*

5

**ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC**

Josh Belinfante
Georgia Bar No. 047399
Anna Edmondson
Georgia Bar No. 289667
Miles C. Skedsvold
Georgia Bar No. 371576
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255
jbelinfante@robbinsfirm.com
aedmondson@robbinsfirm.com
mskedsvold@robbinsfirm.com

*Counsel for Plaintiff Joshua Winer*

**SWIFT, CURRIE, McGHEE & HIERS**

/s/ *Mollie W. Amick*
Kori E. Wagner
Georgia State Bar No. 155438
Mollie W. Amick
Georgia State Bar No. 406371
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.874.8800
Fax: 470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

*Counsel for Defendant
CAIR-Foundation, Inc.*

**SLATER LEGAL PLLC**

/s/ *James M. Slater*
James M. Slater
Georgia Bar No. 169869
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

**CONSTITUTIONAL LAW CENTER FOR MUSLIMS IN AMERICA**

Christina A. Jump
(admitted *pro hac vice*)
Samira S. Elhosary
(admitted *pro hac vice*)
Christina A. Boyd
(admitted *pro hac vice*)
Constitutional Law Center
for Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org
ali.boyd@mlfa.org

*Counsel for Defendant
AJP Educational Foundation, Inc.
d/b/a American Muslims for Palestine*

6

**AWAD LEGAL TEAM, LLC**

/s/ *Robert Herbst*
Muneer Othman Awad
Georgia Bar No. 683647
244 Roswell Street, Suite 500
Marietta, GA 30060
(404) 445-8443
muneer@awadlegalteam.com

**HERBST LAW PLLC**
Robert Herbst
Admitted Pro Hac Vice
420 Lexington Avenue, Suite 3000
New York, NY 10170
(914) 450-8163
rherbst@herbstlawny.com

*Counsel for WESPAC Foundation, Inc.*

**THE SECRET FIRM, P.C.**

/s/ *Collin Poirot*
Akil K. Secret
Georgia Bar No. 634075
Post Office Box 91028
Atlanta, GA 30364
(404) 524-5300
asecret@thesecretfirm.com

Collin Poirot
Admitted Pro Hac Vice
2603 Oak Lawn Ave.
Dallas, TX 75219
(214) 392-2281
cpoirot.law@gmail.com

*Counsel for Doctors Against Genocide*

7

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

/s/ *Austin C. Vining*
Austin C. Vining
Georgia Bar No. 362473

*Attorney for Defendant CAIR-Georgia*