## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Joshua Winer,

        Plaintiff,

v.

Umaymah Mohammad, *et al*.,

        Defendants.

Case No. 1:25-CV-02329

## [PROPOSED] ORDER GRANTING JOINT MOTION
## TO STAY DISCOVERY AND PRETRIAL DEADLINES

Having considered the parties' Joint Motion to Stay Discovery and Pretrial Deadlines Pending Ruling on Motions to Dismiss, the motion is GRANTED. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      All discovery deadlines are stayed while the Court considers and until the Court rules upon the parties' motions to dismiss;

2.      The parties' obligation to serve initial disclosures and to file a Joint Preliminary Planning Report and Discovery Plan is stayed;

3.      The parties' obligation to participate in a Rule 26(f) conference is stayed;

4.      Should the Court deny the motions to dismiss, in whole or in part, discovery will not commence until thirty (30) days after the Court's ruling;

5.      Should the Court deny the motions to dismiss, in whole or in part, the parties' obligation to participate in a Rule 26(f) conference is stayed until sixteen (16) days after the Court's ruling;

6.      Should the Court deny the motions to dismiss, in whole or in part, the parties' obligation to serve initial disclosures and to file a Joint Preliminary Planning Report and Discovery Plan is stayed until thirty (30) days after the Court's ruling.

   **IT IS SO ORDERED** this _____ day of _____, 2025.


                                    _____
                                    THOMAS W. THRASH, JR.
                                    United States District Judge