UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---------------------------------------------------x
JOSHUA WINER,

    Plaintiff,

v.

UMAYMAH MOHAMMAD, et. al.,

    Defendants.
---------------------------------------------------x

Civil Action No.: 1:25-cv-02329-TWT

### CONSENT MOTION FOR (I) EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND (II) TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO ANY MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Plaintiff Joshua Winer ("Plaintiff") and Defendant Ibrahim Jouja ("Defendant") file this consent motion to vacate the Clerk's default entered

1. On July 1, 2025, Plaintiff filed his Certificate of Service upon Defendant with this Court.

2. On July 10, 2025, Plaintiff filed a Notice requesting the Clerk of the Court to enter a default against Defendant, and the Clerk did so on July 11, 2025.

3. Plaintiff has agreed to stipulate to vacate the default and to extend the time for Defendant to file an answer or motion to dismiss through August 28, 2025.

4. Counsel for Defendant has agreed and stipulated to extend the time for Plaintiff to respond to Defendant's anticipated motions to dismiss, so that Plaintiff will have through November 7, 2025 to file his response.

5. This consent motion is made in good faith and no party will be prejudiced as a result of the extension.

6. A proposed order reflecting the agreed-upon terms is submitted with this motion.

Dated: August 24, 2025

Respectfully submitted,

 /s/Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com

**THE SECRET FIRM PC**

Akil Secret
Georgia Bar No. 634075
The Secret Firm PC
P.O. Box 91028
Atlanta, GA 30364
(404) 524-5300
asecret@thesecretfirm.com

Counsel for Ibrahim Jouja

**WEISSMANN ZUCKER EUSTER + KATZ P.C.**

/s/ David Katz on censent
David F. Katz
Georgia Bar No. 408738
The Fountains at Piedmont Ctr. Building 11, Suite 950
3495 Piedmont Rd.
Atlanta, GA 30305
Tel: (404) 390-2941
dkatz@wzlegal.com


**PANITCH IVORY LAW GROUP, PC**
Esther Panitch
Georgia Bar No. 143197
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
Tel: (770) 364-6952
esther@panitchivory.com

| | |
|---|---|
| **NATIONAL JEWISH ADVOCACY CENTER** | 3 Times Square |
| Mark Goldfeder | New York, NY 10036 |
| (admitted *pro hac vice*) | Tel: (800) 269-9895 mark@njaclaw.org |
| Lauren Israelovitch | lauren@njaclaw.org |
| (admitted *pro hac vice*) | ben@njaclaw.org |
| Ben Schlager | |
| (admitted *pro hac vice*) | *Counsel for Plaintiff* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: August 24, 2025

                                  */s/Jonathan Wallace*
                                  Jonathan Wallace
                                  PO #728
                                  Amagansett NY 11930
                                  917-359-6234
                                  jonathan.wallace80@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
-------------------------------------------------x
JOSHUA WINER,
                                                    Civil Action No.: 1:25-cv-02329-TWT
        Plaintiff,

v.

UMAYMAH MOHAMMAD, et. al.,

        Defendants.
-------------------------------------------------x
```

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS**

THIS MATTER is before the Court upon Plaintiff Joshua Winer and Defendant Ibrahim Jouja's Consent Motion for Vacating a Clerk's default and Extension of Time to Answer or Otherwise Respond to Complaint and to Extend Time for Plaintiff's Response to a Motion to Dismiss (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. The Clerk's entry of default against defendant Jouja is vacated.

3. Defendant Jouja shall file his responses to the amended complaint on or before August 28, 2025.

4. If Defendants file a Motion to Dismiss the operative complaint, Plaintiff shall have through November 7, 2025 to file his response to the motion.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
THOMAS W. THRASH, JR.
United States District Judge

Presented by:

Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com