UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

-------------------------------------------------------------------------------------------x

Joshua Winer,

        Plaintiff,

v.                                                                                   Case No. 1:25-CV-02329

Umaymah Mohammad, AJP Educational Foundation, Inc.
A/K/A American Muslims for Palestine, WESPAC Foundation, Inc.,
Sean Eren as the representative of National Students for Justice in
Palestine, Doctors Against Genocide Society, CAIR-Nga Inc.
A/K/A CAIR-Georgia, CAIR Foundation Inc.,
 A/K/A Council on Islamic Relations or CAIR, Rupa Marya,
Ibrahim Jouja as representative of Emory Students for Justice
 in Palestine.

        Defendants.

-------------------------------------------------------------------------------------------x

## DEFENDANT RUPA MARYA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

     Defendant Rupa Marya, through her undersigned counsel, for the reasons set forth in the accompanying Declaration, respectfully moves this Court for an order dismissing Plaintiff's First Amended Complaint for lack of personal jurisidiction.

     Respectfully submitted this 25th day of June, 2025.

/s/ Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Counsel for Defendant
Umaymah Mohammad
Admitted Pro Hac Vice