UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

-------------------------------------------------------------------------------------------x

Joshua Winer,

        Plaintiff,

v.                                                                                 Case No. 1:25-CV-02329

Umaymah Mohammad, AJP Educational Foundation, Inc.
A/K/A American Muslims for Palestine, WESPAC Foundation, Inc.,
Sean Eren as the representative of National Students for Justice in
Palestine, Doctors Against Genocide Society, CAIR-Nga Inc.
A/K/A CAIR-Georgia, CAIR Foundation Inc.,
 A/K/A Council on Islamic Relations or CAIR, Rupa Marya,
Ibrahim Jouja as representative of Emory Students for Justice
 in Palestine.

        Defendants.

-------------------------------------------------------------------------------------------x

## DEFENDANT RUPA MARYA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

    Defendant Rupa Marya, through her undersigned counsel, for the reasons set forth in the accompanying Declaration, respectfully moves this Court for an order dismissing Plaintiff's First Amended Complaint for lack of personal jurisidiction.

    Respectfully submitted this 25th day of June, 2025.

/s/ Jonathan Wallace  
Jonathan Wallace  
PO #728  
Amagansett NY 11930  
917-359-6234  
jonathan.wallace80@gmail.com  
Counsel for Defendant  
Umaymah Mohammad  
Admitted Pro Hac Vice

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

>s/ Jonathan Wallace
>Jonathan Wallace
>PO #728
>Amagansett NY 11930
>917-359-6234
>jonathan.wallace80@gmail.com
>Counsel for Defendant
>Umaymah Mohammad
>Admitted Pro Hac Vice