UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

-------------------------------------------------------------------------------------------x

Joshua Winer,

        Plaintiff,

v.   Case No. 1:25-CV-02329

Umaymah Mohammad, AJP Educational Foundation, Inc.
A/K/A American Muslims for Palestine, WESPAC Foundation, Inc.,
Sean Eren as the representative of National Students for Justice in
Palestine, Doctors Against Genocide Society, CAIR-Nga Inc.
A/K/A CAIR-Georgia, CAIR Foundation Inc.,
A/K/A Council on Islamic Relations or CAIR, Rupa Marya,
Ibrahim Jouja as representative of Emory Students for Justice
in Palestine.

        Defendants.

-------------------------------------------------------------------------------------------x

## DEFENDANT IBRAHIM JOUJA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Ibrahim Jouja, through his undersigned counsel, for the reasons set forth in the accompanying Declaration, respectfully moves this Court for an order dismissing Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted.

Respectfully submitted this 25th day of June, 2025.

/s/ Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Counsel for Defendant
Ibrahim Jouja
Admitted Pro Hac Vice

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

                                                                           s/ Jonathan Wallace  
                                                                           Jonathan Wallace  
                                                                           PO #728  
                                                                           Amagansett NY 11930  
                                                                           917-359-6234  
                                                                           jonathan.wallace80@gmail.com  
                                                                           Counsel for Defendant  
                                                                           Ibrahim Jouja  
                                                                           Admitted Pro Hac Vice