IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, CAIR-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br>No. 1:25-CV-02329-TWT |

**DEFENDANT WESPAC FOUNDATION, INC'S MOTION
TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW Defendant WESPAC Foundation, Inc. ("WESPAC"), by and through the undersigned counsel, and hereby files its Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and (b)(6). In support of this Motion, WESPAC relies upon its Brief in Support of Its Motion to Dismiss Plaintiff's Amended Complaint and all pleadings. WESPAC respectfully requests that its Motion be GRANTED and that the Amended Complaint be dismissed in its entirety

1

against WESPAC, with prejudice, together with such additional relief to WESPAC as the Court may deem just and proper.

Respectfully submitted this 28th day of August, 2025.

HERBST LAW PLLC

By: /s/ Robert L. Herbst
Robert L. Herbst (admitted *pro hac vice*)
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: 914-450-8163
rherbst@herbstlawny.com

HUMAN RIGHTS FIRST
Joshua Colangelo-Bryan (*pro hac vice* application pending)
121 West 36th Street
PMB 520
New York, NY 10018
Tel: 212-845-5243
colangeloj@humanrightsfirst.org

AWAD LEGAL TEAM, LLC
Muneer Othman Awad
Georgia Bar No. 683647
244 Roswell Street
Suite 500
Marietta, GA 30060
Tel: 404-445-8443

*Attorneys for Defendant WESPAC Foundation, Inc.*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

/s/ *Robert L. Herbst*
Robert L. Herbst
Admitted *pro hac vice*

*Attorney for Defendant*
*WESPAC Foundation, Inc.*