## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Joshua Winer, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| v. | ) | No. 1:25-CV-02329-TWT |
| | ) | |
| Umaymah Mohammad, AJP Educational | ) | |
| Foundation, Inc. A/K/A American Muslims | ) | |
| For Palestine, WESPAC Foundation, Inc. | ) | |
| Sean Eren as the representative of National | ) | |
| Students for Justice in Palestine, Doctors | ) | |
| Against Genocide Society, CAIR-Nga Inc. | ) | |
| A/K/A CAIR-Georgia, CAIR Foundation | ) | |
| Inc. A/K/A Council on Islamic Relations or | ) | |
| CAIR, Rupa Marya, Ibrahim Jouja as | ) | |
| Representative of Emory Students for | ) | |
| Justice in Palestine, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT WESPAC FOUNDATION, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant WESPAC Foundation, Inc. ("WESPAC"), by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, states as follows:

(1) The undersigned counsel of record for WESPAC certifies that the following is a full and complete list of all parties, including proposed intervenors,

in this action, including any parent corporation and any publicly held corporation

that owns 10% or more of the stock of a party or proposed intervenor:

<u>Plaintiff</u>: Joshua Winer.

<u>Defendants</u>:

1. Umaymah Mohammad

2. AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine

3. WESPAC – WESPAC is a New York 501c(3) nonprofit corporation.

WESPAC has no parent corporation and no publicly held corporation owns 10% or

more of its stock.

4. Sean Eren as the representative of National Students for Justice in

Palestine

5. Doctors Against Genocide Society

6. Cair-Nga Inc. A/K/A CAIR-Georgia

7. CAIR-Foundation Inc.

8. Rupa Marya

9. Ibrahim Jouja as representative of Emory Students for Justice in Palestine

(2) The undersigned further certifies that the following is a full and complete

list of all other persons, associations, firms, partnerships, or corporations having

either a financial interest in or other interest which could be substantially affected

by the outcome of this case:   None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

For Plaintiff:

David Forman Katz, Esq.
Weissmann Zucker Euster & Katz, P.C.
Georgia Bar No. 408738
The Fountains at Piedmont Center
3495 Piedmont Road
Building 11, Suite 950
Atlanta, GA 30305
Tel.: (404) 918-5707

Esther Dina Feuer Panitch, Esq.
The Panitch Law Group, P.C.
Georgia Bar No. 143197
4243 Dunwoody Club Drive
Suite 205
Atlanta, GA 30350
Tel.: (770) 364-6952

Mark Goldfeder, Esq.
*Pro hac vice*
Lauren Israelovitch, Esq.
*Pro hac vice*
Ben Schlager, Esq.
*Pro hac vice*
National Jewish Advocacy Center, Inc.
666 Harless Place
West Hampstead, NY 11552
Tel.: (332) 278-1100

<u>For Defendant Umaymah Mohammad</u>:
Akil K. Secret, Esq.
Georgia Bar No. 634075
The Secret Firm, P.C.
Post Office Box 91028
Atlanta, GA 30364
Tel.: (404) 524-5300

Jonathan Wallace, Esq.
*Pro hac vice*
Post Office Box 728
Amagansett, NY 11930
Tel.: (917) 359-6234
jonathan.wallace80@gmail.com

<u>For Defendant Doctors Against Genocide Society</u>:
Akil K. Secret, Esq.
Georgia Bar No. 634075
The Secret Firm, P.C.
Post Office Box 91028
Atlanta, GA 30364
Tel.: (404) 524-5300

Collin Poirot, Esq.
*Pro hac vice* pending
2603 Oak Lawn
Suite 300
Dallas, TX 75219
Tel.: (214) 392-2281

For Defendant WESPAC Foundation, Inc.:

Robert L. Herbst, Esq.

*Pro hac vice*

Herbst Law PLLC

73 Howell Avenue

Larchmont, NY 10538

Tel.: (914) 450-8163

Muneer Othman Awad, Esq.

Georgia Bar No. 683647

Awad Legal Team, LLC

244 Roswell Street

Suite 500

Marietta, GA 30060

Tel.: (404) 445-8443

For Defendant AJP Educational Foundation, Inc.:

James Murray Slater, Esq.

Georgia Bar No. 169869

Slater Legal PLLC

2296 Henderson Mill Rd NE

Suite 116

Atlanta, GA 30345

Tel.: (404) 458-7283

Christina A. Jump, Esq.*

Samira S. Elhosary, Esq.*

Christina A. Boyd, Esq.*

*Pro hac vice* applications pending

Constitutional Law Center for Muslims in America

100 N. Central Expy.

Suite 1010

Richardson, TX 75080

Tel.: (972) 914-2507

<u>For Defendant CAIR-Nga, Inc.</u>:
Amanda Hyland, Esq.
Georgia Bar No. 325115
Austin C. Vining, Esq.
Georgia Bar No. 362473
Buchalter, A Professional Corporation
3475 Piedmont Road NE
Suite 1100
Atlanta, GA 30339
Tel: (404) 832-7530

<u>For Defendant CAIR-Foundation, Inc.</u>:
Kori E. Wagner, Esq.
Georgia Bar No. 155438
Mollie W. Amick, Esq.
Georgia Bar No. 406371
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
Tel: (404) 874-8000

Respectfully submitted this 27th day of August, 2025.

HERBST LAW PLLC

By: _/s/ Robert L. Herbst_
Robert L. Herbst (*Pro Hac Vice*)
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: 914 450 8163
rherbst@herbstlawny.com

AWAD LEGAL TEAM, LLC

By: _/s/ Muneer Othman Awad_
Muneer Othman Awad
Georgia Bar No. 683647
244 Roswell Street, Suite 500
Marietta, GA 30060
Tel. 404 445 8443
muneer@awadlegalteam.com