IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Joshua Winer,

    Plaintiff,

v.

Umaymah Mohammad, *et al.*,

    Defendants.

Case No. 1:25-CV-02329

**ORDER GRANTING JOINT MOTION TO STAY
DISCOVERY AND PRETRIAL DEADLINES**

Having considered the parties' Joint Motion to Stay Discovery and Pretrial Deadlines Pending Ruling on Motions to Dismiss, the motion is GRANTED. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All discovery deadlines are stayed while the Court considers and until the Court rules upon the parties' motions to dismiss;

2. The parties' obligation to serve initial disclosures and to file a Joint Preliminary Planning Report and Discovery Plan is stayed;

3. The parties' obligation to participate in a Rule 26(f) conference is stayed;

4. Should the Court deny the motions to dismiss, in whole or in part, discovery will not commence until thirty (30) days after the Court's ruling;

1

2

5.       Should the Court deny the motions to dismiss, in whole or in part, the parties' obligation to participate in a Rule 26(f) conference is stayed until sixteen (16) days after the Court's ruling;

6.       Should the Court deny the motions to dismiss, in whole or in part, the parties' obligation to serve initial disclosures and to file a Joint Preliminary Planning Report and Discovery Plan is stayed until thirty (30) days after the Court's ruling.

**IT IS SO ORDERED** this  28th  day of   August  , 2025.

_____
THOMAS W. THRASH, JR.
United States District Judge