UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

--------------------------------------------------x
JOSHUA WINER,

    Plaintiff,

v.

UMAYMAH MOHAMMAD, et. al.,

    Defendants.
--------------------------------------------------x

Civil Action No.: 1:25-cv-02329-TWT

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS

THIS MATTER is before the Court upon Plaintiff Joshua Winer and Defendant Ibrahim Jouja's Consent Motion for Vacating a Clerk's default and Extension of Time to Answer or Otherwise Respond to Complaint and to Extend Time for Plaintiff's Response to a Motion to Dismiss (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. The Clerk's entry of default against defendant Jouja is vacated.

3. Defendant Jouja shall file his responses to the amended complaint on or before August 28, 2025.

4. If Defendants file a Motion to Dismiss the operative complaint, Plaintiff shall have through November 7, 2025 to file his response to the motion.

IT IS SO ORDERED this __28th__ day of __August__, 2025.

_____
THOMAS W. THRASH, JR.
United States District Judge