IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, | |
|     Plaintiff, | Civil Action No.: 1:25-cv-02329 |
| v. | |
| Umaymah Mohammad, et. al., | |
|     Defendants. | |

**DEFENDANT DOCTORS AGAINST GENOCIDE SOCIETY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Doctors Against Genocide Society ("DAG"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, states as follows:

(1) That undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    **Plaintiff**: Joshua Winer.

    **Defendants**:

        1. Umaymah Mohammad

2. AJP Educational Foundation, Ind. A/K/A American Muslims for Palestine

3. WESPAC Foundation, Inc.

4. Sean Eren as the representative of National Students for Justice in Palestine

5. Doctors Against Genocide Society – Doctors Against Genocide Society is a 501(c)(3) nonprofit organization registered in Michigan. Doctors Against Genocide Society has no parent corporation and no publicly held corporation owning 10% or more of its stock.

6. Cair-Nga Inc. A/K/A CAIR-Georgia

7. CAIR-Foundation Inc.

8. Rupa Marya

9. Ibrahim Jouja as representative of Emory Students for Justice in Palestine

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Plaintiff**: Joshua Winer.

**Defendants**:

1. Umaymah Mohammad
2. AJP Educational Foundation, Ind. A/K/A American Muslims for Palestine
3. WESPAC Foundation, Inc.
4. Sean Eren as the representative of National Students for Justice in Palestine
5. Doctors Against Genocide Society – Doctors Against Genocide Society is a 501(c)(3) nonprofit organization registered in Michigan. Doctors Against Genocide Society has no parent corporation and no publicly held corporation owning 10% or more of its stock.
6. Cair-Nga Inc. A/K/A CAIR-Georgia
7. CAIR-Foundation Inc.
8. Rupa Marya
9. Ibrahim Jouja as representative of Emory Students for Justice in Palestine

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

<u>For Plaintiff:</u>

David Forman Katz, Esq.

Weissmann Zucker Euster & Katz, P.C.
Georgia Bar No. 408738
The Fountains at Piedmont Center
3495 Piedmont Road
Building 11, Suite 950
Atlanta, GA 30305
Tel.: (404) 918-5707

Esther Dina Feuer Panitch, Esq.
The Panitch Law Group, P.C.
Georgia Bar No. 143197
4243 Dunwoody Club Drive
Suite 205
Atlanta, GA 30350
Tel.: (770) 364-6952

Mark Goldfeder, Esq.
*Pro hac vice*
Lauren Israelovitch, Esq.
*Pro hac vice*
Ben Schlager, Esq.
*Pro hac vice*
National Jewish Advocacy Center, Inc.
666 Harless Place
West Hampstead, NY 11552
Tel.: (332) 278-1100

<u>For Defendant Umaymah Mohammad:</u>
Akil K. Secret, Esq.
Georgia Bar No. 634075
The Secret Firm, P.C.
Post Office Box 91028
Atlanta, GA 30364
Tel.: (404) 524-5300

Jonathan Wallace, Esq.
PO #728
Amagansett NY 11930
917-359-6234
Jonathan.wallace80@gmail.com
*Pro hac vice*

For Defendant Doctors Against Genocide Society:
Akil K. Secret, Esq.
Georgia Bar No. 634075
The Secret Firm, P.C.
Post Office Box 91028
Atlanta, GA 30364
Tel.: (404) 524-5300

Collin Poirot, Esq.
*Pro hac vice*
NY SBN: 5673405
2603 Oak Lawn
Suite 300
Dallas, TX 75219
Tel.: (214) 392-2281

For Defendant WESPAC Foundation, Inc.:
Muneer Othman Awad, Esq.
Georgia Bar No. 683647
Awad Legal Team, LLC
244 Roswell Street
Suite 500
Marietta, GA 30060
Tel.: (404) 445-8443

Robert Herbst, Esq.
*Pro hac vice*
Herbst Law, PLLC
73 Howell Avenue
Larchmont, NY 10538
Tel.: (914) 450-8163

For Defendant AJP Educational Foundation, Inc.:
James Murray Slater, Esq.
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd NE
Suite 116
Atlanta, GA 30345
Tel.: (404) 458-7283

Christina A. Jump, Esq.
*Pro hac vice*
Samira S. Elhosary, Esq.
*Pro hac vice*
Christina A. Boyd, Esq.
*Pro hac vice*
Constitutional Law Center for Muslims in America
100 N. Central Expy.
Suite 1010
Richardson, TX 75080
Tel.: (972) 914-2507

For Defendant CAIR-Nga, Inc.:
Amanda Hyland, Esq.
Georgia Bar No. 325115
Austin C. Vining, Esq.
Georgia Bar No. 362473
Buchalter, A Professional Corporation
3475 Piedmont Road NE
Suite 1100
Atlanta, GA 30339
Tel: (404) 832-7530

For Defendant CAIR-Foundation, Inc.:
Kori E. Wagner, Esq.
Georgia Bar No. 155438
Mollie W. Amick, Esq.
Georgia Bar No. 406371
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
Tel: (404) 874-8000

(4) The undersigned further certifies that the following is a full and complete

list of the citizenship of every individual or entity whose citizenship is

attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Doctors Against Genocide Society is a non-profit organization registered in Michigan, with its principal place of business in Michigan. Therefore, Doctors Against Genocide Society is a citizen of Michigan.**

Respectfully submitted this 28th day of August, 2025.

*/s/ Collin Poirot*
Collin Poirot
(*pro hac vice*)
New York SBN: 5673405
2603 Oak Lawn, Suite 300
Dallas, TX  75219
(214) 392-2281
cpoirot.law@gmail.com

*/s/ Akil Secret*
Akil Secret
Georgia Bar No. 634075
The Secret Firm PC
P.O. Box 91028
Atlanta, GA 30364
(404) 524-5300
asecret@thesecretfirm.com

*Attorneys for Doctors Against Genocide Society (DAG)*

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Book Antiqua 13-point font, as approved by Local Rule 5.1.

*/s/ Collin Poirot*
Collin Poirot
(*pro hac vice*)
New York SBN: 5673405
2603 Oak Lawn, Suite 300
Dallas, TX  75219
(214) 392-2281
cpoirot.law@gmail.com