UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action Case No. |
| Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A/ CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine, | ) 1:25-cv-02329-TWT |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED OPPOSITION TO DEFENDANT CAIR-GEORGIA'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Plaintiff Joshua Winer, by and through undersigned counsel, respectfully moves this Court for leave to file an amended opposition to Defendant CAIR-Georgia's motion to dismiss the First Amended Complaint.

1

2

The document attached as Exhibit A is the proposed amended opposition brief, which reflects only non-substantive corrections, including a certificate of compliance with Local Rule 5.1(C), and is intended to be substituted for the brief filed at Docket Entry No. 60.

The document attached as Exhibit B is a redline comparison reflecting the proposed corrections to Plaintiff's original opposition brief.

Counsel for Defendant CAIR-Georgia has declined to consent to this motion.

[*Signature Page Follows*]

Dated: August 29, 2025                                              Respectfully Submitted,

/s/ *David F. Katz*_____

**Weissmann Zucker Euster + Katz P.C. Inc.**
DAVID F. KATZ
The Fountains at Piedmont Center
Building 11, Suite 950
3495 Piedmont Road
Atlanta, Georgia 30305
T. 404-390-2941
dkatz@wzlegal.com
GA Bar No. 408738

/s/ *Esther Panitch*_____

**Panitch Ivory Law Group, PC**
ESTHER PANITCH
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
T. 770-364-6952
esther@panitchivory.com
GA Bar No. 143197

**National Jewish Advocacy Center,**

MARK GOLDFEDER*
mark@njaclaw.org
LAUREN ISRAELOVITCH *
lauren@njaclaw.org
BEN SCHLAGER**
ben@njaclaw.org
3 Times Square
New York, NY 10036
T. 800-269-9895
**Admitted Pro Hac Vice*
***Pro Hac Vice Application Forthcoming*

3