UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) Civil Action Case No. | |
| Umaymah Mohammad, AJP Educational ) 1:25-cv-02329-TWT | |
| Foundation, Inc. A/K/A American Muslims ) | |
| For Palestine, WESPAC Foundation, Inc., ) | |
| Sean Eren as the representative of National ) | |
| Students for Justice in Palestine, Doctors ) | |
| Against Genocide Society, Cair-Nga Inc. ) | |
| A/K/A/ CAIR-Georgia, CAIR Foundation ) | |
| Inc., A/K/A Council on Islamic Relations ) | |
| or CAIR, Rupa Marya, Ibrahim Jouja as ) | |
| representative of Emory Students for ) | |
| Justice in Palestine, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED OPPOSITION TO DEFENDANT CAIR-GEORGIA'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Plaintiff Joshua Winer ("Dr. Winer"), by and through undersigned counsel, respectfully submits this brief in support of his motion for leave to file an amended opposition to Defendant CAIR-Georgia's motion to dismiss the First Amended

1

Complaint (ECF No. 41). For the reasons set forth below, Plaintiff's motion should be granted.

## INTRODUCTION

Plaintiff respectfully seeks leave to file an amended opposition to Defendant CAIR-Georgia's motion to dismiss for the limited purpose of correcting inadvertent quotation errors. Plaintiff seeks no substantive amendment to his arguments—only the opportunity to ensure that the record accurately reflects the authorities cited.

## BACKGROUND

In Plaintiff's original opposition brief, ECF No. 60 at 21-22, certain sentences from *Griffin v. Breckenridge*, 403 U.S. 88, 101 (1971), and *Jimenez v. Wellstar Health Sys.*, 596 F.3d 1304 (11th Cir. 2010), were intended as paraphrases but were mistakenly presented as direct quotations due to a mix-up during the final editing process. Contrary to Defendant CAIR-Georgia's assertion in its reply brief, ECF No. 81 at 12-13, these errors resulted not from "hallucinations," but from quotation marks inadvertently retained where paraphrasing was intended. In the case of *Jimenez*, the proposed amended filing simply removes quotation marks and clarifies the phrasing from "We do not" to "the Court did not," without altering the substance of the argument. Each of the citations and pinpoint references at issue were accurate.

2

## ARGUMENT

**I.      Legal Standard**

FRCP Rule 60 allows courts to correct mistakes arising from oversight or omission in a judgment, order, or as is the case here, in another part of the record.

**II.     Good Cause Exists for the Requested Amendment**

Plaintiff has acted promptly and in good faith to correct the errors that were identified in Defendant CAIR Georgia's reply brief. ECF No. 81 at 12-13. The amendment sought here is narrow, addresses inadvertent errors in the prior filing, and will ensure that the Court has an accurate record before it.

**III.    No Prejudice or Delay Will Result**

Defendant CAIR-Georgia cannot show any prejudice from allowing Plaintiff to amend his brief as requested. The proposed corrected filing does not substantively alter Plaintiff's arguments, raise new issues, or require additional briefing. The citations and pinpoint references were correct in Plaintiff's original opposition brief.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file the amended opposition.

| | |
|---|---|
| Dated: August 29, 2025 | Respectfully Submitted, |

/s/ *David F. Katz*

**Weissmann Zucker Euster + Katz P.C. Inc.**
DAVID F. KATZ
The Fountains at Piedmont Center
Building 11, Suite 950
3495 Piedmont Road
Atlanta, Georgia 30305
T. 404-390-2941
dkatz@wzlegal.com
GA Bar No. 408738

/s/ *Esther Panitch*

**Panitch Ivory Law Group, PC**
ESTHER PANITCH
4243 Dunwoody Club Dr., #201
Atlanta, GA 30350
T. 770-364-6952
esther@panitchivory.com
GA Bar No. 143197

**National Jewish Advocacy Center,**

MARK GOLDFEDER*
mark@njaclaw.org
LAUREN ISRAELOVITCH *
lauren@njaclaw.org
BEN SCHLAGER**
ben@njaclaw.org
3 Times Square
New York, NY 10036
T. 800-269-9895

*Admitted Pro Hac Vice*
**Pro Hac Vice Application Forthcoming*

## **CERTIFICATE OF COMPLIANCE**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1(C).

　　　　　　　　　　　　　　　　　*/s/ Lauren Israelovitch*
　　　　　　　　　　　　　　　　　Lauren Israelovitch