UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| Joshua Winer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action Case No. |
| Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A/ CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine, | ) 1:25-cv-02329-TWT |
| | ) |
| Defendants. | ) |

**[Proposed] Order**

THIS MATTER is before the Court on Plaintiff Joshua Winer's motion for leave to file an amended version of ECF No. 60 (brief in opposition to Defendant CAIR-Georgia's motion to dismiss the First Amended Complaint) (the "Motion"). Having considered the Motion and for good cause shown, it is hereby ORDERED and ADJUDGED that Plaintiff's Motion is granted.

1

2

SO ORDERED this ___ day of _____, 2025.


_____
Hon. Thomas W. Thrash, Jr.
United States District Judge