# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER, *Plaintiff*, v. UMAYMAH MOHAMMAD, et al., *Defendants.* | CIVIL ACTION FILE<br><br>No. 1:25-cv-02329 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT

This matter is before the Court on Plaintiff Joshua Winer's Motion for Leave to File a Second Amended Complaint. *See* Dkt. __. This Court having read and considered Plaintiff's Motion, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend His Complaint is **GRANTED**.

**SO ORDERED**, this _____ day of _____, 2025.

_____
The Honorable Thomas W. Thrash, Jr.,
United States District Court for the
Northern District of Georgia

- 2 -

*Prepared by Attorneys for Plaintiff*:

| | |
|---|---|
| Lauren Israelovitch | Josh Belinfante |
| Mark Goldfeder | Georgia Bar No. 047399 |
| Ben Schlager | jbelinfante@robbinsfirm.com |
| NATIONAL JEWISH ADVOCACY | Anna Edmondson |
|    CENTER, INC. | Georgia Bar No. 289667 |
| 3 Times Square | aedmondson@robbinsfirm.com |
| New York, NY 10036 | Miles C. Skedsvold |
| lauren@njaclaw.org | Georgia Bar No. 371576 |
| | mskedsvold@robbinsfirm.com |
| David Forman Katz | ROBBINS ALLOY BELINFANTE |
| WEISSMANN ZUCKER |    LITTLEFIELD LLC |
|    EUSTER & KATZ, P.C. | 500 14th Street, N.W. |
| The Fountains at Piedmont Center | Atlanta, Georgia 30318 |
| 3495 Piedmont Road | Telephone: (678) 701-9381 |
| Building 11, Suite 950 | Facsimile: (404) 856-3255 |
| Atlanta, GA 30305 | *Attorneys for Plaintiff* |
| dkatz@wzlegal.com | |

Esther Panitch
THE PANITCH LAW GROUP, PC
Suite 205
4243 Dunwoody Club Drive
Atlanta, GA 30350
esther@panitchivory.com