IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>    Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:25-cv-02329 |

**MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S
RESPONSE TO DEFENDANT AJP EDUCATIONAL
FOUNDATION'S MOTION TO DISMISS**

Plaintiff Joshua Winer ("Plaintiff"), hereby moves for an order extending Plaintiff's time to respond to AJP's Motion to Dismiss to November 7, 2025. In support, Plaintiff shows the Court as follows:

1. Plaintiff filed his original complaint in this case on April 25, 2025.

1

2. Plaintiff filed his Amended Complaint on May 20, 2025, adding a claim under 42 U.S.C. § 1985(3).

3. Defendant AJP was served on June 13, 2025, making its original deadline to respond to the Amended Complaint July 7, 2025.

4. On July 4, 2025, AJP filed a motion, with Plaintiff's consent, to file a response on or before August 6, 2025. *See* Dkt. 49. It was agreed that, if AJP moved to dismiss, Plaintiff would have until September 29, 2025, to respond. *See id.*; *see also* Dkt. 51 (granting the motion). AJP indeed moved to dismiss on August 5, 2025, *see* Dkt. 83, thus, Plaintiff's response to the motion is currently due September 29, 2025. In the ordinary course, that would make AJP's reply in support of the motion due October 13, 2025. *See* L.R. 7.1(C).

5. Other than Defendant Sean Eren, as representative for National Students for Justice in Palestine, who will be served by publication pursuant to the Court's Order (dkt. 89), each of the other seven defendants in this case has since appeared and filed motions to dismiss. *See* Dkt. Nos. 41, 63, 73, 94, 95, 96, 97. To date, Plaintiff has responded to two of the motions. *See* Dkt. Nos. 60, 91. The deadline to respond to the remaining defendants' motions is, by court order, November 7, 2025. *See* Dkt. Nos. 66, 90, 100.

6. In the process of responding to the various motions to dismiss, Plaintiff has elected to seek leave to file a Second Amended Complaint under

Federal Rule of Civil Procedure 15(a)(2). Defendants did not consent to this amendment. Thus, Plaintiff filed a motion for leave to amend. *See* Dkt. 109.

7. If leave is granted, Plaintiff consents to re-briefing of the motions to dismiss or supplemental briefing, as appropriate.

8. Thus, in order to conserve the parties' resources, Plaintiff respectfully requests an extension of time to respond to AJP's Motion to Dismiss until November 7, 2025.

9. This request is made to save Plaintiff and AJP the burden and expense of briefing AJP's Motion to Dismiss while the Motion for Leave to Amend is pending. If the Court grants the Motion for Leave to Amend, then Plaintiff anticipates re-briefing or supplemental briefing of AJP's Motion to Dismiss (dkt. 83), making it unnecessarily burdensome for the parties to file a response or reply to AJP's Motion to Dismiss the First Amended Complaint. If the Court denies the Motion for Leave to Amend, then Plaintiff's deadline to respond to AJP's pending Motion to Dismiss (dkt. 83) will be aligned with the remaining Defendants in this case: November 7, 2025. Thus, this request preserves the parties' resources without delaying the progress of this case or prejudicing any party.

10. This is Plaintiff's second request for an extension of time to respond to AJP's Motion to Dismiss (dkt. 83)—as just discussed, this request is made in good faith and not for purposes of delay.

11. A proposed Order is attached for the Court's consideration.

Respectfully submitted this 16th day of September, 2025.

| | |
|---|---|
| Lauren Israelovitch<br>lauren@njaclaw.org<br>Mark Goldfeder<br>mark@njaclaw.org<br>Ben Schlager<br>ben@njaclaw.org<br>NATIONAL JEWISH ADVOCACY<br>   CENTER, INC.<br>3 Times Square<br>New York, NY 10036<br><br>David Forman Katz<br>WEISSMANN ZUCKER<br>   EUSTER & KATZ, P.C.<br>The Fountains at Piedmont Center<br>3495 Piedmont Road<br>Building 11, Suite 950<br>Atlanta, GA 30305<br>dkatz@wzlegal.com<br><br>Esther Panitch<br>THE PANITCH LAW GROUP, PC<br>Suite 205<br>4243 Dunwoody Club Drive<br>Atlanta, GA 30350<br>esther@panitchivory.com | */s/ Miles C. Skedsvold*<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Anna Edmondson<br>Georgia Bar No. 289667<br>aedmondson@robbinsfirm.com<br>Miles C. Skedsvold<br>Georgia Bar No. 371576<br>mskedsvold@robbinsfirm.com<br>ROBBINS ALLOY BELINFANTE<br>   LITTLEFIELD LLC<br>500 14th Street, N.W.<br>Atlanta, Georgia 30318<br>Telephone: (678) 701-9381<br>Facsimile: (404) 856-3255<br>*Attorneys for Plaintiff* |

*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

By signature below, counsel certifies that the foregoing was prepared in Century Schoolbook, 13-point font, in compliance with Local Rule 5.1(C).

                                        */s/ Miles C. Skedsvold*
                                        Miles C. Skedsvold

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT AJP EDUCATIONAL FOUNDATION'S MOTIONS TO DISMISS** with the Clerk of Court using the CM/ECF electronic filing system, which suffices for service on all counsel of record who have entered an appearance in the case under L.R. 5.1(A)(3).

This 16th day of September, 2025.

*/s/ Miles C. Skedsvold*
Miles C. Skedsvold