IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>    Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:25-cv-02329 |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT AJP EDUCATIONAL FOUNDATION'S
<u>MOTION TO DISMISS</u>**

Having considered Plaintiff's Motion For Extension of Time to File Plaintiff's Response to Defendant AJP Educational Foundation's Motion to Dismiss (dkt. 83), the motion is **GRANTED**.

IT IS HEREBY ORDERED that Plaintiff shall have through and including **Friday, November 7, 2025** to file its response to AJP Educational Foundation's Motion to Dismiss.

SO ORDERED this __ day of September, 2025.

_____
The Honorable Thomas W. Thrash, Jr.
United States District Court for the
Northern District of Georgia

PRESENTED BY:

Lauren Israelovitch
lauren@njaclaw.org
Mark Goldfeder
mark@njaclaw.org
Ben Schlager
ben@njaclaw.org
NATIONAL JEWISH ADVOCACY
  CENTER, INC.
3 Times Square
New York, NY 10036

David Forman Katz
WEISSMANN ZUCKER
  EUSTER & KATZ, P.C.
The Fountains at Piedmont Center
3495 Piedmont Road
Building 11, Suite 950
Atlanta, GA 30305
dkatz@wzlegal.com

Esther Panitch
THE PANITCH LAW GROUP, PC
Suite 205
4243 Dunwoody Club Drive
Atlanta, GA 30350
esther@panitchivory.com

*/s/ Miles C. Skedsvold*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Miles C. Skedsvold
Georgia Bar No. 371576
mskedsvold@robbinsfirm.com
ROBBINS ALLOY BELINFANTE
  LITTLEFIELD LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3255
*Attorneys for Plaintiff*