IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>    Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:25-cv-02329 |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT AJP EDUCATIONAL FOUNDATION'S**
<u>**MOTION TO DISMISS**</u>

Having considered Plaintiff's Motion For Extension of Time to File Plaintiff's Response to Defendant AJP Educational Foundation's Motion to Dismiss (dkt. 83), the motion is **GRANTED**.

IT IS HEREBY ORDERED that Plaintiff shall have through and including **Friday, November 7, 2025** to file its response to AJP Educational Foundation's Motion to Dismiss.

SO ORDERED this 22nd day of September, 2025.

_____
The Honorable Thomas W. Thrash,
Jr. United States District Court for
the Northern District of Georgia