IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>　　*Plaintiff*,<br><br>v.<br><br>UMAYAH MOHAMMAD, *et al.*,<br><br>　　*Defendants*. | Civil Action No.<br>1:25-cv-02329-TWT |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF DOCUMENT 114**

PLEASE TAKE NOTICE that, Plaintiff Joshua Winer ("Plaintiff") hereby withdraws Document 114, filed on October 13, 2025, titled "Plaintiff Joshua Winer's Motion for Leave to Amend His Complaint and Brief in Support" without prejudice. This document was intended as a reply in support of Document 109, "Plaintiff Joshua Winer's Motion for Leave to Amend His Complaint and Brief in Support," but was incorrectly described in the title. Defendants have requested that Plaintiff file a corrected brief.

Respectfully submitted this 14th day of October, 2025.

| | */s/ Miles C. Skedsvold* |
|---|---|
| Lauren Israelovitch | Josh Belinfante |
| Mark Goldfeder | Georgia Bar No. 047399 |
| Ben Schlager | jbelinfante@robbinsfirm.com |
| NATIONAL JEWISH | Anna Edmondson |
| 　ADVOCACY CENTER, INC. | Georgia Bar No. 289667 |
| 3 Times Square | aedmondson@robbinsfirm.com |
| New York, NY 10036 | Miles C. Skedsvold |
| lauren@njaclaw.org | Georgia Bar No. 371576 |
| *Pro Hac Vice* | mskedsvold@robbinsfirm.com |

1

2

                        ROBBINS ALLOY BELINFANTE
                           LITTLEFIELD LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

David Forman Katz
WEISSMANN ZUCKER
   EUSTER & KATZ, P.C.
3495 Piedmont Road
Building 11, Suite 950
Atlanta, GA 30305
dkatz@wzlegal.com
Ga. Bar. No. 408738

Esther Panitch
THE PANITCH LAW GROUP, PC
4243 Dunwoody Club Drive
Suite 205
Atlanta, GA 30350
esther@panitchivory.com
Ga. Bar. No. 143197

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **PLAINTIFF'S NOTICE OF WITHDRAWAL OF DOCUMENT 114** with the Clerk of Court using the CM/ECF electronic filing system, which suffices for service on all counsel of record who have entered an appearance in the case under L.R. 5.1(A)(3).

This 14th day of October, 2025.

*/s/ Miles C. Skedsvold*
Miles C. Skedsvold