# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**NOTICE OF SERVICE BY PUBLICATION**: Joshua Winer, Plaintiff, v. Umaymah Mohammad et al, Defendant Civil Action No. 1:25-cv-02329-TWT

**TO**: Sean Eren, as representative of National Students for Justice in Palestine

**NOTICE**: By Order for Service of Publication dated _____, 2025, you are hereby notified that Plaintiff Joshua Winer has filed a civil action against you in the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1:25-cv-02329, seeking relief as set forth in the [Second] Amended Complaint filed therein. You are required to file with the Clerk of the Court and to serve upon Plaintiff's counsel a response to the [Second] Amended Complaint within sixty (60) days of _____, 2025. If you fail to do so, judgment by default will be sought against you. Plaintiff's counsel's name and address is David Katz, Weissmann Zucker Euster + Katz P.C., The Fountains at Piedmont Ctr., Building 11, Suite 950 3495 Piedmont Rd., Atlanta, GA 30305. This notice is published pursuant to O.C.G.A. § 9-11-4(f)(1)(C) and by order of the United States District Court for the Northern District of Georgia, dated _____, 2025.

    By Order of the Honorable Thomas W. Thrash, Jr.
    U.S. District Judge for the Northern District of Georgia

    This _____ day of _____, 2025

    _____
    Kevin P. Weimer, Clerk for the U.S. District Court for the Northern District of Georgia

1