UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action Case No. |
| Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A/ CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine, | ) 1:25-cv-02329-TWT |
| | ) |
|     Defendants. | ) |

**[Proposed] Order**

THIS MATTER is before the Court on Plaintiff Joshua Winer's Motion for Extension of Time to Effect Service by Publication upon Defendant Sean Eren in his capacity as representative of National Students for Justice in Palestine (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

    ORDERED and ADJUDGED that:

1. Plaintiff's Motion is granted.

1

2. Plaintiff is authorized to serve Defendant Eren by publication and such publication shall be made:

(a) Once per week for four (4) consecutive weeks in *South Fulton Neighbor*, the official legal organ of Fulton County, Georgia; and

(b) Once per week for four (4) consecutive weeks in a newspaper of general circulation in New York County, New York, where the most recent address associated with Defendant in available records is located.

3. The publication shall use the form of notice attached hereto as Exhibit A.

SO ORDERED this ___ day of _____, 2025.

_____
Hon. Thomas W. Thrash, Jr.
United States District Judge

# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**NOTICE OF SERVICE BY PUBLICATION**: Joshua Winer, Plaintiff, v. Umaymah Mohammad et al, Defendant Civil Action No. 1:25-cv-02329-TWT

**TO**: Sean Eren, as representative of National Students for Justice in Palestine

**NOTICE**: By Order for Service of Publication dated _____, 2025, you are hereby notified that Plaintiff Joshua Winer has filed a civil action against you in the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1:25-cv-02329, seeking relief as set forth in the [Second] Amended Complaint filed therein. You are required to file with the Clerk of the Court and to serve upon Plaintiff's counsel a response to the [Second] Amended Complaint within sixty (60) days of _____, 2025. If you fail to do so, judgment by default will be sought against you. Plaintiff's counsel's name and address is David Katz, Weissmann Zucker Euster + Katz P.C., The Fountains at Piedmont Ctr., Building 11, Suite 950 3495 Piedmont Rd., Atlanta, GA 30305. This notice is published pursuant to O.C.G.A. § 9-11-4(f)(1)(C) and by order of the United States District Court for the Northern District of Georgia, dated _____, 2025.

                            By Order of the Honorable Thomas W. Thrash, Jr.
                            U.S. District Judge for the Northern District of Georgia

                            This _____ day of _____, 2025

                            _____
                            Kevin P. Weimer, Clerk for the U.S. District Court for the Northern District of Georgia

1