**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Joshua Winer,

Plaintiff,

v.

Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A/ CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine,

Defendants.

CIVIL ACTION FILE

No. 1:25-cv-02329

**MOTION TO STAY BRIEFING OF PENDING MOTIONS TO DISMISS UNTIL RULING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Joshua Winer ("Plaintiff") respectfully moves under Federal Rule of Civil Procedure 6(b)(1)(A) for an order staying briefing on the pending motions to dismiss the First Amended Complaint until the Court has ruled on Plaintiff's Motion for Leave to File a Second Amended Complaint.

In support, Plaintiff shows the Court as follows:

1. Plaintiff filed his original complaint on April 25, 2025.

2. Plaintiff filed his First Amended Complaint on May 20, 2025, adding a claim under 42 U.S.C. § 1985(3).

3. Except for Defendant Sean Eren, representative of National Students for Justice in Palestine, who will be served by publication pursuant to the Court's Order (Dkt. 118), each of the remaining eight Defendants has appeared and filed a motion to dismiss the First Amended Complaint. *See* Dkt. Nos. 41, 63, 83, 94, 95, 96, 97, 101. To date, Plaintiff has responded to two of the motions. *See* Dkt. Nos. 60, 91. The deadline to respond to the remaining six Defendants' motions is, by court order, November 7, 2025. *See* Dkt. Nos. 66, 90, 100, 111.

4. In the process of responding to the various motions to dismiss, Plaintiff elected to seek leave to file a Second Amended Complaint under Federal Rule of Civil Procedure 15(a)(2). Defendants did not consent to this amendment. Thus, Plaintiff filed a motion for leave to amend on September 15, 2025. *See* Dkt. 109.

5. Should leave be granted, Plaintiff consents to re-briefing or supplemental briefing on the motions to dismiss, as appropriate.

6. Staying briefing on the pending motions to dismiss will promote judicial economy and conserve the parties' resources while this Court considers the Motion for Leave to Amend (dkt. 109).

7. While Plaintiff has asked for and received extensions on this briefing in the past, this is Plaintiff's first request for a stay of briefing. This request is made in good faith and not for the purpose of delay.

8. A proposed Order is attached for the Court's consideration.

Respectfully submitted this 3rd day of November, 2025.

Lauren Israelovitch
lauren@njaclaw.org
Mark Goldfeder
mark@njaclaw.org
Ben Schlager
ben@njaclaw.org
NATIONAL JEWISH ADVOCACY CENTER, INC.
3 Times Square
New York, NY 10036

David Forman Katz
WEISSMANN ZUCKER EUSTER & KATZ, P.C.
The Fountains at Piedmont Center
3495 Piedmont Road
Building 11, Suite 950
Atlanta, GA 30305
dkatz@wzlegal.com

*/s/ Miles C. Skedsvold*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Miles C. Skedsvold
Georgia Bar No. 371576
mskedsvold@robbinsfirm.com
ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255
*Attorneys for Plaintiff*

Esther Panitch
THE PANITCH LAW GROUP, PC
4243 Dunwoody Club Drive,
Suite 205
Atlanta, GA 30350
esther@panitchivory.com

*Attorneys for Plaintiff*

**CERTIFICATE OF COMPLIANCE**

By signature below, counsel certifies that the foregoing was prepared in Century Schoolbook, 13-point font, in compliance with Local Rule 5.1(C).

*/s/ Miles C. Skedsvold*
Miles C. Skedsvold

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT AJP EDUCATIONAL FOUNDATION'S MOTIONS TO DISMISS** with the Clerk of Court using the CM/ECF electronic filing system, which suffices for service on all counsel of record who have entered an appearance in the case under L.R. 5.1(A)(3).

This 3rd day of November, 2025.

*/s/ Miles C. Skedsvold*
Miles C. Skedsvold