## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Joshua Winer,

     Plaintiff,

v.

Umaymah Mohammad, et al.,

     Defendants.

CIVIL ACTION FILE

No. 1:25-cv-02329

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY BRIEFING OF PENDING MOTIONS TO DISMISS

Having considered Plaintiff's Motion to Stay Briefing of the pending Motions to Dismiss until the Court rules on Plaintiff's Motion for Leave to File a Second Amended Complaint (Dkt. 109), and the Court finding good cause, the Motion is hereby **GRANTED**.

IT IS HEREBY ORDERED that that briefing on the following motions is STAYED pending further order of the Court: (1) AJP Educational Foundation, Inc. (dkt. 83); (2) Rupa Marya (dkt. 94); (3) Umaymah Mohammad (dkt. 95); (4) Ibrahim Jouja as representative of Emory Students for Justice in Palestine (dkt. 96); (5) WESPAC Foundation, Inc. (dkt. 97); and Doctors Against Genocide Society (dkt. 101).

SO ORDERED this ___ day of November, 2025.


_____

The Honorable Thomas W. Thrash, Jr.
United States District Court for the
Northern District of Georgia

PRESENTED BY:

Lauren Israelovitch
lauren@njaclaw.org
Mark Goldfeder
mark@njaclaw.org
Ben Schlager
ben@njaclaw.org
NATIONAL JEWISH ADVOCACY
    CENTER, INC.
3 Times Square
New York, NY 10036

David Forman Katz
WEISSMANN ZUCKER
    EUSTER & KATZ, P.C.
The Fountains at Piedmont Center
3495 Piedmont Road
Building 11, Suite 950
Atlanta, GA 30305
dkatz@wzlegal.com

Esther Panitch
THE PANITCH LAW GROUP, PC
Suite 205
4243 Dunwoody Club Drive
Atlanta, GA 30350
esther@panitchivory.com

*/s/ Miles C. Skedsvold*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Miles C. Skedsvold
Georgia Bar No. 371576
mskedsvold@robbinsfirm.com
ROBBINS ALLOY BELINFANTE
    LITTLEFIELD LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381
Facsimile:  (404) 856-3255
*Attorneys for Plaintiff*