IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>       Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, et al.,<br><br>       Defendants. | CIVIL ACTION FILE<br><br>No. 1:25-cv-02329 |

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY BRIEFING OF PENDING MOTIONS TO DISMISS**

Having considered Plaintiff's Motion to Stay Briefing of the pending Motions to Dismiss until the Court rules on Plaintiff's Motion for Leave to File a Second Amended Complaint (Dkt. 109), and the Court finding good cause, the Motion is hereby **GRANTED**.

IT IS HEREBY ORDERED that that briefing on the following motions is STAYED pending further order of the Court: (1) AJP Educational Foundation, Inc. (dkt. 83); (2) Rupa Marya (dkt. 94); (3) Umaymah Mohammad (dkt. 95); (4) Ibrahim Jouja as representative of Emory Students for Justice in Palestine (dkt. 96); (5) WESPAC Foundation, Inc. (dkt. 97); and Doctors Against Genocide Society (dkt. 101).

SO ORDERED this 5th day of November, 2025.

*[Signature: Thomas W. Thrash]*

The Honorable Thomas W. Thrash, Jr.
United States District Court for the
Northern District of Georgia