# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER, <br><br> Plaintiff, <br><br> v. <br><br> UMAYMAH MOHAMMAD, *et al.*, <br><br> Defendants. | Civil Action File <br> No. 1:25-cv-02329-TWT |

## DEFENDANT AMP'S MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO STAY BRIEFING

Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") respectfully requests this Court reconsider its Order Granting Plaintiff's Motion to Stay Briefing on Motions. Doc. 120. For the reasons set forth in AMP's Opposition to Plaintiff's Motion to Stay, which it intended to file yesterday, and is attached hereto as Exhibit A, AMP opposes the stay of briefing. An ongoing stay of briefing unduly prejudices Defendant AMP and rewards Plaintiff's dilatory tactics. Therefore, AMP requests this Court reconsider its order and consider AMP's Response in Opposition in making its final determination on whether to grant a stay.

DATED: November 6, 2025

Respectfully Submitted,

*/s/ Christina A. Jump*
Christina A. Jump
(admitted *pro hac vice*)
Samira S. Elhosary
(admitted *pro hac vice*)
Christina A. Boyd
(admitted *pro hac vice*)
Constitutional Law Center
for Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org
ali.boyd@mlfa.org

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

James M. Slater
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

**COUNSEL FOR DEFENDANT AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE**

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: November 6, 2025.

                                                */s/ Christina A. Jump*
Christina A. Jump
(admitted *pro hac vice*)
Samira S. Elhosary
(admitted *pro hac vice*)
Christina A. Boyd
(admitted *pro hac vice*)
Constitutional Law Center
for Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org
ali.boyd@mlfa.org

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*