UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**　　　　　　　　　　　　　　　　　DOCKETING SECTION
**DISTRICT COURT EXECUTIVE**　　　　　　　　　　　　　404-215-1655
**AND CLERK OF COURT**

November 18, 2025

ATTN: SOUTH FULTON NEIGHBOR
　　　C/O INKLYNK LLC
　　　2300 BETHELVIEW ROAD
　　　SUITE 110-302
　　　CUMMING, GA 30040

To Whom It May Concern:

　　　Re:　Notice of Service by Publication
　　　　　Case Caption: Winer v. Mohammad et al
　　　　　Civil Action No.: 1:25-cv-02329-TWT

　　On October 21, 2025, the Honorable Thomas W. Thrash, Jr., United States District Judge, entered an Order for Service by Publication as to Defendant Sean Eren, as representative of National Students for Justice in Palestine. In accordance with the Order, please find enclosed the Notice of Service by Publication, a certified copy of said Order, and a copy of invoice number 526200981309 in the amount of $147.00 indicating prepayment of the costs associated with the publication.

　　Pursuant to O.C.G.A. § 9-11-4(f)(1)(C), please publish the Notice of Publication in the paper on four (4) separate occasions, at least seven (7) days apart, within sixty (60) days of October 21, 2025. If any additional information is required, please do not hesitate to contact me at 404-215-1655.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Kevin P. Weimer
　　　　　　　　　　　　　　　　　　District Court Executive
　　　　　　　　　　　　　　　　　　and Clerk of Court

　　　　　　　　　　　　　　　　　　By: *s/Traci Clements Campbell*
　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures