UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**NOTICE OF SERVICE BY PUBLICATION**: Joshua Winer, Plaintiff, v. Umaymah Mohammad et al, Defendant Civil Action No. 1:25-cv-02329-TWT

**TO**: Sean Eren, as representative of National Students for Justice in Palestine

**NOTICE**: By Order for Service of Publication dated October 21, 2025, you are hereby notified that Plaintiff Joshua Winer has filed a civil action against you in the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1:25-cv-02329, seeking relief as set forth in the Amended Complaint filed therein. You are required to file with the Clerk of the Court and to serve upon Plaintiff's counsel a response to the Amended Complaint within sixty (60) days of October 21, 2025. If you fail to do so, judgment by default will be sought against you. Plaintiff's counsel's name and address is David Katz, Weissmann Zucker Euster + Katz P.C., The Fountains at Piedmont Ctr., Building 11, Suite 950 3495 Piedmont Rd., Atlanta, GA 30305. This notice is published pursuant to O.C.G.A. § 9-11-4(f)(1)(C) and by order of the United States District Court for the Northern District of Georgia, dated October 21, 2025.

By Order of the Honorable Thomas W. Thrash, Jr.
U.S. District Judge for the Northern District of Georgia

This 19th day of Nov., 2025

_____
Kevin P. Weimer, Clerk for the U.S. District Court for the Northern District of Georgia