## Receipt for Payment

| | |
|---|---|
| Client Reference: | TO: Sean Eren as representative of National Students for Justice in Palestine |
| Subject: | |
| Purchase Order: | |
| County: | FULTON |
| Publisher: | South Fulton Neighbor |
| Type of Notice: | Service By Publication |
| Run Dates: | TBD Once Clerk Signs off on notice. This is a pre payment |

```
========== TRANSACTION RECORD==========
INKLYNK   GA 001
2300 BETHELVIEW RD
CUMMING, 30040
US
http://www.inklynk.com

TYPE: Purchase

ACCT: Visa  $ 147.00 USD

CARDHOLDER NAME : Mark Goldfeder
CARD NUMBER     : [REDACTED]
DATE/TIME       : 19 Sep 25 10:45:09
REFERENCE #     : 526200981309
AUTHOR. #       : 05277G
TRANS. REF. 526200981309

Approved  - Thank You 100


Please retain this copy for your records.

Cardholder will pay above amount to
card issuer pursuant to cardholder
agreement.
=======================================
```