National Jewish Advocacy Center, Inc.
3 Times Square
New York, NY 10036

**NJAC** National Jewish Advocacy Center

November 6, 2025

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 10 2025

KEVIN P. WEIMER, Clerk
By Matthew H, Deputy Clerk

**Via Mail**
Clerk's Office
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: *Winer v. Mohammad et al.*, Case No. 1:25-cv-02329-TWT
Service by Publication – Submission of Required Documents

Dear Ms. Clements-Campbell:

Pursuant to your correspondence regarding execution of service by publication, please find enclosed the following materials:

1. Two (2) copies of the proposed Notice of Publication;
2. Invoices reflecting pre-paid publication fees for each outlet; and
3. Pre-paid USPS envelopes addressed to each publisher for the Clerk's Office to forward the executed notices.

The publications are as follows:

**The Westsider**
Straus Media
Attn: Barry Lewis
505 Eighth Avenue, Suite 704
New York, NY 10018

**South Fulton Neighbor**
c/o Inklynk LLC
2300 Bethelview Road, Suite 110-302
Cumming, GA 30040

Please let me know if you require any additional documentation or information to complete this process.

Thank you very much for your time and assistance.

Respectfully Submitted,

/s/ *Lauren Israelovitch*

**Lauren Israelovitch**
Counsel for Plaintiff
lauren@njaclaw.org
(914) 222-3828