**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

**KEVIN P. WEIMER**                                    **DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**                              **404-215-1655**
**AND CLERK OF COURT**

November 18, 2025

ATTN:  THE WESTSIDER
       STRATUS MEDIA
       ATTN: BARRY LEWIS
       505 EIGHTH AVENUE
       SUITE 704
       NEW YORK, NY 10018

To Whom It May Concern:

      Re:    Notice of Service by Publication
            Case Caption: Winer v. Mohammad et al
            Civil Action No.: 1:25-cv-02329-TWT

On October 21, 2025, the Honorable Thomas W. Thrash, Jr., United States District Judge, entered an Order for Service by Publication as to Defendant Sean Eren, as representative of National Students for Justice in Palestine. In accordance with the Order, please find enclosed the Notice of Service by Publication, a certified copy of said Order, and a copy of invoice number SMM9555 in the amount of $800.00 indicating prepayment of the costs associated with the publication.

Pursuant to O.C.G.A. § 9-11-4(f)(1)(C), please publish the Notice of Publication in the paper on four (4) separate occasions, at least seven (7) days apart, within sixty (60) days of October 21, 2025. If any additional information is required, please do not hesitate to contact me at 404-215-1655.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By: *s/Traci Clements Campbell*
Deputy Clerk

Enclosures