Thursday, November 6, 2025 at 11:49:17 AM Eastern Standard Time

| | |
|---|---|
| Subject: | Payment Confirmation |
| Date: | Friday, October 31, 2025 at 10:45:09 AM Eastern Daylight Time |
| From: | STRAUS MEDIAMANHATTAN LLC |
| To: | Lauren Israelovitch |

**$800.00 USD**

10/31/2025 10:45:04 AM

STRAUS MEDIAMANHATTAN LLC

### Your payment has been approved

| | |
|---|---|
| Transaction Type | SALE |
| Payment | [redacted] |
| Transaction ID | 311025O13-E4B4D44B-9B0B-40C7-905D-311A5173BCFF |
| Approval Code | 05143G |
| Approval Message | APPROVAL |
| ECI | |
| Invoice Number | SMM9555 |
| Client ID | LEG40201 |

Total          $800.00 USD

**Bill To**

National Jewish Advocacy Center

Mark Goldfeder

1323 Breezy Lane, NE

Atlanta Georgia 30329

United States

914-222-3828

lauren@njaclaw.org

STRAUS MEDIAMANHATTAN LLC

20 WEST AVE CHESTER NY 10918 | 845-469-9000

The information contained in this e-mail and in any attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This message has been scanned for known computer viruses.