# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>    Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, CAIR-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br><br>    Defendants. | Case No. 1:25-CV-02329 |

## NOTICE OF CHANGE OF FIRM NAME

Amanda G. Hyland and Austin C. Vining file this Notice of Change of Firm name, informing the Court and all parties that Buchalter APC has been changed to Buchalter LLP.

This 5th day of January, 2026.

                                            **BUCHALTER LLP**

                                            /s/ *Amanda G. Hyland*
                                            Amanda G. Hyland

Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
3475 Piedmont Road NE, Ste. 1100
Atlanta, GA 30305
(404) 832-7350 Telephone
ahyland@buchalter.com
avining@buchalter.com

*Attorneys for Defendant CAIR-Georgia*