Ad Number # 521741 Account # 23102

PUBLISHER'S AFFIDAVIT

**STATE OF GEORGIA**
**COUNTY OF FULTON**
Re: 521741

Before me, the undersigned, a Notary Public, this day personally came Eddie Porter who, being duly sworn, according to law, says they are an agent of Times Journal Inc., publishers of the **South Fulton Neighbor**, the official newspaper published in Atlanta, GA, in said county and state, and that the publication, of which the annexed is a true copy, was published in said newspaper as provided by law on the following dates : 12/03/2025, 12/10/2025, 12/17/2025, 12/24/2025

_____
Eddie Porter

_____
Kaweemah Williams - Notary Public

Subscribed and sworn to before me this 24th day of December, 2025

Ad Number # 521741 Account # 23102

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION NOTICE OF SERVICE BY PUBLICATION: Joshua Winer, Plaintiff, v. Umaymah Mohammad et al. Defendant Civil Action No. 1:25-cv-02329-TWT TO: Sean Eren, as representative of National Students for Justice in Palestine NOTICE: By Order for Service of Publication dated October 21, 2025, you are hereby notified that Plaintiff Joshua Winer has filed a civil action against you in the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1:25- cv-02329, seeking relief as set forth in the Amended Complaint filed therein. You are required to file with the Clerk of the Court and to serve upon Plaintiffs counsel a response to the Amended Complaint within sixty (60) days of October 21, 2025. If you fail to do so, judgment by default will be sought against you. Plaintiffs counsel's name and address is David Katz, Weissmann Zucker Euster + Katz P.C., The Fountains at Piedmont Ctr., Building 11, Suite 950 3495 Piedmont Rd., Atlanta, GA 30305. This notice is published pursuant to O.C.G.A. §9-1 l-4(f)(l)(C) and by order of the United States District Court for the Northern District of Georgia, dated October 21, 2025. By Order of the Honorable Thomas W. Thrash, Jr. U.S. District Judge for the Northern District of Georgia This 19th day of November 2025 Kevin P. Weimer, Clerk for the U.S. District Court for the Northern District of Georgia