

**AFFIDAVIT**
505 8th Avenue 8th Fl
New York, NY 10016
Tel: 212-868-0190
Fax: 212-868-0198
E-Mail: legals2@strausnews.com

# AFFIDAVIT OF PUBLICATION
The Westsider

**State of New York,**

**County of, New York,**

The undersigned is the authorized designee of **The Westsider**, a **Weekly** Newspaper published in **New York** County, **New York**. I certify that the public notice, a printed copy of which is attached hereto, was printed and published in this newspaper on the following dates:

November 27th, 2025, December 4th, 2025, December 11th, 2025, December 18th, 2025

Signature _____

Stephen Bertolotti

Printed Name

Sworn to before me this 19th day of December, 2025

Subscribed and sworn to before me,

OTILIA M. BERTOLOTTI
Notary Public, State of New York
No. 01BE5070850
Qualified in Orange County
Commission Expires Dec. 23, 2026

_____
Notary Public Stamp

1

**AFFIDAVIT OF PUBLICATION**

*The Westsider*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**NOTICE OF SERVICE BY PUBLICATION:** Joshua Winer, Plaintiff, v. Umaymah Mohammad et al. Defendant Civil Action No. 1:25-cv-02329-TWT

**TO:** Sean Eren, as representative of National Students for Justice in Palestine

**NOTICE:** By Order for Service of Publication dated October 21, 2025, you are hereby notified that Plaintiff Joshua Winer has filed a civil action against you in the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1:25-cv-02329, seeking relief as set forth in the Amended Complaint filed therein. You are required to file with the Clerk of the Court and to serve upon Plaintiff's counsel a response to the Amended Complaint within sixty (60) days of October 21, 2025. If you fail to do so, judgment by default will be sought against you. Plaintiff's counsel's name and address is David Katz, Weissmann Zucker Euster + Katz P.C., The Fountains at Piedmont Ctr., Building 11, Suite 950 3495 Piedmont Rd., Atlanta, GA 30305. This notice is published pursuant to O.C.G.A. § 9-1 l-4(f)(l)(C) and by order of the United States District Court for the Northern District of Georgia, dated October 21, 2025.

By Order of the Honorable Thomas W. Thrash, Jr.
U.S. District Judge for the Northern District of Georgia

This 19th day of Nov., 2025
Kevin P. Weimer, Clerk for the U.S. District Court for the Northern District of Georgia