

ATLANTA / BIRMINGHAM

January 14, 2026

Courtroom Deputy Clerk for the
Honorable Thomas W. Thrash, Jr.
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA  30303-3361

    Re:   *Joshua Winer v. Umaymah Mohammad, et al*
           U.S.D.C. Northern District, Atlanta Division
           Civil Action File No. 1:25-cv-02329-TWT

Dear Sir/Madam:

    I am counsel for Defendant CAIR Foundation, Inc. in the above-styled action and pursuant to NDGa LR 83.1(E)(4), I am writing to request that said case not be calendared during the aforesaid period.

- February 20, 2026;
- February 23 – 27, 2026;
- March 25-27, 2026;
- April 7, 2026;
- August 10 – 21, 2026;
- August 28, 2026;
- September 3 – 4, 2026;
- September 17 – 18, 2026;
- December 21 – 23, 2026; and
- December 28 – 29, 2026

    By copy of this letter, I am informing opposing counsel of my request for a leave of absence.  I understand that I am not relieved from other deadline requirements absent the Court's approval.

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*Kori E. Wagner*

Kori E. Wagner

cc: All Counsel of Record (via the CM/ECF system)

KEW/

4906-8222-9384, v. 1