# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER ) | |
| ) | |
| *Plaintiff*, ) | |
| vs. ) | |
| ) | Civil Action Case No. |
| ) | 1:25-CV-02329-TWT |
| Umaymah Mohammad, AJP Educational ) | |
| Foundation, Inc. A/K/A American Muslims ) | |
| For Palestine, WESPAC Foundation, Inc., ) | |
| Sean Eren as the representative of National ) | |
| Students for Justice in Palestine, Doctors ) | |
| Against Genocide Society, Cair-Nga Inc. ) | |
| A/K/A/ CAIR-Georgia, CAIR Foundation ) | |
| Inc., A/K/A Council on Islamic Relations ) | |
| or CAIR, Rupa Marya, Ibrahim Jouja as ) | |
| representative of Emory Students for ) | |
| Justice in Palestine, Defendants ) | |
| *Defendants*. ) | |

## ENTRY OF APPEARANCE

Please take notice that David F. Katz of The D.F. Katz Law Firm LLC will be representing Joshua H. Winer in the above-entitled case and that he be included on the service of all notices, pleadings and other documents filed in this case at the following address:

David F. Katz

The D.F. Katz Law Firm, LLC

1158 Jones Bridge Rd

Ste 420 PMB1080

Johns Creek, GA 30022

PHONE: (404) 918-5707

Dkatz@dfkatzlawfirm.com

Dated:  20th day of January, 2026.

                                                    */s/*David F. Katz
David F. Katz
Attorney for Defendant Joshua H. Winer
Ga. Bar No. 408738

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was formatted in Times New Roman 14pt and has been served upon the parties/opposing counsel by electronically filing the same, which will notify all counsel of record.

Dated:  20th day of January, 2026.

                                                    */s/*David F. Katz
David F. Katz
Attorney for Defendant Joshua H. Winer
Ga. Bar No. 408738

David F. Katz
The D.F. Katz Law Firm, LLC
1158 Jones Bridge Rd
Ste 420 PMB1080
Johns Creek, GA 30022
PHONE: (404) 918-5707
Dkatz@dfkatzlawfirm.com