IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>      Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, CAIR-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br><br>      Defendants. | Case No. 1:25-CV-02329-TWT |

**DEFENDANT WESPAC FOUNDATION'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendant WESPAC Foundation, Inc. ("WESPAC") hereby files this Notice of Supplemental Authority in further support of its opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint ("SAC") ("Motion") (Dkt. 109), in order to bring to the Court's attention a very recent decision from the United States District Court for the Central District of California, which granted WESPAC's motion to dismiss in *Weinberg v. National Students for Justice in Palestine,* No. 25-

1

cv-03714, Doc. 113 (C.D. Cal., Jan. 20, 2026). A copy of the decision is filed herewith.

The *Weinberg* court dismissed the case against WESPAC, a New York entity, due to a lack of personal jurisdiction, holding that Plaintiffs "fail[ed] to raise an inference that WESPAC maintains sufficient contacts with California such that the Court can exercise specific personal jurisdiction over it[,]" and stating that:

> Because NSJP does not have 501(c)(3) exempt status and received funds from WESPAC, Plaintiffs assert that WESPAC therefore must exercise control and discretion over NSJP akin to an agency relationship. (*See* FAC ¶¶ 70–73, 111.) The IRS ruling "requires fiscal sponsors to retain 'control and discretion' over how donated funds are used, but only in order to preserve their tax-exempt status—not to create an agency relationship or vicarious liability." *Helmann*, 2025 WL 3030582, at *20. The Court has not found any authority embracing Plaintiff's fiscal sponsorship theory. And, in fact, the only other court that has addressed Plaintiffs' broad reading of the IRS ruling soundly rejected it. *See Manhart v. WESPAC Found., Inc.*, No. 24-cv-08209, 2025 WL 2257408, at *12 (N.D. Ill. Aug. 7, 2025) (finding allegations of fiscal sponsorship relationship under IRS rulings insufficient to establish a legal tort duty).

*Weinberg v. National Students for Justice in Palestine,* No. 25-cv-03714, Doc. 113 at 27, 28.

We submit that this decision is relevant to, *inter alia*, the following issues:

- whether Plaintiff's Motion for Leave to file the SAC should be denied on the ground of futility given that the SAC would offer no basis to exercise personal jurisdiction over WESPAC;

- whether Plaintiff's Motion for Leave to file the SAC should be denied on the ground of futility given that the SAC would fail to state a claim against WESPAC;

- whether WESPAC's fiscal sponsorship of National Students for Justice in Palestine ("NSJP") is enough to establish WESPAC's liability;

- whether WESPAC may be held liable for the activities of NSJP or had a legal duty to Plaintiff to control or supervise the activities of NSJP.

Dated: January 26, 2026

        HERBST LAW PLLC

        By:___/s/ Robert L. Herbst_____
            Robert L. Herbst (admitted *pro hac vice*)
        420 Lexington Avenue, Suite 300
        New York, New York 10170
        Tel: 914-450-8163
        rherbst@herbstlawny.com

        HUMAN RIGHTS FIRST
        Joshua Colangelo-Bryan (admitted *pro hac vice*)
        121 West 36th Street, PMB 520
        New York, New York 10018
        Tel: 212-845-5243
        colangeloj@humanrightsfirst.org

        AWAD LEGAL TEAM, LLC

        By: /s/ *Muneer Othman Awad*
            Muneer Othman Awad
        Georgia Bar No. 683647
        244 Roswell Street
        Suite 500
        Marietta, GA 30060
        Tel: 404-445-8443

        *Attorneys for Defendant*
        *WESPAC Foundation, Inc.*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

/s/ *Robert L. Herbst*
Robert L. Herbst (admitted *pro hac vice*)

*Attorney for Defendant*
*WESPAC Foundation, Inc.*
