UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| JOSHUA WINER,<br><br>      Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>      Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine ("AMP") files this consent motion to extend the time for AMP to respond to Plaintiff's operative second amended complaint through March 3, 2026.

    1.    On January 27, 2026, the Court entered an order granting Plaintiff's motion for leave to file a second amended complaint. (Doc. 129).

    2.    That same day, the clerk filed Plaintiff's operative complaint. (Doc. 130).

    3.    According to Rule 15, AMP's response to the operative complaint is due on or before February 10, 2026.

4. Given defense counsel's schedule and the volume of the complaint, Plaintiff has consented to an extension of time for AMP to file an answer or motion to dismiss through March 3, 2026.

5. This consent motion is made in good faith and no party will be prejudiced as a result of the extension.

6. A proposed order is submitted with this motion.

Dated: January 30, 2026

        Respectfully submitted,

        **SLATER LEGAL PLLC**

        */s/ James M. Slater*
        James M. Slater
        Georgia Bar No. 169869
        2296 Henderson Mill Rd NE #116
        Atlanta, Georgia 30345
        Tel. (404) 458-7283
        james@slater.legal

        **CONSTITUTIONAL LAW CENTER FOR MUSLIMS IN AMERICA***
        Samira S. Elhosary
        (admitted *pro hac vice*)
        Christina A. Boyd
        (admitted *pro hac vice*)
        100 N. Central Expy., Suite 1010
        Richardson, Texas 75080
        Tel. (972) 914-2507
        Fax: (972) 692-7454
        selhosary@clcma.org
        ali.boyd@mlfa.org

**JUMP START LEGAL JUSTICE CENTER**
Christina A. Jump
(admitted *pro hac vice*)
100 N. Central Expy., Suite 537
Richardson, Texas 75080
Tel. (972) 992-5060
cjump@jump-start-legal.com

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America

*Counsel for Defendant AMP*


Consented to by:

*/s/ Lauren Israelovitch (w/ express consent)*
Lauren Israelovitch
National Jewish Advocacy Center, Inc.

*Counsel for Plaintiff Joshua Winer*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: January 30, 2026.

| | |
|---|---|
| SLATER LEGAL PLLC<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>(404) 458-7283<br>james@slater.legal | */s/ James M. Slater*<br>James M. Slater<br>Georgia Bar No. 169869 |