UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSHUA WINER,

     Plaintiff,

v.

UMAYMAH MOHAMMAD, et al.,

     Defendants.

Civil Action No.: 1:25-cv-02329-TWT

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

THIS MATTER is before the Court upon Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine's Consent Motion for Extension of Time to Respond to Complaint (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1.    The Motion is GRANTED.

2.    Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine shall file its response to the second amended complaint on or before March 3, 2026.

IT IS SO ORDERED this _____ day of _____, 2026.


_____
THOMAS W. THRASH, JR.
United States District Judge

Presented by:

James M. Slater
Georgia Bar No. 169869
SLATER LEGAL PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
(404) 458-7283
james@slater.legal