UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>    Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>    Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

**ORDER GRANTING CONSENT MOTION TO EXTEND
<u>TIME TO RESPOND TO COMPLAINT</u>**

THIS MATTER is before the Court upon Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine's Consent Motion for Extension of Time to Respond to Complaint (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine shall file its response to the second amended complaint on or before March 3, 2026.

IT IS SO ORDERED this <u>2nd</u> day of <u>February</u>, 2026.

*[signature: Thomas W. Thrash]*

THOMAS W. THRASH, JR.
United States District Judge