UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>　　　　Defendants. | Civil Action No. 1:25-CV-02329-TWT |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendant WESPAC Foundation, Inc. ("WESPAC") files this consent motion to extend the time for WESPAC to respond to Plaintiff's operative second amended complaint through March 3, 2026.

1. On January 27, 2026, the Court entered an order granting Plaintiff's motion for leave to file a second amended complaint. (Doc. 129).

2. That same day, the clerk filed Plaintiff's operative complaint. (Doc. 130).

3. According to Rule 15, WESPAC's response to the operative complaint is due on or before February 10, 2026.

4. Given defense counsel's schedule and the volume of the complaint, Plaintiff has consented to an extension of time for WESPAC to respond to the second amended complaint through March 3, 2026.

5. This consent motion is made in good faith, and no party will be prejudiced as a result of the extension.

6. A proposed order is submitted with this motion.

Dated: February 5, 2026

        Respectfully submitted,

        /s/ Robert L. Herbst_____
        HERBST LAW PLLC
        Robert L. Herbst (admitted *pro hac vice*)
        rherbst@herbstlawny.com
        420 Lexington Avenue, Suite 300
        New York, New York 10170
        Tel: 914-450-8163

        HUMAN RIGHTS FIRST
        Joshua Colangelo-Bryan
        (admitted *pro hac vice*)
        colangeloj@humanrightsfirst.org
        121 West 36th Street, PMB 520
        New York, NY 10018
        Tel: 212-845-5243

        AWAD LEGAL TEAM, LLC
        Muneer Othman Awad
        Georgia Bar No. 683647

        muneer@awadlegalteam.com
        244 Roswell Street, Suite 500
        Marietta, GA 30060
        Tel: 404-445-8443

        *Attorneys for Defendant*
        *WESPAC Foundation, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: February 5, 2026.

/s/ Robert L. Herbst_____
Robert L. Herbst
(admitted *pro hac vice*)

*Attorney for Defendant*
*WESPAC Foundation, Inc.*