UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>    Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>    Defendants. | Civil Action No. 1:25-CV-02329-TWT |

**[PROPOSED] ORDER GRANTING CONSENT MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT**

THIS MATTER is before the Court upon Defendant WESPAC Foundation, Inc. ("WESPAC")'s Consent Motion for Extension of Time to Respond to Plaintiff's second amended complaint (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Defendant WESPAC shall file its response to the second amended complaint on or before March 3, 2026.

IT IS SO ORDERED this ____ day of _____, 2026.

                                                                       _____
                                                                       THOMAS W. THRASH, JR.
                                                                       United States District Judge

Presented by:

Robert L. Herbst (admitted *pro hac vice*)
HERBST LAW PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
rherbst@herbstlawny.com
Tel: 914-450-8163