UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>   Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>   Defendants. | Civil Action No. 1:25-CV-02329-TWT |

**ORDER GRANTING CONSENT MOTION**
**TO EXTEND TIME TO RESPOND TO COMPLAINT**

THIS MATTER is before the Court upon Defendant WESPAC Foundation, Inc. ("WESPAC")'s Consent Motion for Extension of Time to Respond to Plaintiff's second amended complaint (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Defendant WESPAC shall file its response to the second amended complaint on or before March 3, 2026.

IT IS SO ORDERED this 9th day of February, 2026.

_____
THOMAS W. THRASH, JR.
United States District Judge