IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Umaymah Mohammad, AJP Educational ) <br> Foundation, Inc. A/K/A American Muslims ) <br> For Palestine, WESPAC Foundation, Inc., ) <br> Sean Eren as the representative of National ) <br> Students for Justice in Palestine, Doctors ) <br> Against Genocide Society, Cair-Nga Inc. ) <br> A/K/A CAIR-Georgia, CAIR Foundation ) <br> Inc., A/K/A Council on Islamic Relations or ) <br> CAIR, Rupa Marya, Ibrahim Jouja as ) <br> representative of Emory Students for Justice ) <br> in Palestine, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br> NO. 1:25-CV-02329-TWT |

**DEFENDANT CAIR-FOUNDATION, INC.'S MOTION TO DISMISS AND MOTION FOR ATTORNEY'S FEES**

COMES NOW Defendant, CAIR-Foundation, Inc. ("CAIR-Foundation"), by and through the undersigned counsel, and hereby files its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), seeking dismissal of Plaintiff's Second Amended Complaint against CAIR-Foundation for failure to state a claim

1

upon which relief can be granted.[1] Pursuant to O.C.G.A. § 9-11-11.1(b), CAIR-Foundation respectfully requests this Court award CAIR-Foundation its attorney's fees and litigation expenses in connection with this matter. In support of this Motion, CAIR-Foundation relies upon its Brief in Support of Motion to Dismiss Plaintiff's Second Amended Complaint and Motion for Attorney's Fees and all pleadings. CAIR-Foundation respectfully requests that its Motion be GRANTED and that Plaintiff's Second Amended Complaint against CAIR-Foundation be dismissed with prejudice and that, having dismissed Plaintiff's Second Amended Complaint, this Court duly award CAIR-Foundation its attorney's fees and litigation expenses incurred in defending against Plaintiff's claims premised on CAIR-Foundation's protected speech.

Respectfully submitted this 10th day of February, 2026.

                                        SWIFT, CURRIE, McGHEE & HIERS

                                        By:  */s/ Mollie W. Amick*
                                                  Kori E. Wagner
                                                  Georgia State Bar No. 155438
                                                  Mollie W. Amick
                                                  Georgia State Bar No. 406371
                                                  ***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:  404.874.8800

---

[1]     Plaintiff's Second Amended Complaint misidentifies CAIR-Foundation, Inc. as "CAIR Foundation, Inc."

Fax: 470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

## LOCAL RULE 5.1(C) CERTIFICATION

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C).

        SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Mollie W. Amick*
      Kori E. Wagner
      Georgia State Bar No. 155438
      Mollie W. Amick
      Georgia State Bar No. 406371
      ***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:  404.874.8800
Fax:  470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **DEFENDANT CAIR-FOUNDATION, INC.'S MOTION TO DISMISS AND MOTION FOR ATTORNEY'S FEES** with the Clerk of Court using the CM/ECF electronic filing system, which suffices for service on all counsel of record who have entered an appearance in the case under L.R. 5.1(A)(3).

This 10th day of February, 2026.

        SWIFT, CURRIE, McGHEE & HIERS

By:   **/s/ Mollie W. Amick**
      Kori E. Wagner
      Georgia State Bar No. 155438
      Mollie W. Amick
      Georgia State Bar No. 406371
      ***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Tel:  404.874.8800
Fax:  470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com