IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>  Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br><br>  Defendants. | Case No. 1:25-CV-02329 |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT CAIR-NGA AND PLAINTIFF'S BRIEFING IN CONNECTION WITH PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendant CAIR-Nga, Inc. ("CAIR-Georgia") files this Joint Motion for Extension of Time for Defendant CAIR-NGA, Inc., and Plaintiff Dr. Joshua Winer's Briefing in Connection with Plaintiff's Second Amended Complaint (the "Motion"). In support of this Motion, the parties respectfully state as follows:

  1. On January 27, 2026, the Court entered an Order grating Plaintiff's motion for leave to file a second amended complaint. (Dkt. 129)

1

2.      That same day, the clerk filed Plaintiff's operative complaint. (Dkt. 130).

3.      According to Federal Rule of Civil Procedure 15, February 10, 2026, is the current deadline for Defendant CAIR-Georgia's Response to the operative complaint.

4.      CAIR-Georgia's undersigned counsel have several existing obligations and requests a short three-day extension which would move their response deadline to February 13, 2026.

5.      Counsel for CAIR-Georgia has conferred with Plaintiff's counsel, who join in this Motion, provided that their response be due no earlier than March 4, 2026.

6.      Counsel for CAIR-Georgia consents to Plaintiff's requested extension through March 4, 2026.

7.      Should the requested extension be granted, the responsive pleading of CAIR-Georgia will be due to be filed no later than February 13, 2026, and Plaintiff's response will be due to be filed no later than March 4, 2026.

8.      The requested extension is made in good faith, and will not prejudice the parties or unduly delay these proceedings.

WHEREFORE, CAIR-Georgia respectfully requests that the Court extend its deadline to answer, move, or otherwise respond to Plaintiff's Second Amended

Complaint up to and through February 13, 2026. A proposed Consent Order granting the requested extension of time is attached hereto for the Court's consideration.

Respectfully submitted this 10th day of February, 2026.

| Submitted by: | Consented and Agreed to by: |
|---|---|
| BUCHALTER APC | /s/ *David F. Katz* |
|  | David F. Katz |
| /s/ *Amanda G. Hyland* | Georgia Bar No. 408738 |
| Amanda G. Hyland | THE D.F. KATZ LAW FIRM, LLC |
| Georgia Bar No. 325115 | 1158 Jones Bridge Rd. |
| Austin C. Vining | Ste. 420 PMB1080 |
| Georgia Bar No. 362473 | Johns Creek, GA 30022 |
| Cory Mull | Telephone: (404) 390-2941 |
| Georgia Bar No. 595376 | dkatz@wzlegal.com |
| 3475 Piedmont Rd. NE |  |
| Suite 1100 | Esther Panitch |
| Atlanta, Georgia 30305 | Georgia Bar No. 143197 |
| Telephone: (404) 832-7530 | THE PANITCH LAW GROUP, PC |
| ahyland@buchalter.com | 4243 Dunwoody Club Drive, Ste. 205 |
| avining@buchalter.com | Atlanta, GA 30350 |
| cmull@buchalter.com | esther@panitchivory.com |
|  |  |
| *Counsel for Defendant* | */s/ Lauren Israelovitch* |
| *CAIR-Nga* | Mark Goldfeder |
|  | Admitted Pro Hac Vice |
|  | Lauren Israelovitch |
|  | Admitted Pro Hac Vice |
|  | Ben Schlager Pro Hac Vice |
|  | NATIONAL JEWISH ADVOCACY CENTER |
|  | 3 Times Square |
|  | New York, NY 10036 |
|  | Telephone: (800) 269-9895 |
|  | mark@njaclaw.org |

3

>   lauren@njaclaw.org
>   ben@njaclaw.org
>
>   *Counsel for Plaintiff*