IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>      Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br><br>      Defendants. | Case No. 1:25-CV-02329 |

**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CAIR-NGA, INC., AND PLAINTIFF'S BRIEFING IN CONNECTION WITH PLAINTIFF'S SECOND AMENDED COMPLAINT**

Before the Court is the Joint Motion for Extension of Time for Defendant CAIR-NGA, Inc., and Plaintiff Dr. Joshua Winer's Briefing in Connection with Plaintiff's Second Amended Complaint (the "Motion"). Upon consideration of the Motion, it appearing to the Court that good cause has been shown in support of the Motion and the parties having consented to the terms of this Order, the Motion is hereby GRANTED. Defendant CAIR-Nga, Inc., shall have up to and through February 13, 2026, to answer, move, or otherwise respond to Plaintiff's Second

Amended Complaint and Plaintiff shall have up to and through March 4, 2026 in which to file any response.

      IT IS SO ORDERED this _____ day of February 2026.

                                        _____
                                        Honorable Thomas W. Thrash, Jr.
                                        Senior United States District Judge