UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et. al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

### ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS

THIS MATTER is before the Court upon Plaintiff Joshua Winer and Defendants Doctors Against Genocide Society ("DAG"), Umaymah Mohammad, Rupa Marya, and Ibrahim Jouja's (collectively "Defendants") Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint and to Extend Time for Plaintiff's Response to a Motion to Dismiss (the "Motion"). Having considered the Motion and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Defendants DAG, Mohammad, Marya, and Jouja shall file their responses to the amended complaint on or before March 3, 2026.

3. If Defendants file a Motion to Dismiss the operative complaint, Plaintiff shall have through April 7, 2026 to file his response to the motion.

IT IS SO ORDERED this __12th__ day of __February__, 2026.

_____
THOMAS W. THRASH, JR.
United States District Judge