## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>       Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, CAIR-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br><br>       Defendants. | Case No. 1:25-CV-02329 |

## DEFENDANT CAIR-NGA, INC.'S MOTION TO DISMISS
## PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant CAIR-Nga, Inc., A/K/A CAIR-Georgia, through its undersigned counsel, for the reasons set forth in the accompanying Brief in Support, respectfully moves this Court for an order dismissing Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted.

Respectfully submitted this 13th day of February, 2026.

**BUCHALTER LLP**

/s/ *Amanda G. Hyland*
Amanda G. Hyland

1

Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
3475 Piedmont Road NE, Ste. 1100
Atlanta, GA 30305
(404) 832-7350 Telephone
ahyland@buchalter.com
avining@buchalter.com

*Attorneys for Defendant CAIR-Georgia*

## <u>CERTIFICATE OF COMPLIANCE WITH L.R. 5.1</u>

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

/s/ *Amanda G. Hyland*

Amanda G. Hyland

Georgia Bar No. 325115

*Attorney for Defendant CAIR-Georgia*