# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER, ) | |
|    *Plaintiff,* ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE NO. |
| ) | 1:25CV-02329-TWT |
| UMAYMAH MOHAMMAD, AJP ) | |
| EDUCATIONAL FOUNDATION, INC. ) | |
| A/K/A AMERICAN MUSLIMS FOR ) | |
| PALESTINE, WESPAC FOUNDATION, INC.) | |
| SEAN EREN AS THE REPRESENTATIVE. ) | |
| OF NATIONAL STUDENTS FOR JUSTICE. ) | |
| IN PALESTINE, DOCTORS AGAINST ) | |
| GENOCIDE SOCIETY, CAIR-NGA INC. ) | |
| A/K/A/ CAIR-GEORGIA, CAIR ) | |
| FOUNDATION INC., A/K/A COUNCIL ON ) | |
| ISLAMIC RELATIONS OR CAIR, RUPA ) | |
| MARYA, IBRAHIM JOUJA AS ) | |
| REPRESENTATIVE OF EMORY ) | |
| STUDENTS FOR JUSTICE IN PALESTINE, ) | |
|    *Defendants.* ) | |
| _____ ) | |

## NOTICE OF ENTRY OF APPEARANCE OF ESTHER PANITCH

COMES NOW, Esther Panitch of The Panitch Law Group, P.C. and hereby makes an entry of appearance in the above styled action as co-counsel on behalf of Joshua Winer. Please direct all further pleadings, notices, orders, and other matters to the address below.

Dated: This 18th day of February, 2026.

Joshua Winer v. Umaymah Mohammad, et al.,
Civil Action File No.: 1:25-CV-02329-TWT
Notice of Entry of Appearance of Esther Panitch
Page 1 of 3

        Respectfully submitted,

        */s/Esther Panitch*
        Esther Panitch
        Attorney for Respondent
        Georgia Bar Number: 143197

The Panitch Law Group, P.C.
4243 Dunwoody Club Drive, Suite 201
Atlanta, GA 30350
770-364-6952 (P)
esther@panitchlawgroup.com

Joshua Winer v. Umaymah Mohammad, et al.,
Civil Action File No.: 1:25-CV-02329-TWT
Notice of Entry of Appearance of Esther Panitch
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice was formatted in Times New Roman 14 pt and has been served upon the parties/opposing. Counsel by electronically filing the same, which will notify all counsel of record.

Dated: This 18th day of February, 2026.

                                                            Respectfully submitted,

                                                            */s/Esther Panitch*
                                                            Esther Panitch
                                                            Attorney for Respondent
                                                            Georgia Bar Number: 143197

The Panitch Law Group, P.C.
4243 Dunwoody Club Drive, Suite 201
Atlanta, GA 30350
770-364-6952 (P)
esther@panitchlawgroup.com

Joshua Winer v. Umaymah Mohammad, et al.,
Civil Action File No.: 1:25-CV-02329-TWT
Notice of Entry of Appearance of Esther Panitch
Page 3 of 3