UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>　　　Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et. al.,<br><br>　　　Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

**CONSENT MOTION FOR (I) EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND (II) TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO ANY MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Plaintiff Joshua Winer ("Plaintiff") and Defendants Doctors Against Genocide Society ("DAG"), Umaymah Mohammad, Rupa Marya, and Ibrahim Jouja (collectively "Defendants") file this consent motion to extend the time for Defendants to file an answer or otherwise respond to Plaintiff's operative amended complaint through March 17, 2026, and for Plaintiff to be permitted to respond to any motion to dismiss filed by Defendants as to the complaint through April 28, 2026.

1. On January 27, 2026, the Court entered an order granting Plaintiff's motion for leave to file a second amended complaint. (Doc. 129).

2. That same day, the clerk filed Plaintiff's operative complaint. (Doc. 130).

3. On February 12, 2026, the Court entered an order granting the parties' consent motion and giving Defendants until March 3, 2026, to respond to the amended complaint, and giving Plaintiff until April 7, 2026 to file a response to the motion. (Doc. 138).

4. Given the parties' shifting schedules and existing obligations, Plaintiff has consented to an extension of time for Defendants to respond to the second amended complaint through March 17, 2026, and Defendants have consented to an extension of time for Plaintiff to file any response to Defendants' motion or answer through April 28, 2026.

5. This consent motion is made in good faith, and no party will be prejudiced as a result of the extension.

6. A proposed order is submitted with this motion.

//

Dated: March 2, 2026 　　　　　　　　　　　Respectfully submitted,

*/s/ Akil Secret*　　　　　　　　　　　　　　*/s/ Collin Poirot*
Akil Secret　　　　　　　　　　　　　　　　Collin Poirot
Georgia Bar No. 634075　　　　　　　　　(*pro hac vice*)
The Secret Firm PC　　　　　　　　　　　2603 Oak Lawn, Suite 300
P.O. Box 91028　　　　　　　　　　　　　Dallas, TX  75219
Atlanta, GA 30364　　　　　　　　　　　 214-392-2281
(404) 524-5300　　　　　　　　　　　　　cpoirot.law@gmail.com
asecret@thesecretfirm.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Doctors Against Genocide Society*

*/s/ Jonathan Wallace*
Jonathan Wallace, Esq.
(*pro hac vice*)
P.O. Box 728
Amagansett NY 11930
(917) 359-6234
Jonathan.wallace80@gmail.com

*Counsel for Umaymah Mohammad,
Rupa Marya, and Ibrahim Jouja*

*/s/ Lauren Israelovitch*
Lauren Israelovitch*
National Jewish Advocacy Center, Inc.
3 Times Square, Suite 512
New York, NY 10036
(914) 222-3828
lauren@njaclaw.org
*Admitted pro hac vice

*/s/ David F. Katz*
David F. Katz
Ga. Bar No. 408738
The D.F. Katz Law Firm, LLC
1158 Jones Bridge Rd
Ste 420 PMB1080
Johns Creek, GA 30022
PHONE: (404) 918-5707
Dkatz@dfkatzlawfirm.com

*Counsel for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: March 2, 2026

*/s/ Collin Poirot*
Collin Poirot
(*pro hac vice*)
2603 Oak Lawn, Suite 300
Dallas, TX  75219
214-392-2281
cpoirot.law@gmail.com