# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

|  |  |
|---|---|
| JOSHUA WINER,<br><br>Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, *et al.*,<br><br>Defendants. | Civil Action File<br>No. 1:25-cv-02329-TWT |

### DEFENDANT AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND FOR AWARD OF FEES

Pursuant to Rules 12(b)(2) and (6), Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP" or "Defendant")[1] files its Motion to Dismiss Plaintiff Joshua Winer's First Second Amended Complaint for lack of personal jurisdiction and failure to state a claim. Pursuant to the fee-shifting provisions of O.C.G.A. § 9-11-11.1(b), AMP seeks its reasonable attorneys' fees and litigation expenses in defending against this action designed to curtail AMP's protected speech.

---

[1] AMP is a stand-alone organization with no corporate affiliation to separate defendant National Students for Justice in Palestine ("NSJP"). AMP takes no position in this Motion on the veracity of Plaintiff's claims against NSJP, and responds on its own behalf solely as to the allegations made against AMP.

In support of this Motion, AMP relies on its Brief in Support of Motion to Dismiss and for Award of Attorneys' Fees. AMP respectfully requests that the Court grant this Motion, dismiss AMP from this action with prejudice, and award its reasonable attorneys' fees and litigation expenses.

DATED: March 3, 2026

Respectfully Submitted,

/s/ *James M. Slater*
James M. Slater (Georgia Bar No. 169869)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Christina A. Jump
(*pro hac vice* granted)
Jump Start Legal Justice Center PLLC
100 N. Central Expressway, Suite 537
Richardson, Texas 75080
(972)992-5060
cjump@jump-start-legal.com

Samira S. Elhosary
(*pro hac vice* granted)
Christina A. Boyd
(*pro hac vice* granted)
Constitutional Law Center
for Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
selhosary@clcma.org
ali.boyd@mlfa.org

**COUNSEL FOR DEFENDANT
AJP EDUCATIONAL FOUNDATION,
INC. d/b/a AMERICAN MUSLIMS FOR
PALESTINE**

*\*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: March 3, 2026.

|  |  |
|---|---|
| SLATER LEGAL PLLC<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>(404) 458-7283<br>james@slater.legal | */s/ James M. Slater*<br>James M. Slater<br>Georgia Bar No. 169869 |