

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 29, 2016

JOSEPH W STEINBERG
TRISTER ROSS ET AL
1666 CONNECTICUT AVE NW
FIFTH FLOOR
WASHINGTON, DC 20009

## RECEIPT

RE:    AJP Educational Foundation

ID:    F204463 - 6

DCN:    16-11-18-0008

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing an application for a certificate of authority to transact business in Virginia with this office.

The effective date of the certificate is November 29, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORFACPT
CIS0336

LAW OFFICES

# TRISTER, ROSS, SCHADLER & GOLD, PLLC

1666 CONNECTICUT AVENUE, N.W., FIFTH FLOOR

WASHINGTON, D.C. 20009

PHONE: (202) 328-1666

FAX: (202) 204-5946

www.tristerross.com

MICHAEL B. TRISTER
GAIL E. ROSS
B. HOLLY SCHADLER
LAURENCE E. GOLD
ALLEN H. MATTISON†
†ALSO ADMITTED IN MARYLAND

KAREN A. POST
Senior Counsel

NEIL C. WEARE
JOSEPH W. STEINBERG‡
‡ONLY ADMITTED IN MINNESOTA

Montana Office
LAURA L. HOEHN°
Of Counsel
°ALSO ADMITTED IN CALIFORNIA

November 15, 2016

*11/21/ ALR 161118 0008 *

VIA UNITED PARCEL SERVICE

Office of the Clerk
State Corporation Commission
P.O. Box 1197
Richmond, Virginia 23218-1197

*Name Availability Done In:
Initials
e-File
Clk*

*2016 NOV 18  AM 10: 38*
*SCC - CLERK'S OFFICE OPERATIONS*

**Re:   AJP Educational Foundation**

Dear Sir or Madam:

Enclosed for filing on behalf of the above-referenced organization are the following:

1.   The Application for a Certificate of Authority to Transact Business in Virginia as a Foreign Corporation.
2.   An Attachment to the Application.
3.   A Certified Copy of AJP Educational Foundation's Formation Documents
4.   A check for $75 made payable to the State Corporation Commission.

If you have any questions, please contact me at either (202) 839-4485 or JSteinberg@tristerross.com.

Sincerely,

Joseph W. Steinberg

cc: AJP Educational Foundation

Enclosures

*(F - CA)*

*50/25/75*

*Code 61*

*F204465*

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 29, 2016

The State Corporation Commission has found the accompanying application for a certificate of authority to transact business in Virginia submitted on behalf of

## AJP Educational Foundation

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN VIRGINIA

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective November 29, 2016.

The corporation is authorized to transact business in Virginia, subject to all Virginia laws applicable to the corporation and its business.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CORFACPT
CIS0336
16-11-18-0008



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC759/921
(06/16)

**APPLICATION FOR A CERTIFICATE OF AUTHORITY TO
TRANSACT BUSINESS IN VIRGINIA AS A FOREIGN CORPORATION**

| Provide a Certified Copy of the Formation Document, as Amended |
|---|

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's name: _____ AJP Educational Foundation _____

Designated name (if required): _____

State or other jurisdiction of incorporation: _____ California _____

Date of incorporation: _____ 11/16/2009 _____    Period of duration: _____ Perpetual _____

**(Mark if applicable:)** ☐ The corporation was previously authorized or registered to transact business in Virginia as a foreign business entity. (See instructions.) *Set forth additional information on an attachment.*

The post office address, including the street and number, of the corporation's principal office is

6404 Seven Corners Place, Ste. N.      Falls Church      VA      22044
(number/street)                          (city or town)      (state)   (zip)

The corporation's registered agent in VIRGINIA is _____ Ashraf W. Nubani _____

The registered agent is **(mark appropriate box)**:

(1) an <u>individual</u> who is a resident of Virginia <u>and</u>            (2) ☐  a Virginia or foreign stock or nonstock
   ☐ an officer of the corporation.                    corporation, limited liability company or
   ☐ a director of the corporation.          **OR**           registered limited liability partnership
   ☑ a member of the Virginia State Bar.                  authorized to transact business in Virginia.

The corporation's VIRGINIA registered office address, including the street and number, if any, which is identical to the business office of the registered agent, is

2677 Prosperity Ave., Suite 320      Fairfax _____, VA _____ 22031 _____
(number/street)                       (city or town)                   (zip)

which is physically located in the ☐ county or ☑ city of _____ Fairfax _____.

**OFFICERS:**    **NAME AND TITLE**                          **BUSINESS ADDRESS**

See attached. _____                    See attached. _____
_____                          _____
_____                          _____

**DIRECTORS:**    **NAME**                               **BUSINESS ADDRESS**

See attached. _____                    See attached. _____
_____                          _____
_____                          _____

**STOCK:**    **NUMBER OF SHARES AUTHORIZED TO BE ISSUED**          **CLASS**

None - *NONSTOCK Corp.* _____          _____

Signed in the name of the foreign corporation by:

_____          11/15/2016          414-455-7707
(signature)                      (date)               (telephone number (optional))

Munjed A. Ahmad                  Vice President/Treasurer
(printed name)                   (title)    (see *instructions* for examples of acceptable titles)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

1612010048

## AJP Educational Foundation

**Attachment to Application for a Certificate to Do Business in Virginia
as a Foreign Corporation**

**OFFICERS:**

| Name | Title | Business Address |
|------|-------|------------------|
| Hatem Al-Bazian | President | 1010 Sierra Street, Berkeley, CA 94707 |
| Munjed A. Ahmad | Vice President | 4915 S. Howell Ave., Suite 300, Milwaukee, WI 53207 |
| Sandy Stephan | Secretary | 1010 Sierra Street, Berkeley, CA 94707 |
| Munjed A. Ahmad | Treasurer | 4915 S. Howell Ave., Suite 300, Milwaukee, WI 53207 |

**DIRECTORS:**

| Name | Business Address |
|------|------------------|
| Hatem Al-Bazian | 1010 Sierra Street, Berkeley, CA 94707 |
| Munjed A. Ahmad | 4915 S. Howell Ave., Suite 300, Milwaukee, WI 53207 |
| Hussein Khatib | 11246 Baltimore St NE, Unit B. Blaine, MN 55449 |
| Osama Abu Irshaid | 6404 Seven Corners Place, Ste. N. Falls Church, VA 22044 |
| Salah Sarsour | 10738 S. Michelle Ln. Oak Creek, WI 53154 |
| Shakeel Syed | 945 Tilden Ave., #D, Culver City, CA 90232 |

Page 1 of 1

**3237554**

FILED
IN THE OFFICE OF THE
SECRETARY OF STATE
OF THE STATE OF CALIFORNIA

NOV 16 2009

**STATE *of* CALIFORNIA**
**ARTICLES *of* INCORPORATION**

I

The name of this corporation is: **AJP Educational Foundation**

non-dom

II

A.   This corporation is a nonprofit **PUBLIC BENEFIT CORPORATION** and is not organized for the private gain of any person.  It is organized under the Nonprofit Public Benefit Corporation Law for Charitable purposes.

B.   The specific purpose of this corporation is:

- **To provide seed funding for publishing books, specialized journals and fostering research focusing on international relations and global human rights conditions. Also, will provide funds for conferences, seminars and media projects intended to reach widest possible audience.**

III

The name in the State of California of this corporation's initial agent for service of process is:

**Hatem Al-Bazian**
**2801 Telegraph Ave**
**Berkeley, CA 94705**

IV

A.   This corporation is organized and operated exclusively for **Charitable** purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under Section 501 (c)(3) of the Internal Revenue Code, or corresponding section of any future federal code.

B.   No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of any candidate for public office.

V

The property of this corporation is irrevocably dedicated to **Charitable** purposes and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person. Upon the dissolution or winding up of the corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for **Charitable** purposes and which has established its tax exempt status under Section 501 (c) (3), Internal Revenue Code.

Date: November 13th, 2009

Nikki Steen, Incorporator

16120100048

I hereby certify that the foregoing transcript of 1 page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

OCT 0 6 2016 mkk

Date: ____________

ALEX PADILLA, Secretary of State

1612019043



# State of California
## Secretary of State

### Statement of Information
(Domestic Nonprofit, Credit Union and Consumer Cooperative Corporations)

Filing Fee: $20.00. If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

N

**F182395**

# FILED

In the office of the Secretary of State
of the State of California

**OCT-08 2014**

| 1.  CORPORATE NAME |
|---|
| AJP EDUCATIONAL FOUNDATION |

| 2.  CALIFORNIA CORPORATE NUMBER | |
|---|---|
| C3237554 | This Space for Filing Use Only |

**Complete Principal Office Address**  (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

| 3.  STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2801 TELEGRAPH AVE, BERKELEY, CA 94705 | | | |

| 4.  MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5.  CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| HATEM ALBAZIAN    1010 SIERRA ST, BERKELEY, CA 94707 | | | | |

| 6.  SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| MUNJED AHMAD    4915 S. HOWELL AVE., SUITE 300, MILWAUKEE, WI 53207 | | | | |

| 7.  CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| HATEM ALBAZIAN    1010 SIERRA ST, BERKELEY, CA 94707 | | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

| 8   NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| HATEM ALBAZIAN |

| 9.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2801 TELEGRAPH AVE, BERKELEY, CA 94705 | | | |

**Common Interest Developments**

| 10. ☐ | Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.).  The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a).  Please see instructions on the reverse side of this form. |
|---|---|

**11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.**

| 10/08/2014 | HATEM ALBAZIAN | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-100 (REV 01/2014) | APPROVED BY SECRETARY OF STATE |
|---|---|

1612010048



| N |
|---|

# State of California
## Secretary of State

### Statement of Information
(Domestic Nonprofit, Credit Union and General Cooperative Corporations)

Filing Fee: $20.00. If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**FC30956**

# FILED

In the office of the Secretary of State
of the State of California

**MAR-01 2016**

1. **CORPORATE NAME**

AJP EDUCATIONAL FOUNDATION

2. **CALIFORNIA CORPORATE NUMBER**

C3237554

*This Space for Filing Use Only*

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | | | |
| 2801 TELEGRAPH AVE., BERKELEY, CA 94705 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| HATEM A. AL-BAZIAN    1010 SIERRA STREET, BERKELEY, CA 94707 | | | | |
| 6. SECRETARY | | | | |
| SANDY STEPHAN    1010 SIERRA STREET, BERKELEY, CA 94707 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| MUNJED A. AHMAD    4915 S. HOWELL AVE., SUITE 300, MILWAUKEE, WI 53207 | | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

8. **NAME OF AGENT FOR SERVICE OF PROCESS**

HATEM A. AL-BAZIAN

| 9. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1010 SIERRA STREET, BERKELEY, CA 94707 | | | |

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act, (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act, (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). Please see instructions on the reverse side of this form.

11. **THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.**

| 03/01/2016 | HATEM A. AL-BAZIAN | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-100 (REV 01/2016) | APPROVED BY SECRETARY OF STATE |
|---|---|

1612010043

I hereby certify that the foregoing
transcript of _____ 2 _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

OCT 0 6 2016 mkk

Date:_____

ALEX PADILLA, Secretary of State



# COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

### Office of the Clerk

June 23, 2017

ASHRAF W NUBANI
2677 PROSPERITY AVE STE 320
FAIRFAX, VA 22031

### RECEIPT

RE:    AJP Educational Foundation

ID:    F204463 - 6

DCN:   17-06-23-1006

Dear Customer:

This will acknowledge receipt of an attested copy of an assumed or fictitious name certificate for the captioned corporation conducting business under the assumed or fictitious name(s) of:

AMERICAN MUSLIMS FOR PALESTINE
(FAIRFAX CO)

The filing fee of $10.00 has been received.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

FICTACPT
CISCDH

BK 00105 0325    6/15/2017 09:45:40

170689259

# Certificate of Trade Name
## For Corporations Only

2017 JUN 22 AM 10: 57

**Certificate required to be filed by a corporation conducting business in the Commonwealth of Virginia under an assumed or fictitious name.**

We hereby certify in accordance with the provisions of §59.1-69 of the 1950 Code of Virginia, as amended, that we are conducting the business of: a nonprofit public charity
_____
(Type of Business)

at 6404 Seven Corners Place Ste. N          Falls Church          VA          22044
(Street Address)                    (City)                (State)        (Zip Code)

Fairfax County, Virginia, under the name of: American Muslims for Palestine
_____
(Name of Business)

and that no other corporation or person has any interest of any kind in said business and that we are the sole owners and proprietor thereof and that our Post Office address is:

6404 Seven Corners Place Ste. N          Falls Church          VA          22044
(P.O. Box/Street Address)          (City)          (State)          (Zip Code)

and the Corporation's Registered Agent's name is: Ashraf W. Nubani          and the Agent's

address is     2677 Prosperity Ave. Ste. 320          Fairfax          VA          22031
(Street Address)                    (City)          (State)        (Zip Code)

---

**FOR FOREIGN CORPORATIONS ONLY**

We further certify that we were authorized to do business in the Commonwealth of Virginia on the

11th     day of November          , 2016

---

Given under my hand this 30th , day of May          , 2017          .

AJP Educational Foundation
_____

CORPORATE NAME
_____

BY: _Nubani_
(Signature of Corporate Officer)

TITLE: Secretary          170623  1006

STATE OF WISCONSIN
~~Commonwealth of Virginia~~

City/County of MILWAUKEE          , to-wit:

I, the undersigned Deputy Clerk (Notary Public) in and for the ~~Commonwealth~~ State and County aforesaid, do hereby certify that Munjed Ahmad          , whose name is signed to the foregoing and hereunto annexed Certificate dated the 30th day of May          , 2017 , has this day personally appeared before me and acknowledged the same before me in my office.

Given under my hand this 30th day of May          , 2017          .

_____
Deputy Clerk (Notary Public)

My commission ~~expires~~ : Is Permanent          

My registration number is: _____ (VA notaries only)

CCR-142 Revised Fictitious Name Corporation (Jan 2013)

A COPY TESTE:
JOHN T. FREY, CLERK
BY: _____
Deputy Clerk
Date: _____
Original retained in the office of the Clerk of the Circuit Court of Fairfax County, Virginia

06/15/2017
RECORDED FAIRFAX CO VA
TESTE:
CLERK