## DECLARATION OF MUNJED AHMAD

I, Munjed Ahmad, hereby declare under penalty of perjury under the laws of the United States of America and in accordance with 28 U.S.C. § 1746 the following:

1. I am over eighteen years of age and of sound mind.

2. I make this Declaration based on my own personal knowledge.

3. I co-founded AJP Educational Foundation Inc. d/b/a American Muslims for Palestine ("AMP"). Along with co-founder Dr. Hatem Bazian, we founded American Muslims for Palestine in November 2006 and AJP Educational Foundation Inc. in August 2009. In 2016 we combined the entities, meaning that AMP ceased to exist as a separate entity and instead became the registered d/b/a of AJP.

4. I also serve as its Vice President and Treasurer.

5. AMP is incorporated in California, and maintains its principal place of business in the Commonwealth of Virginia.

6. AMP does not have an office in Georgia.

7. AMP does not have any members of its national leadership who reside in or are based in Georgia.

8. At least 70% of AMP's direct work occurs out of its home office in Virginia.

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Munjed Ahmad, Declarant

March 3, 2026                              .
Date Executed