AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Joshua Winer | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-CV-02329-TWT |
| Umaymah Mohammad, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WESPAC Foundation, Inc.

Date:   03/03/2026

*Attorney's signature*

Samantha C. Hamilton, GA Bar No. 326618
*Printed name and bar number*

Asian Americans Advancing Justice - Atlanta
5680 Oakbrook Pkwy
Suite 148
Norcross, GA 30093
*Address*

shamilton@advancingjustice-atlanta.org
*E-mail address*

(470) 816-3319
*Telephone number*

*FAX number*

Print   Save As...   Reset