IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br><br>*Plaintiff*,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, CAIR-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br><br>*Defendants*. | Civil Action File<br><br>No. 1:25-CV-02329-TWT |

**DEFENDANT WESPAC FOUNDATION, INC.'S
MOTION TO DISMISS
<u>PLAINTIFF'S SECONDED AMENDED COMPLAINT</u>**

COMES NOW Defendant WESPAC Foundation, Inc. ("WESPAC"), by and through the undersigned counsel, and hereby files its Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC") pursuant to Fed. R. Civ. P. 12(b)(2) and (b)(6). In support of this Motion, WESPAC relies upon its Brief in Support of

1

Motion to Dismiss Plaintiff's Second Amended Complaint and all pleadings. WESPAC respectfully requests that its Motion be GRANTED and that the SAC be dismissed in its entirety against WESPAC, with prejudice, together with such additional relief to WESPAC as the Court may deem just and proper.

Respectfully submitted this 3rd day of March 2026.

HUMAN RIGHTS FIRST

By: /s/Joshua Colangelo-Bryan
Joshua Colangelo-Bryan (*pro hac vice*)
121 West 36th Street, PMB 520
New York, NY 10018
Tel: 212-845-5243
colangeloj@humanrightsfirst.org

HERBST LAW PLLC
Robert L. Herbst (*pro hac vice*)
420 Lexington Avenue, Suite 300
New York, NY 10170
Tel: 914-450-8163
rherbst@herbstlawny.com

ASIAN AMERICANS
ADVANCING JUSTICE - ATLANTA
Samantha C. Hamilton
Georgia Bar No. 326618
5680 Oakbrook Pkwy., Suite 148
Norcross, GA 30093
Tel: 470-816-3319
shamilton@advancingjustice-atlanta.org

AWAD LEGAL TEAM, LLC
Muneer Othman Awad
Georgia Bar No. 683647
244 Roswell Street, Suite 500
Marietta, GA 30060
Tel: 404-445-8443
muneer@awadlegalteam.com

*Attorneys for Defendant WESPAC Foundation, Inc.*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

*/s/ Joshua Colangelo-Bryan*
Joshua Colangelo-Bryan
Admitted *pro hac vice*

*Attorney for Defendant*
*WESPAC Foundation, Inc.*
