# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br>        *Plaintiff*,<br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, CAIR-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br><br>        *Defendants*. | Civil Action File<br>No. 1:25-CV-02329-TWT |

## **DECLARATION OF NADA KHADER**

I, Nada Khader, declare as follows pursuant to 28 U.S.C § 1746 under penalty of perjury:

1. I make this Declaration in support of Defendant WESPAC Foundation Inc.'s ("WESPAC's") Motion to Dismiss Plaintiffs' Second Amended Complaint and have personal knowledge of the statements made herein.

2. I have been employed as WESPAC's Executive Director since 2001.

3. WESPAC was incorporated in and has its offices in New York State.

4. WESPAC has no offices, employees, bank accounts, or other property in Georgia.

5. I am WESPAC's sole full-time employee and the employee who effectuates transfers of funds to those organizations for which WESPAC has served as fiscal sponsor, including National Students for Justice in Palestine ("NSJP").

6. I have never transferred funds to Georgia for the benefit of or use by NSJP. Had WESPAC transferred funds to Georgia for the benefit of or use by NSJP, I would have been the WESPAC employee effecting such transfer. As I said, I have never done that.

7. I never provided funding to NSJP to be used in connection with any action relating to Emory University or the Plaintiff in this case, including the making of any statements regarding the Plaintiff. Had any funding been provided by WESPAC to NSJP to be used in connection with Emory University or the Plaintiff in this case, I would have been the WESPAC employee effecting such transfer. As I said, I did not do that.

8. I only learned of the statements allegedly made regarding the Plaintiff that are at issue in this case after the Plaintiff filed this action.

EXECUTED this 2nd day of March 2026.

*Nada Khader*
—————————————
Nada Khader