UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

-------------------------------------------------------------------------------------------x

Joshua Winer,

        Plaintiff,

v.                                                                                 Case No. 1:25-CV-02329

Umaymah Mohammad, AJP Educational Foundation, Inc.
A/K/A American Muslims for Palestine, WESPAC Foundation, Inc.,
Sean Eren as the representative of National Students for Justice in
Palestine, Doctors Against Genocide Society, CAIR-Nga Inc.
A/K/A CAIR-Georgia, CAIR Foundation Inc.,
A/K/A Council on Islamic Relations or CAIR, Rupa Marya,
Ibrahim Jouja as representative of Emory Students for Justice
in Palestine.

        Defendants.

-------------------------------------------------------------------------------------------x

## DEFENDANT RUPA MARYA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

    Defendant Rupa Marya, through her undersigned counsel, for the reasons set forth in the accompanying Declaration, respectfully moves this Court for an order dismissing Plaintiff's First Amended Complaint for lack of personal jurisidiction.

    Respectfully submitted this 12th day of March 2026.

/s/ Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Counsel for Defendant
Umaymah Mohammad
Admitted Pro Hac Vice

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

                                                              s/ Jonathan Wallace
                                                              Jonathan Wallace
                                                              PO #728
                                                              Amagansett NY 11930
                                                             917-359-6234
                                                             jonathan.wallace80@gmail.com
                                                             Counsel for Defendant
                                                             Umaymah Mohammad
                                                             Admitted Pro Hac Vice