UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

-------------------------------------------------------------------------------------------x

Joshua Winer,

            Plaintiff,

v.                                                                                                   Case No. 1:25-CV-02329

Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, CAIR-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.

            Defendants.

-------------------------------------------------------------------------------------------x

## DEFENDANT IBRAHIM JOUJA'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant Ibrahim Jouja, through his undersigned counsel, for the reasons set forth in the accompanying Declaration, respectfully moves this Court for an order dismissing Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted.

Respectfully submitted this 12th day of March 2026.

/s/ Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Counsel for Defendant
Ibrahim Jouja
Admitted Pro Hac Vice

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

s/ Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Counsel for Defendant
Ibrahim Jouja
Admitted Pro Hac Vice
