UNITED STATES DISTRICT COURT FOR THE NORTHERN
 DISTRICT OF GEORGIA ATLANTA DIVISION
-------------------------------------------------------------------------------------------x
Joshua Winer,

                Plaintiff,

v.                                                                                      Case No. 1:25-CV-02329

Umaymah Mohammad, AJP Educational Foundation, Inc.
A/K/A American Muslims for Palestine, WESPAC Foundation, Inc.,
Sean Eren as the representative of National Students for Justice in
Palestine, Doctors Against Genocide Society, CAIR-Nga Inc.
A/K/A CAIR-Georgia, CAIR Foundation Inc.,
 A/K/A Council on Islamic Relations or CAIR, Rupa Marya,
Ibrahim Jouja as representative of Emory Students for Justice
 in Palestine.

                Defendants.

-------------------------------------------------------------------------------------------x

## DECLARATON IN SUPPORT OF IBRAHIM JOUJA'S MOTION TO DISMISS

I, Jonathan Wallace, do hereby declare as follows:

1. I am an attorney admitted to practice in the Southern District of New York, and pro hac vice in this matter. I am counsel to defendant Ibrahim Jouja, and submit this declaration in support of the Defendant's motion to dismiss the Secnd Amended Complaint.

2. Mr. Jouja joins in the arguments asserted by co-defendant Umaymah Mohammad in her motion to dismiss filed contemporaneously, including without limitation: Plaintiff fails to state a cause of action under Section 1985(3), and therefore there is no federal question; The complaint is an improper shotgun pleading; all of of Defendants' utterances were First Amendment protected "pure speech"; all of Defendants' utterances were expressions of opinion and could not be defamatory; and that Dr. Winer is a public

figure, but failed to assert actual malice.

3. For these reasons, Mr. Jouja respectfully requests this Court to dismiss the Second Amended Complaint.

4. Having reviewed this declaration, I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: Amagansett, NY
March 12, 2026

/s/ Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Counsel for Defendant
Ibrahim Jouja
Admitted Pro Hac Vice