UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **JOSHUA WINER,** | ) | 1:25-CV-02329- TWT |
| Plaintiff | ) | |
| v. | ) | Appearing on behalf of: |
| **UMAYMAH MOHAMMAD,** | ) | JOSHUA WINER |
| Defendant | ) | Plaintiff |

## APPLICATION FOR ADMISSION PRO HAC VICE

**Applicant, Bencion Schlager,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Applicant** states under penalty of perjury that he is not a member of the State Bar of Georgia but is a member in good standing of the United States court and/or the highest court of a state as listed below in this application. **Applicant** further states under penalty of perjury that he has identified all courts to which he has been admitted to practice and the dates of admission and that he is in good standing and eligible to practice in all courts to which he has been admitted. **Applicant** also states under penalty of perjury that he has provided all information required by LR 83.1(B)(2) on the subsequent pages of this application and that it is true and correct. **Applicant** designates **David F. Katz** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

This 12th day of March, 2026.

                                                   /s/ Bencion Schlager
                                                   Signature of Bencion Schlager

**1:25-CV-02329- TWT**

**ALL COURTS TO WHICH APPLICANT HAS BEEN ADMITTED TO PRACTICE AND DATES OF ADMISSION**

New York State

**NDGA CASES IN WHICH APPLICANT HAS APPEARED**

1:24-cv-05543-SEG-AWH Bernstein v. EnviroSpark Energy Solutions, LLC filed 12/03/24

**APPLICANT INFORMATION**

| | |
|---|---|
| **Name of Applicant:** | Bencion Schlager |
| **Residence Address:** | 666 Harless Place |
| | West Hempstead, NY 11552 |
| **Business Address:** | National Jewish Advocacy Center |
| | 1954 Airport Road 1196 |
| | Atlanta, GA 30341 |
| **Business Phone:** | (332) 278-1100 |
| **Email Address:** | ben@njaclaw.org |

**1:25-CV-02329- TWT**

**CONSENT OF DESIGNATED LOCAL COUNSEL**

I, **David F. Katz**, designated local counsel for the subject case, maintain an office in the Northern District of Georgia. I have verified the bar admission status of **Applicant**. I agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and to accept papers when served. I recognize my responsibility and full authority to act on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences, and trials, should the **Applicant** fail to respond to any Court order for appearance or otherwise. I further recognize that I must authorize and sign all pleadings and other papers filed in the case by the **Applicant** and that I also am subject to the requirements of Fed. R. Civ. P. 11.

This 12th day of March, 2026.

| | |
|---|---|
| <u>408738</u><br>GA Bar Number | <u>   /s/ David F. Katz   </u><br>Signature of David F. Katz |
| | David F. Katz |
| <u>(404) 918-5707</u><br>Business Telephone | The D.F. Katz Law Firm, LLC<br>1158 Jones Bridge Rd<br>Suite 420 PMB1090<br>Johns Creek, GA 30022 |
| Email Address | Dkatz@dfkatzlawfirm.com |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **JOSHUA WINER,** ) | |
| Plaintiff ) | 1:25-CV-02329- TWT |
| v. ) | |
| **UMAYMAH MOHAMMAD,** ) | |
| Defendant ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1(B) for admission *pro hac vice* have been satisfied, **the application of Bencion Schlager** to appear *pro hac vice* in the United States District Court for the Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE