UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>　　　Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>　　　Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

**CONSENT MOTION FOR (I) EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND (II) TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO ANY MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Plaintiff Joshua Winer ("Plaintiff") and Defendant National Students for Justice in Palestine (NSJP) ("Defendant") file this consent motion to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's operative amended complaint through March 18, 2026, and for Plaintiff to be permitted to respond to any motion to dismiss filed by Defendants as to the complaint through April 29, 2026.

1. On January 27, 2026, the Court entered an order granting Plaintiff's motion for leave to file a second amended complaint. (Dkt. 129).

2. That same day, the clerk filed Plaintiff's operative complaint. (Dkt. 130).

1

3. On November 19, 2025, a Notice of Service by Publication as to NSJP was filed by the Court. (Dkts. 122-1 and 123-1).

4. *Pro bono* Counsel for NSJP admitted *pro hac vice* on February 23, 2026. (Dkt. 143)

5. Given the parties' shifting schedules and existing obligations, and the arrival of NSJP's counsel, three weeks ago, Plaintiff has consented to an extension of time for Defendant NSJP to respond to the second amended complaint through March 18, 2026, and Defendant has consented to an extension of time for Plaintiff to file any response to Defendants' motion or answer through April 29, 2026.

6. This consent motion is made in good faith, and no party will be prejudiced as a result of the extension.

7. A proposed order is submitted with this motion.

Dated: March 12, 2026                           Respectfully submitted,

 */s/ Amir Naim*                                 */s/ Mark Kleiman*
_____        _____
Amir Naim (GA Bar #423232)          Mark Kleiman (SBN 115919)
P.O Box 48013                       mark@krlaw.us
Atlanta GA  30362                   *(pro hac vice)*
404-444-9189                        KLEIMAN / RAJARAM
amirnaim27@gmail.com                12121 Wilshire Blvd., Ste. 810
                                    Los Angeles, CA  90025
                                    Tel:310-392-5455 /  Fax: 310-306-8491

                                    Counsel for SEAN EREN on behalf of
                                    NATIONAL STUDENTS FOR
                                    JUSTICE IN PALESTINE

2

/s/ *Lauren Israelovitch*
Lauren Israelovitch*
National Jewish Advocacy Center, Inc.
3 Times Square, Suite 512
New York, NY 10036
(914) 222-3828
lauren@njaclaw.org
*Admitted pro hac vice

/s/ *David F. Katz*
David F. Katz
Ga. Bar No. 408738
The D.F. Katz Law Firm, LLC 1158
Jones Bridge Rd
Ste 420 PMB1080
Johns Creek, GA 30022
PHONE: (404) 918-5707
Dkatz@dfkatzlawfirm.com

Counsel for Plaintiff

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: March 13, 2026

*/s/ Mark Kleiman*
_____
Mark Kleiman (SBN 115919)
mark@krlaw.us
*(pro hac vice)*
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455 / Fax: 310-306-8491