UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>    Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>    Defendants. | Civil Action No.: 1:25-cv-02329-TWT |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS**

THIS MATTER is before the Court upon Plaintiff Joshua Winer and Defendant National Students for Justice in Palestine ("NSJP") Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint and to Extend Time for Plaintiff's Response to a Motion to Dismiss (the "Motion"). Having considered the Motion and for good cause shown, it is hereby:

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Defendant NSJP shall file its response to the amended complaint on or before March 18, 2026.

3. If Defendant files a Motion to Dismiss the operative complaint, Plaintiff shall have through April 29, 2026 to file his response to the motion.

IT IS SO ORDERED this _____ day of _____, 2026.

_____
THOMAS W. THRASH, JR.
United States District Judge

Presented by:

Mark Kleiman (SBN 115919)
mark@krlaw.us
*(pro hac vice)*
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455 / Fax: 310-306-8491