# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JOSHUA WINER,

  *Plaintiff*,

v.

UMAYMAH MOHAMMAD, *et al.*,

  *Defendants.*

Civil Action No.
1:25-cv-02329-TWT

STIPULATION OF DISMISSAL
WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and among Plaintiff Joshua Winer and the appearing defendants in the above-captioned action, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims asserted against Defendant WESPAC Foundation, Inc. in this action are dismissed with prejudice, with Plaintiff Joshua Winer and Defendant WESPAC Foundation, Inc. each to bear their own costs and attorneys' fees, and the action shall continue as against the remaining defendants.

Dated:  March 17, 2026

NATIONAL JEWISH ADVOCACY
CENTER, INC.

By:/s/ *Lauren Israelovitch*
Lauren Israelovitch
3 Times Square, Suite 512
New York, NY 10036
Tel: (914) 222-2828
Email: lauren@njaclaw.org
*Pro Hac Vice*

HERBST LAW PLLC

By: /s/ *Robert L. Herbst*
Robert L. Herbst (pro hac vice)
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: 914-450-8163
rherbst@herbstlawny.com
*Pro Hac Vice*

1

The D.F. Katz Law Firm, LLC

By: /s/ *David F. Katz*
David F. Katz
1158 Jones Bridge Rd
Ste 420 PMB1090
Johns Creek, GA 30022
T: (404) 918-5707
Dkatz@dfkatzlawfirm.com
Georgia Bar No. 408738

*Attorneys for Plaintiff Joshua Winer*

HUMAN RIGHTS FIRST
Joshua Colangelo-Bryan (pro hac vice)
121 West 36th Street
PMB 520
New York, NY 10018
Tel: 212-845-5243
colangeloj@humanrightsfirst.org

ASIAN AMERICANS
ADVANCING JUSTICE -
ATLANTA
Samantha C. Hamilton
Georgia Bar No. 326618
5680 Oakbrook Pkwy. Suite 148
Norcross, GA 30093
Tel: 470-816-3319
shamilton@advancingjustice-atlanta.org

AWAD LEGAL TEAM, LLC
Muneer Othman Awad
Georgia Bar No. 683647
244 Roswell Street
Suite 500
Marietta, GA 30060
Tel: 404-445-8443
muneer@awadlegalteam.com

*Attorneys for Defendant WESPAC Foundation, Inc.*

THE SECRET FIRM PC

By: */s/ Akil Secret*
Akil Secret
Georgia Bar No. 634075
P.O. Box 91028
Atlanta, GA 30364
(404) 524-5300
asecret@thesecretfirm.com

Jonathan Wallace, Esq.
(*pro hac vice*)
P.O. Box 728
Amagansett NY 11930
(917) 359-6234
Jonathan.wallace80@gmail.com

*Counsel for Umaymah Mohammad,
Rupa Marya, and Ibrahim Jouja*

THE SECRET FIRM PC

*/s/ Akil Secret*
Akil Secret
Georgia Bar No. 634075
P.O. Box 91028
Atlanta, GA 30364
(404) 524-5300
asecret@thesecretfirm.com

Collin Poirot
(*pro hac vice)*
New York SBN: 5673405
2603 Oak Lawn, Suite 300
Dallas, TX 75219
(214) 392-2281
cpoirot.law@gmail.com

*Attorneys for Doctors Against
Genocide Society (DAG)*

SWIFT, CURRIE, McGHEE & HIERS

By: */s/ Mollie W. Amick*
Kori E. Wagner
Georgia State Bar No. 155438
Mollie W. Amick
Georgia State Bar No. 406371
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.874.8800
Fax: 470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

*Attorneys for Defendant CAIR-
Foundation, Inc.*

BUCHALTER LLP

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
Cory Mull
Georgia Bar No. 595376
3475 Piedmont Rd. NE
Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 832-7530
ahyland@buchalter.com
avining@buchalter.com
cmull@buchalter.com

*Counsel for Defendant CAIR-Nga*

3

By: */s/Amir Naim*
Amir Naim (GA Bar #423232)
P.O Box 48013
Atlanta GA  30362
404-444-9189
amirnaim@27@gmail.com

KLEIMAN / RAJARAM

By: */s/ Mark Kleiman*
Mark Kleiman (SBN 115919)
mark@krlaw.us
*(pro hac vice)*
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel:310-392-5455 /  Fax: 310-306-8491

Counsel for SEAN EREN on behalf of NATIONAL STUDENTS FOR JUSTICE IN PALESTINE

SLATER LEGAL PLLC

By: */s/ James M. Slater*
James M. Slater
Georgia Bar No. 169869
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Jump Start Legal Justice Center PLLC
Christina A. Jump
*(pro hac vice* granted)
100 N. Central Expressway, Suite 537
Richardson, Texas 75080
(972) 992-5060
cjump@jump-start-legal.com

Constitutional Law Center
for Muslims in America*
Samira S. Elhosary
*(pro hac vice* granted)
Christina A. Boyd
*(pro hac vice* granted)
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
selhosary@clcma.org
ali.boyd@mlfa.org

Counsel for AJP Educational Foundation,Inc. D/B/A American Muslims For Palestine

*The Constitutional Law Center for Muslims*
*in America is the legal division of the MuslimLegal Fund of America*

## CERTIFICATE OF COMPLIANCE

By signature below, counsel certifies that the foregoing stipulation was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1(C).

*/s/ Lauren Israelovitch*
Lauren Israelovitch

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF electronic filing system, which suffices for service on all counsel of record who have entered an appearance in the case under L.R. 5.1(A)(3).

This 17th day of March, 2026

*/s/ Lauren Israelovitch*
Lauren Israelovitch