**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Joshua Winer,

      Plaintiff,

v.

Umaymah Mohammad, et. al.,

      Defendants.

Civil Action No.: 1:25-cv-02329

---

**DEFENDANT DOCTORS AGAINST GENOCIDE SOCIETY'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant Doctors Against Genocide Society ("DAG"), through its undersigned counsel, for the reasons set forth in the accompanying Brief in Support, respectfully moves this Court for an order dismissing Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted.

Respectfully submitted this 17th day of March, 2026.

*/s/ Collin Poirot*
Collin Poirot
(*pro hac vice)*
New York SBN: 5673405
2603 Oak Lawn, Suite 300
Dallas, TX  75219
(214) 392-2281
cpoirot.law@gmail.com

*/s/ Akil Secret*
Akil Secret
Georgia Bar No. 634075

The Secret Firm PC
P.O. Box 91028
Atlanta, GA 30364
(404) 524-5300
asecret@thesecretfirm.com

*Attorneys for Doctors Against*
*Genocide Society (DAG)*

**CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in Book Antiqua 13-point font, as approved by Local Rule 5.1.

*/s/ Collin Poirot*
Collin Poirot
(*pro hac vice)*
New York SBN: 5673405
2603 Oak Lawn, Suite 300
Dallas, TX  75219
(214) 392-2281
cpoirot.law@gmail.com