# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Joshua Winer,

     Plaintiff,

v.

Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, CAIR-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.

     Defendants.

Case No. 1:25-CV-02329

## DEFENDANT CAIR-NGA, INC.'S CONSENT MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT OUT OF TIME

Defendant CAIR-Nga, Inc., A/K/A CAIR-Georgia, through its undersigned counsel, respectfully moves this Court for leave to file Defendant CAIR-Georgia's Reply in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint. In support of this motion, CAIR-Georgia shows the following:

The Reply was originally due on March 18, 2026. Due to calendaring issues, for which CAIR-Georgia's counsel take full responsibility, CAIR-Georgia was under the mistaken belief that its reply brief was due today, March 19, 2026. As a result, CAIR-Georgia failed to file the document by the deadline.

1

Pursuant to Fed. R. Civ. P. 6(b), the Court may extend time for good cause. Good cause exists here because the delay was inadvertent, not the fault of the party, and filed only one day late. Further, no party will be prejudiced by the acceptance of the late-filed brief.

Counsel for CAIR-Georgia conferred with Plaintiff's counsel on March 19, 2026, and Plaintiff consents to the requested relief.

WHEREFORE, Defendant CAIR-Georgia respectfully requests that this Court accept its Reply in Support of Motion to Dismiss filed on March 19, 2029, and deem it filed as of the date of this motion.

Respectfully submitted this 19th day of March, 2026.

**BUCHALTER LLP**

/s/ *Amanda G. Hyland*

Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
3475 Piedmont Road NE, Ste. 1100
Atlanta, GA 30305
(404) 832-7350 Telephone
ahyland@buchalter.com
avining@buchalter.com

*Attorneys for Defendant CAIR-Georgia*

2

## <u>CERTIFICATE OF COMPLIANCE WITH L.R. 5.1</u>

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115

*Attorney for Defendant CAIR-Georgia*