# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JOSHUA WINER,

      Plaintiff,

v.

      Civil Action No. 1:25-CV-02329-TWT

UMAYMAH MOHAMMAD, et al.,

      Defendants.

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.1(E)(4), Joshua Colangelo-Bryan respectfully gives notice of his withdrawal as counsel of record in the above-referenced matter, on the grounds that claims against his client Defendant WESPAC Foundation, Inc. ("WESPAC") have been voluntarily dismissed with prejudice. On March 18, 2026, this Court approved a Stipulation of Dismissal, with prejudice, as to WESPAC. Accordingly, WESPAC is no longer a party to this case, and no other attorney will need to represent it after withdrawal.

Dated: April 15, 2026

      Respectfully submitted,

      /s/__ Joshua Colangelo-Bryan_____

      HUMAN RIGHTS FIRST

      Joshua Colangelo-Bryan

      (admitted *pro hac vice*)

      colangeloj@humanrightsfirst.org

121 West 36th Street, PMB 520
New York, NY 10018
Tel: 212-845-5243

*Attorney for Defendant*
*WESPAC Foundation, Inc.*