**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JOSHUA WINER,

　　*Plaintiff*,

v.

UMAYMAH MOHAMMAD, *et al.*,

　　*Defendants*.

Civil Action No.
1:25-cv-02329-TWT

**PLAINTIFF JOSHUA WINER'S NOTICE REGARDING CERTAIN
ALLEGATIONS IN THE SECOND AMENDED COMPLAINT**

Plaintiff Dr. Joshua Winer ("Dr. Winer") respectfully submits this Notice to address certain allegations in the Second Amended Complaint ("SAC"), Dkt. 130, for purposes of the Court's consideration of Defendants' pending motions to dismiss.

The SAC alleges, upon information and belief, in multiple paragraphs that Defendants Umaymah Mohammad and Rupa Marya are "co-founders" of Defendant Doctors Against Genocide ("DAG"). *See*, *e.g.*, Dkt. 130 ¶¶ 13, 17, 96, 174, 177.

Those allegations were based on publicly available materials reflecting that Mohammad and Marya worked in close coordination with Doctors Against Genocide and its identified founders, including on DAG's Cultivating Courage initiative. However, Dr. Winer has recently become aware that publicly available

1

materials identify Dr. Nidal Jboor and Dr. Karameh Hawash-Kuemmerle as Doctors Against Genocide's co-founders.

Dr. Winer therefore clarifies that, for purposes of the pending motions to dismiss, he does not contend that Mohammad or Marya are co-founders of DAG. Rather, as alleged elsewhere in the SAC, Dr. Winer alleges that Mohammad and Marya worked in coordination with DAG and its leadership and participated in DAG-related programming and initiatives relevant to Dr. Winer's claims.

This clarification does not alter the substance of Dr. Winer's claims or the allegations concerning Defendants' conduct. Dr. Winer submits this Notice to ensure that the Court's consideration of the motions to dismiss the SAC proceeds based on an accurate understanding of the allegations at issue.

[SIGNATURE PAGE FOLLOWS]

2

Respectfully submitted this 28th day of May, 2026

/s/ Lauren Israelovitch
Lauren Israelovitch
Mark Goldfeder
Ben Schlager
NATIONAL JEWISH
   ADVOCACY CENTER, INC.
3 Times Square
New York, NY 10036
lauren@njaclaw.org
Pro Hac Vice

Josh Belinfante
Anna Edmondson
Miles Skedsvold
ROBBINS ALLOY BELINFANTE
   LITTLEFIELD LLC
500 14th Street, NW
Atlanta, Georgia 30318
T: (678) 701-9320
E: mskedsvold@robbinsfirm.com
Ga. Bar. No. 371576

/s/ David F. Katz
David F. Katz
THE D.F. KATZ LAW FIRM, LLC
1158 Jones Bridge Rd
Suite 420 PMB1090
Johns Creek, GA 30022
Ga. Bar. No. 408738
T: (404) 918-5707
Dkatz@fkatzlawfirm.com

Esther Panitch
THE PANITCH LAW GROUP, PC
4243 Dunwoody Club Drive
Suite 205
Atlanta, GA 30350
esther@panitchivory.com
Ga. Bar. No. 143197

3

4

## CERTIFICATE OF COMPLIANCE

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1(C).

*/s/ Lauren Israelovitch*
Lauren Israelovitch

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and

foregoing **PLAINTIFF JOSHUA WINER'S NOTICE REGARDING**

**CERTAIN ALLEGATIONS IN THE SECOND AMENDED COMPLAINT**

with the Clerk of Court using the CM/ECF electronic filing system, which suffices

for service on all counsel of record who have entered an appearance in the case

under L.R. 5.1(A)(3).

This 28th day of May, 2026.

/s/ Lauren Israelovitch
Lauren Israelovitch

5