**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Joshua Winer,

    Plaintiff,

v.

Umaymah Mohammad, et. al.,

    Defendants.

Civil Action No.: 1:25-cv-02329

**DEFENDANT DOCTORS AGAINST GENOCIDE SOCIETY'S MOTION FOR SANCTIONS UNDER RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND INCORPORATED MEMORANDUM OF LAW**

Defendant Doctors Against Genocide Society ("DAG"), through its undersigned counsel, respectfully moves this Court to order sanctions against Plaintiffs' counsel under Federal Rule of Civil Procedure 11, and submits the accompanying Brief in Support.

Respectfully submitted this 1st day of June, 2026.

/s/ Collin Poirot
Collin Poirot
(*pro hac vice*)
New York SBN: 5673405
2603 Oak Lawn, Suite 300
Dallas, TX  75219
(214) 392-2281
cpoirot.law@gmail.com

/s/ Akil Secret
Akil Secret

Georgia Bar No. 634075
The Secret Firm PC
P.O. Box 91028
Atlanta, GA 30364
(404) 524-5300
asecret@thesecretfirm.com

*Attorneys for Doctors Against Genocide Society (DAG)*

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Book Antiqua 13-point font, as approved by Local Rule 5.1.

> */s/ Collin Poirot*
> Collin Poirot
> (*pro hac vice)*
> New York SBN: 5673405
> 2603 Oak Lawn, Suite 300
> Dallas, TX  75219
> (214) 392-2281
> cpoirot.law@gmail.com