# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JOSHUA WINER,

    *Plaintiff*,

v.

UMAYMAH MOHAMMAD, *et al.*,

    *Defendants*.

Civil Action No.
1:25-cv-02329-TWT

## DEFENDANT AJP EDUCATIONAL FOUNDATION, INC.'S MOTION FOR SANCTIONS UNDER RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP"), through its undersigned counsel, respectfully moves this Court to order sanctions against Plaintiff and Plaintiff's counsel pursuant to Federal Rule of Civil Procedure 11. In support of this Motion, AMP files the attached memorandum of support.

Respectfully submitted this 23rd day of July, 2026.

/s/ James M. Slater
James M. Slater
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

1

Christina A. Jump
(*pro hac vice* granted)
Jump Start Legal Justice Center PLLC
100 N. Central Expressway, Suite 537
Richardson, Texas 75080
(972) 992-5060
cjump@jump-start-legal.com

Samira S. Elhosary
(*pro hac vice* granted)
Christina A. Boyd
(*pro hac vice* granted)
Constitutional Law Center for
Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
selhosary@clcma.org
ali.boyd@mlfa.org

**COUNSEL FOR DEFENDANT
AJP EDUCATION FOUNDATION,
INC., d/b/a AMERICAN MUSLIMS
FOR PALESTINE**

*\*The Constitutional Law Center for
Muslims in America is the legal
division of the Muslim Legal Fund of
America*

2

## <u>CERTIFICATE OF COMPLIANCE WITH L.R. 5.1</u>

I certify that the foregoing document was prepared in Times New Roman 14-point font, as approved by Local Rule 5.1.

Dated: July 23, 2026

*/s/ James M. Slater*
James M. Slater
Georgia Bar No. 169869