# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

JOSHUA WINER,

    *Plaintiff,*

v.

UMAYMAH MOHAMMAD, *et al.,*

    *Defendants.*

Civil Action No.
1:25-cv-02329-TWT

## DECLARATION OF SAMIRA ELHOSARY

I, Samira Elhosary, declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746 the following:

1. I am over eighteen years of age and of sound mind.

2. I make this Declaration based on my own personal knowledge.

3. I am an attorney of record for Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") in this action.

4. I am making this declaration to provide details regarding advance service of AMP's Motion for Sanctions pursuant to Rule 11 ("Rule 11 Motion").

5. Attached hereto as Exhibit A is a true and correct copy of the email, cover letter, and U.S. Certified Mail Return Receipt.

6. The U.S. Certified Mail Return Receipt reflects that counsel for Plaintiff received the Rule 11 Motion on May 26, 2026.

1

7. As the materials attached hereto in Exhibit A reflect, AMP served counsel for Plaintiff with a copy of the Rule 11 Motion on May 26, 2026, and counsel was aware of the motion on May 14, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of July, 2026.

Samira Elhosary, Declarant

2