# Exhibit A

 **Outlook**

## Winer v. Mohammad, No. 1:25-cv-02329 (N.D. Ga.) - Service of AMP Safe Harbor Letter and Draft Motion for Sanctions

| | |
|---|---|
| **From** | James M. Slater <james@slater.legal> |
| **Date** | Thu 5/14/2026 2:00 PM |
| **To** | Lauren Israelovitch <lauren@njaclaw.org>; David <Dkatz@dfkatzlawfirm.com>; Miles Skedsvold <mskedsvold@robbinsfirm.com>; Esther Panitch <esther@panitchlawgroup.com>; Mark Goldfeder <mark@njaclaw.org>; aedmondson@robbinsfirm.com <aedmondson@robbinsfirm.com>; jbelinfante@robbinsfirm.com <jbelinfante@robbinsfirm.com> |
| **Cc** | Christina Jump <cjump@jump-start-legal.com>; Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org> |

🔗 1 attachment (480 KB)
Winer v. Mohammad - AMP Rule 11 Letter and Draft Motion for Sanctions.pdf;

Counsel,

On behalf of AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine, please find the attached Rule 11 safe harbor letter and draft motion for sanctions. We will also mail a copy today via certified mail.

We urge you to dismiss your objectively frivolous claims against our client.

My best,

**James Slater**

Slater Legal PLLC

slater.legal

Atlanta Office/Mailing Address

2296 Henderson Mill Rd. N.E. #116

Atlanta, GA 30345

Tel. (404) 458-7283

Tallahassee Office

113 S. Monroe Street

Tallahassee, FL 32301

---

 Virus-free.www.avast.com

May 14, 2026

Lauren Israelovitch
Mark Goldfeder
Ben Schlager
National Jewish Advocacy Center, Inc.
3 Times Square
New York, NY 10036

*Via Email and Certified Mail*

**Re: Rule 11 Safe Harbor Letter**
*Joshua Winer v. Umaymah Mohammad, et al.*
**Civil Action No. 1:25-cv-02329-TWT**

Ms. Israelovitch, Mr. Goldfeder, & Mr. Schlager:

On behalf of AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP"), we request that Plaintiff withdraw the objectively frivolous claims against AMP in the Second Amended Complaint filed in the above-referenced matter.

In accordance with Rule 11(c), I enclose a copy of AMP's drafted Rule 11 Motion for Sanctions against Plaintiff's counsel, which we plan to file on behalf of AMP on June 4, 2026 unless Plaintiff withdraws the meritless claims against AMP before that date.

The attached motion and this letter are not exhaustive of the deficiencies in the lawsuit or any other matter that AMP intends to or may raise in the litigation. AMP expressly reserves its rights, and the fact that an issue may not have been raised in the Rule 11 motion or this letter shall not constitute a waiver of its rights or defenses, including remedies under Rule 12, Section 1927, or the Court's inherent power to sanction under federal common law.

While AMP seeks sanctions against you as counsel, please ensure that your client also learns of AMP's intent to seek sanctions after the safe harbor expires. We hope you consider the arguments raised herein and withdraw your claims against AMP within the safe-harbor period.

Should you wish to discuss this matter, please do not hesitate to contact me.

Sincerely,

James M. Slater
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd NE #116

Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Christina A. Jump
Jump Start Legal Justice Center PLLC
100 N. Central Expressway, Suite 537
Richardson, Texas 75080
(972)992-5060
cjump@jump-start-legal.com

Samira S. Elhosary
Christina A. Boyd
Muslim Legal Fund of America, Legal Division
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
selhosary@clcma.org
ali.boyd@mlfa.org

cc: Counsel of Record for Plaintiff, via email
David F. Katz, Josh Belinfante, Anna Edmondson, Miles Skedsvold, & Esther Panitch

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NJAC, Inc.
1954 Airport Road, 119b
Atlanta, GA 30341

9590 9402 9889 5335 1972 27

9589 0710 5270 4403 2234 21

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____ ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
                                   5-26-26

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ ail
☐ ___ ail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt