UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

------------------------------------------------------------------------------------x

Joshua Winer,

                    Plaintiff,

v.                                          Case No. 1:25-CV-
                                          02329

Umaymah Mohammad, AJP Educational Foundation, Inc.
A/K/A American Muslims for Palestine, WESPAC Foundation, Inc.,
Sean Eren as the representative of National Students for Justice in
Palestine, Doctors Against Genocide Society, CAIR-Nga Inc.
A/K/A CAIR-Georgia, CAIR Foundation Inc.,
 A/K/A Council on Islamic Relations or CAIR, Rupa Marya,
Ibrahim Jouja as representative of Emory Students for Justice
 in Palestine.

                    Defendants.

------------------------------------------------------------------------------------x

## DEFENDANTS' MOHAMMAD, MARYA AND JOUJA'S MOTION UNDER FRCP RULE 6(b)(2)(B) FOR ACCEPTANCE OF LATE-FILED REPLY

Defendants Umaymah Mohammad,  Rupa Marya, and Ibrahim Jouja,  through their undersigned counsel, for the reasons set forth in the accompanying Declaration and Memorandum of Law,  respectfully move this Court for an order under FRCP Rule 6(b)(2)(B) accepting the late filing of their Replies on their Motions to Dismiss.

Respectfully submitted this 29th day of July 2026.

/s/ Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Counsel for Defendants
Mohammad, Marya and Jouja
Admitted Pro Hac Vice

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

s/ Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Counsel for Defendants
Mohammad, Marya and Jouja
Admitted Pro Hac Vice