UNITED STATES DISTRICT COURT FOR THE NORTHERN
 DISTRICT OF GEORGIA ATLANTA DIVISION

--------------------------------------------------------------------------------------x

Joshua Winer,

        Plaintiff,

v.                                                               Case No. 1:25-CV-
02329

Umaymah Mohammad, AJP Educational Foundation, Inc.
A/K/A American Muslims for Palestine, WESPAC Foundation, Inc.,
Sean Eren as the representative of National Students for Justice in
Palestine, Doctors Against Genocide Society, CAIR-Nga Inc.
A/K/A CAIR-Georgia, CAIR Foundation Inc.,
 A/K/A Council on Islamic Relations or CAIR, Rupa Marya,
Ibrahim Jouja as representative of Emory Students for Justice
 in Palestine.

        Defendants.

--------------------------------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING MOTION ACCEPTING LATE FILING

This matter is before the Court on Defendants Mohammad, Marya and Jouja's motion

for the acceptance of a late-filed reply under FRCP Rule 6(b)(1)(B).  Having considered

the Motion and for good cause shown, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. Defendants' late-filed replies on their Motions to Dismiss are accepted by the Court as

if timely filed.

IT IS SO ORDERED this      day of ,      2026.

_____
THOMAS W. THRASH, JR.
United States District Judge


Presented by:

Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Counsel for Defendants
Mohammad, Marya and Jouja
Admitted Pro Hac Vice