UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---------------------------------------------x
JOSHUA WINER,

Civil Action No.: 1:25-cv-02329-TWT

Plaintiff,

v.

UMAYMAH MOHAMMAD, et. al.,

Defendants.
---------------------------------------------x

**DEFENDANT MOHAMMAD'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Umaymah Mohammad respectfully submits this Notice to alert the Court to the Opinion and Order issued on August 27, 2026 by Judge Vargas of the United States District Court for the Southern District of New York in *Goldstein v. City University of New York,* 25-CV-00475 (JAV). A copy of the Opinion and Order is attached.

Of particular significance to the present case is the statement at footnote 2 on page 25, dismissing the asserted Title VII causes of action against the individual defendants on the grounds that "individuals are not subject to liability under Title VII", citing *Patterson v. Cnty. Of Oneida*, 375 F.3d 206, 221 (2d Cir. 2004).

Defendant respectfully submits that if individuals cannot be named as defendants on Title VII claims on an "aiding and abetting" theory, permitting them to be named if a conspiracy claim is advanced instead would exalt mere semantics over substance.

Dated: September 3, 2026

/s/ Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Counsel for Defendants Mohammad, Marya, and Jouja