**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Joshua Winer,

Plaintiff,

v.

Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.

Defendants.

Case No. 1:25-CV-02329

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT CAIR-NGA TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant CAIR-Nga, Inc. ("CAIR-Georgia"), appearing without waiver of any defenses other than service of process, respectfully moves the Court to extend the deadline for CAIR-Georgia to Respond to Plaintiff Joshua Winer's Second Amended Complaint in the above-styled action up to and through September 23, 2026. In support of this Motion, CAIR-Georgia respectfully states as follows:

1. On August 26, 2026, this Court filed its Opinion and Order, granting in part and denying in part CAIR-Georgia's Motion to Dismiss. (Doc. 192). The deadline to answer the complaint is therefore September 9.

2. Counsel for CAIR-Georgia has conferred with Plaintiff's counsel regarding a requested extension of time and has been authorized to represent that Plaintiff consents to this Motion and the requested extension.

3. Should the requested extension be granted, Defendant CAIR-Georgia's Answer will be due to be filed no later than September 23, 2026.

4. The requested extension will not prejudice the parties or unduly delay these proceedings.

WHEREFORE, CAIR-Georgia respectfully requests that the Court extend its deadline to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint up to and through September 23, 2026. A proposed Consent Order granting the requested extension of time is attached hereto for the Court's consideration.

Respectfully submitted this 9th day of September, 2026.

Submitted by:

BUCHALTER LLP

/s/ *Amanda G. Hyland*

Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
Cory Mull
Georgia Bar No. 595376
3475 Piedmont Rd. NE
Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 832-7530
ahyland@buchalter.com
avining@buchalter.com
cmull@buchalter.com

*Counsel for Defendant CAIR-Nga*

Consented and Agreed to by:

THE D.F. KATZ LAW FIRM, LLC

*/s/ David F. Katz*

David F. Katz
1158 Jones Bridge Rd
Ste 420 PMB1090
Johns Creek, GA 30022
T: (404) 918-5707
Dkatz@dfkatzlawfirm.com
Ga. Bar. No. 408738

THE PANITCH LAW GROUP, PC
Esther Panitch
4243 Dunwoody Club Drive
Suite 205
Atlanta, GA 30350
esther@panitchlawgroup.com
Ga. Bar. No. 143197

NATIONAL JEWISH ADVOCACY CENTER
Mark Goldfeder
Admitted Pro Hac Vice
Lauren Israelovitch
Admitted Pro Hac Vice
Ben Schlager
Admitted Pro Hac Vice
Rachel Sebbag
Admitted Pro Hac Vice
3 Times Square
New York, NY 10036
Telephone: (914) 222-3828
lauren@njaclaw.org

ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
Josh Belinfante
Anna Edmondson

Miles Skedsvold
500 14th Street, NW
Atlanta, GA 30318
T: (678) 701-9320
E: mskedsvold@robbinsfirm.com
Ga. Bar No. 371576

*Counsel for Plaintiff*