**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Joshua Winer,<br><br>Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br><br>Defendants. | Case No. 1:25-CV-02329 |

**ORDER EXTENDING TIME FOR DEFENDANT CAIR-NGA, INC. TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**

Before the Court is the Consent Motion for Extension of Time for Defendant CAIR-Nga, Inc. to Respond to Plaintiff's Second Amended Complaint. Upon consideration of the Motion, it appearing to the Court that Plaintiff does not oppose the Motion and has consented to the terms of this Order, the Motion is hereby GRANTED. Defendant CAIR-Nga, Inc. shall have up to and through September 23, 2026, to file its Answer to Plaintiff's Second Amended Complaint (Dkt. No. 139).

IT IS SO ORDERED this 11th day of September, 2026.

Honorable Thomas W. Thrash, Jr.
Senior United States District Judge