IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joshua Winer,<br>Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.<br>Defendants. | Case No. 1:25-CV-02329 |

**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION**

Before the Court is the Motion for Reconsideration or, in the Alternative, to Amend Order to Certify for Interlocutory Appeal filed by Defendant CAIR-Nga, Inc., A/K/A CAIR-Georgia. [Doc. __]. Upon consideration of the Motion, the Court **GRANTS** Defendant's request for reconsideration. It is hereby ordered that the August 26, 2026, Order [Doc. 192] granting in part and denying in part Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [Doc. 140] is **VACATED**. Defendant's Motion to Dismiss Plaintiff's Second Amended

Complaint is **GRANTED** as to the entirety of Count IV of Plaintiff's Second Amended Complaint [Doc. 130], and Count IV is dismissed with prejudice. Further, the Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's state law claims (Counts I-III).

Plaintiff's Second Amended Complaint is therefore **DISMISSED** in its entirety.

**IT IS SO ORDERED** this _____ day of _______________, 2026.

_______________________________
Honorable Thomas W. Thrash, Jr.
Senior United States District Judge