**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Joshua Winer,

Plaintiff,

v.

Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.

Defendants.

Case No. 1:25-CV-02329

**[PROPOSED ALTERNATIVE] ORDER GRANTING MOTION TO AMEND ORDER TO CERTIFY FOR INTERLOCUTORY APPEAL**

Before the Court is the Motion for Reconsideration or, in the Alternative, to Amend Order to Certify for Interlocutory Appeal filed by Defendant CAIR-Nga, Inc., A/K/A CAIR-Georgia. [Doc. __]. Upon consideration of the Motion, the Court **GRANTS** Defendant's request to certify the Court's August 26, 2026, Order [Doc. 192] for immediate appeal. The August 26, 2026, Order "involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate

termination of the litigation." 28 U.S.C. § 1292(b). The Court therefore AMENDS its prior Order [Doc. 192] and **CERTIFIES** the following question to the United States Court of Appeals for the Eleventh Circuit:

> Whether the rights created by Title VI may be asserted within the remedial framework of Section 1985(3).

The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case while it is on appeal.

**IT IS SO ORDERED** this _____ day of _______________, 2026.

_______________________________
Honorable Thomas W. Thrash, Jr.
Senior United States District Judge