IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA WINER,<br><br>Plaintiff,<br><br>v.<br><br>UMAYMAH MOHAMMAD, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:25-CV-2329-TWT |

**[Proposed] Order**

This matter is before the Court on Plaintiff's Motion to Modify the Stay of Discovery and Pretrial Deadlines. Having considered the motion, and for good cause shown, the motion is **GRANTED**. The stay of discovery and pretrial deadlines is **MODIFIED** to permit discovery to proceed upon the denial of a given Defendant's motion to dismiss, whether in whole or in part.

As to Defendants CAIR-NGA, Inc. and CAIR-Foundation, Inc., whose motions to dismiss have already been denied in part, the parties shall conduct the Rule 26(f) early planning conference within ______ days of this Order, file a Joint Preliminary Report and Discovery Plan within ______ days of this Order, and serve initial disclosures within ______ days of this Order. Discovery shall commence on the deadline to serve initial disclosures. For each additional Defendant whose motion

to dismiss is subsequently denied in whole or in part, the foregoing deadlines shall run at the same intervals from the order denying that Defendant's motion.

SO ORDERED, this ___ day of __________, 2026.

______________________________

The Honorable Thomas W. Thrash, Jr.
United States District Court for the
Northern District of Georgia

PRESENTED BY:

/s/ Rachel Sebbag
Rachel Sebbag
rachel@njaclaw.org
Lauren Israelovitch
lauren@njaclaw.org
Mark Goldfeder
mark@njaclaw.org
Ben Schlager
ben@njaclaw.org
NATIONAL JEWISH ADVOCACY CENTER, INC.
3 Times Square, Suite 512
New York, NY 10036

/s/ David F. Katz
David F. Katz
THE D.F. KATZ LAW FIRM, LLC
1158 Jones Bridge Rd
Ste 420 PMB1090
Johns Creek, GA 30022
T: (404) 918-5707
Dkatz@dfkatzlawfirm.com
Ga. Bar. No. 408738

Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Miles C. Skedsvold
Georgia Bar No. 371576
mskedsvold@robbinsfirm.com
ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255
*Attorneys for Plaintiff*

Esther Panitch
THE PANITCH LAW GROUP, PC
Suite 205
4243 Dunwoody Club Drive
Atlanta, GA 30350
esther@panitchivory.com