**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Joshua Winer,<br><br>Plaintiff,<br><br>v.<br><br>Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims For Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, Cair-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:25-CV-02329-TWT |

**DEFENDANT CAIR-FOUNDATION, INC.'S NOTICE OF JOINDER**

COMES NOW Defendant, CAIR-Foundation, Inc., (hereinafter "**CAIR-Foundation**") in the above-styled action, by and through the undersigned counsel, and hereby joins in and adopts Defendant CAIR-Nga, Inc.'s (hereinafter "CAIR-Georgia") Response in Opposition to Plaintiff's Motion for Reconsideration [Doc. 203]. Specifically, CAIR-Foundation joins in and adopts CAIR-Georgia's arguments that (1) the Court properly held that Plaintiff's allegations are insufficient to support that CAIR-Georgia (and CAIR-Foundation) engaged in an alleged

conspiracy to induce Emory to terminate Plaintiff; and (2) that even if the Court revisited its decision, Plaintiff's Motion for Reconsideration still fails because alleging that Emory receives federal funding is insufficient to survive a motion to dismiss. These arguments apply with equal force to CAIR-Foundation. CAIR-Foundation therefore joins CAIR-Georgia in its opposition to Plaintiff's Motion for Reconsideration and respectfully requests that the Court deny Plaintiff's Motion for Reconsideration [Doc. 198].

This 6th day of October, 2026.

SWIFT, CURRIE, McGHEE & HIERS

By: ***/s/ Mollie W. Amick***
Kori E. Wagner
Georgia State Bar No. 155438
Mollie W. Amick
Georgia State Bar No. 406371
***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.874.8800
Fax: 470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

**CERTIFICATE OF COMPLAINCE**

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

SWIFT, CURRIE, McGHEE & HIERS

By: ***/s/ Mollie W. Amick***
Kori E. Wagner
Georgia State Bar No. 155438
Mollie W. Amick
Georgia State Bar No. 406371
***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.874.8800
Fax: 470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

**CERTIFICATE OF SERVICE**

This is to certify that on the 6th day of October, 2026, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **DEFENDANT CAIR-FOUNDATION, INC.'S NOTICE OF JOINDER** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

SWIFT, CURRIE, McGHEE & HIERS

By: ***/s/ Mollie W. Amick***
Kori E. Wagner
Georgia State Bar No. 155438
Mollie W. Amick
Georgia State Bar No. 406371
***Attorneys for Defendant CAIR-Foundation, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.874.8800
Fax: 470.600.5990
kori.wagner@swiftcurrie.com
molliebeth.amick@swiftcurrie.com

4908-6865-1735, v. 1