**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JOSHUA WINER,<br>*Plaintiff*,<br>v.<br>UMAYMAH MOHAMMAD, *et al.*,<br>*Defendants.* | Civil Action No.<br>1:25-cv-02329-TWT |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned counsel, Christina Boyd, files this Notice of Withdrawal of Appearance pursuant to N.D. Ga. L.R. 83.1(E) in the above-referenced matter. Ms. Boyd no longer works with the Civil Litigation Department at the Muslim Legal Fund of America as October 12, 2026. Defendant, AJP Education Foundation d/b/a American Muslims for Palestine, remains represented by counsel, James Slater, Samira Elhosary, and Christina Jump.

Respectfully submitted this 9th day of October, 2026.

*/s/ Christina Boyd*

Christina A. Boyd
(*pro hac vice* granted)
Constitutional Law Center for
Muslims in America*

100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
ali.boyd@mlfa.org

**COUNSEL FOR DEFENDANT AJP EDUCATION FOUNDATION, INC., d/b/a AMERICAN MUSLIMS FOR PALESTINE**

**The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman 14-point font, as approved by Local Rule 5.1.

Dated: October 9, 2026

*/s/ Christina Boyd*
Christina A. Boyd
(*pro hac vice* granted)
Constitutional Law Center for
Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
ali.boyd@mlfa.org

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused the foregoing to be filed with the Clerk of the Court on October 9, 2026 through the Court's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Christina Boyd*
Christina A. Boyd
(*pro hac vice* granted)
Constitutional Law Center for
Muslims in America*
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
ali.boyd@mlfa.org