AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Winer<br>*Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02329 |
| Mohammad<br>*Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sean Eren/ National Students for Justice in Palestine .

Date: 11/18/2026

/s/ Jonathan Wallace
*Attorney's signature*

Jonathan Wallace JW653
*Printed name and bar number*

PO #728
Amagansett NY 11930
*Address*

jonathan.wallace80@gmail.com
*E-mail address*

(917) 359-6234
*Telephone number*

*FAX number*