**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Joshua Winer,

Plaintiff,

v.

Umaymah Mohammad, AJP Educational Foundation, Inc. A/K/A American Muslims for Palestine, WESPAC Foundation, Inc., Sean Eren as the representative of National Students for Justice in Palestine, Doctors Against Genocide Society, CAIR-Nga Inc. A/K/A CAIR-Georgia, CAIR Foundation Inc., A/K/A Council on Islamic Relations or CAIR, Rupa Marya, Ibrahim Jouja as representative of Emory Students for Justice in Palestine.

Defendants.

Case No. 1:25-CV-02329

## NOTICE OF APPEARANCE

COMES NOW Kelly Casey Mullally, of the law firm of Buchalter LLP, and hereby enters her appearance as additional counsel of record on behalf of Defendant CAIR-Nga Inc. Amanda G. Hyland will remain as lead attorney. All further correspondence, pleadings and notices should be directed to her at:

Kelly Casey Mullally
Buchalter LLP
3475 Piedmont Rd. NE, Ste. 1100
Atlanta, GA 30305
(404) 832-7530
kmullally@buchalter.com

Respectfully submitted this 18th day of November, 2026.

**BUCHALTER LLP**

*/s/ Kelly Casey Mullally*
Kelly Casey Mullally
Georgia Bar No. 115114
3475 Piedmont Road NE, Ste. 1100
Atlanta, GA 30305
(404) 832-7350 Telephone
kmullally@buchalter.com

*Attorney for Defendant CAIR-Georgia*