**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JOSHUA WINER,<br>*Plaintiff*,<br>v.<br>UMAYMAH MOHAMMAD, *et al.*,<br>*Defendants*. | Civil Action File<br>No. 1:25-cv-02329-TWT |

## JOINT MOTION TO ALLOW ELECTRONIC DEVICES IN COURTROOM

Several parties to this case[1] hereby jointly move for an order, pursuant to N.D.G.A. Local Rule 83.4, permitting them to bring electronic devices—including those equipped with cameras, such as cellular phones, smart phones, tablets, laptop computers, and devices that wirelessly connect to and pair with such devices—into the courthouse and use them in the courtroom before, during, and after the Status Conference scheduled to take place on Thursday, November 19, 2026, beginning at 10:00 AM in Courtroom 2108, 75

[1] Counsel for Plaintiff Joshua Winer has sought and received consent from the following named counsel for each defendant to submit this motion on their behalf:

- For AJP Educational Foundation Inc. d/b/a American Muslims for Palestine: Christina A. Jump, Samira Elhosary, James Slater;
- For Doctors Against Genocide: Samantha Hamilton;
- For CAIR-Foundation: Kori E. Wagner, Mollie W. Amick;
- For CAIR-Georgia: Austin Vining, Amanda Hyland, Kelly Mullally

Ted Turner Drive, SW, Atlanta GA 30303-3309, before the honorable Judge Thomas W. Thrash Jr. A proposed order is attached for this Court's convenience.

Respectfully submitted this 18th day of November, 2026.

Lauren Israelovitch
Mark Goldfeder
Ben Schlager
NATIONAL JEWISH ADVOCACY CENTER, INC.
3 Times Square
New York, NY 10036
lauren@njaclaw.org
*Pro Hac Vice*

David Forman Katz
THE D.F. KATZ LAW FIRM, LLC
1158 Jones Bridge Rd
Ste 420 PMB1090
Johns Creek, GA 30022
T: (404) 918-5707
Dkatz@dfkatzlawfirm.com
Ga. Bar. No. 408738

*/s/ Miles C. Skedsvold*
Josh Belinfante
Anna Edmondson
Miles Skedsvold
ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
500 14th Street, NW
Atlanta, Georgia 30318
T: (678) 701-9320
E: mskedsvold@robbinsfirm.com
Ga. Bar. No. 371576

Esther Panitch
THE PANITCH LAW GROUP, PC
4243 Dunwoody Club Drive
Suite 205
Atlanta, GA 30350
esther@panitchivory.com
Ga. Bar. No. 143197

**CERTIFICATE OF COMPLIANCE**

By signature below, counsel certifies that the foregoing motion was prepared in Century Schoolbook, 13-point font, in compliance with Local Rule 5.1(C).

*/s/ Miles C. Skedsvold*
Miles C. Skedsvold

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **JOINT MOTION TO ALLOW ELECTRONIC DEVICES IN COURTROOM** with the Clerk of Court using the CM/ECF electronic filing system, which suffices for service on all counsel of record who have entered an appearance in the case under L.R. 5.1(A)(3).

This 18th day of November, 2026.

*/s/ Miles C. Skedsvold*
Miles C. Skedsvold