**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOSHUA WINER,

*Plaintiffs*,

v.

UMAYMAH MOHAMMAD, *et al.*,

*Defendants.*

Civil Action File

No. 1:25-cv-02320-TWT

**[PROPOSED]**

**ORDER ALLOWING ELECTRONIC DEVICES IN COURTROOM**

Several parties[1] to this case have jointly moved for an order, pursuant to N.D.G.A. Local Rule 83.4, permitting the use of electronic devices, including those equipped with cameras, such as cellular phones, smart phones, tablets, laptop computers, and devices that wirelessly connect to and pair with such devices, to be allowed into the courthouse and use in the courtroom before, during, and after the Status Conference scheduled to take place on Thursday, November 19, 2026, beginning at 10:00 AM in Courtroom 2108, 75 Ted Turner Drive, SW, Atlanta GA 30303-3309.

After review, and for good cause shown, it is hereby ordered that:

[1] Plaintiff Joshua Winer; Defendants AJP Educational Foundation Inc. d/b/a American Muslims for Palestine, Doctors Against Genocide, CAIR-Foundation, and CAIR-Georgia.

1. The below-listed counsel may use electronic devices, including those equipped with cameras, such as cellular phones, smart phones, tablets, laptop computers, and devices that wirelessly connect to and pair with such devices, to aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4:

   a. Mollie W. Amick;

   b. Samira Elhosary

   c. Mark Goldfeder

   d. Amanda Hyland;

   e. Samantha Hamilton;

   f. Christina A. Jump

   g. Kelly Mullally

   h. Esther Panitch

   i. Miles C. Skedsvold

   j. James Slater

   k. Austin Vining;

   l. Kori Wagner;

2. Counsel are nonetheless prohibited from taking photographs or operating recording devices during courtroom proceedings. Counsel shall not take photographs, operate tape recorders, or

otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

3. Counsel shall not operate any device outlined above in any public area of the Courthouse in a manner disruptive of any court proceeding.

**IT IS SO ORDERED**, this _____ day of _________________, 2026.

_________________________________
The Honorable Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia

Prepared by:

Lauren Israelovitch
Mark Goldfeder
Ben Schlager
National Jewish
Advocacy Center, Inc.
3 Times Square
New York, NY 10036
lauren@njaclaw.org
*Pro Hac Vice*

/s/ Miles C. Skedsvold
Josh Belinfante
Anna Edmondson
Miles Skedsvold
ROBBINS ALLOY BELINFANTE
LITTLEFIELD LLC
500 14th Street, NW
Atlanta, Georgia 30318
T: (678) 701-9320
E: mskedsvold@robbinsfirm.com
Ga. Bar. No. 371576

David Forman Katz
The d.f. katz law firm, llc
1158 Jones Bridge Rd
Ste 420 PMB1090
Johns Creek, GA 30022
T: (404) 918-5707
Dkatz@dfkatzlawfirm.com
Ga. Bar. No. 408738

Esther Panitch
The Panitch Law Group, PC
4243 Dunwoody Club Drive
Suite 205
Atlanta, GA 30350
esther@panitchivory.com
Ga. Bar. No. 143197

*Counsel for Plaintiff Dr. Joshua Winer*