# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-02329-TWT
## Winer v. Mohammad et al
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 11/19/2026.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:20 A.M.
TIME IN COURT: 00:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
CSO/DUSM: CSO 1
DEPUTY CLERK: Keri Gardner

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Mollie Amick representing CAIR Foundation Inc.<br>Mollie Amick representing Cair-Nga, Inc.<br>Joshua Belinfante representing Joshua Winer<br>Mark Goldfeder representing Joshua Winer<br>Amanda Hyland representing Cair-Nga, Inc.<br>Kelly Mullally representing Cair-Nga, Inc.<br>Esther Panitch representing Joshua Winer<br>Miles Skedsvold representing Joshua Winer<br>James Slater representing AJP Educational Foundation, Inc.<br>Austin Vining representing Cair-Nga, Inc.<br>Kori Wagner representing CAIR Foundation Inc.<br>Jonathan Wallace representing Ibrahim Jouja<br>Jonathan Wallace representing Sean Eren<br>Jonathan Wallace representing Umaymah Mohammad |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Status conference held at the request of the Court. The Court directed the parties to make a good faith attempt to confer on matters and to file motions for extension of time rather than contacting chambers going forward. |
| HEARING STATUS: | Hearing Concluded |